#1

Exhibit #1

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

copied 12/04/17 @ Pont LL

| | | |
|---|---|---|
| Date: Jan. 13-2017 | Offender: (Please Print) David H. Gharrett | ID#: M-38621 |
| Present Facility: Menard | Facility where grievance issue occurred: Menard | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify): Violation of Rights

RECEIVED NOV 0 9 2017 ADMINISTRATIVE REVIEW BOARD

- [ ] Disciplinary Report: ___/___/___ Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): I am writing this grievance because this facility and the whole I.D.O.C. failed to protect me when I told multiple staff from "C.O's, pshc Doctor's, Major's and so on all the way to springfield when I got denied P.C. What I told was the bloods and the whole fin ball group was threating me. I was scared for my life but was fourced to go back out into General Population by I.D.O.C. Granted it took time for the fin ball's to act and they did so when I got put in a cell with one on 10 gallery in westhouse in menard. What I feared most happend in the month of Nov. 2016. I was Knocked unconciouse from being kicked in the back of the y

Relief Requested: I'm requesting reimbursment for my pain and suffering not only for phsyical but also mental suffering "Permanent Placement in P.C. 5000$ for myself and all medical bills paid"

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

David H. Gharrett  M-38621  1/13/2017
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

| Date Received: ___/___/___ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

**EMERGENCY REVIEW**

| Date Received: ___/___/___ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance<br>[ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

_____ ___/___/___
Chief Administrative Officer's Signature    Date

Distribution: Master File; Offender        Page 1        DOC 0046 (8/2012)
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

head and my face hitting the bars. Which ended up me havein a broken eye socket. I went to 2 hospital's, got stitch's and spent like 2 week's in health care at menard. All because I.D.O.C. failed to protect me. After being told about threat's to my life

head and my face hitting the bars. Which ended up me havein a broken eye socket. I went to 2 hospital's, got stitch's and spent like 2 week's in health care at menard. All because I.D.O.C. failed to protect me. After being told about threat's to my life

#2

Exhibit #2

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

copreol 12/04/17 @ PCC LL

| Date: March 20-2017 | Offender: (Please Print) David H. Gharrett | ID#: M-38621 |
|---|---|---|
| Present Facility: Pontiac | | Facility where grievance issue occurred: Menard |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment  RECEIVED
- [ ] ADA Disability Accommodation
- [ ] HIPAA — Violation of
- [x] Other (specify): Rights

- [ ] Disciplinary Report: ___/___/___ Date of Report _____ Facility where issued

NOV 0 9 2017
ADMINISTRATIVE

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): I am writing this grievance because I got transferred to Pontiac from Menard and not to sure what's going on. It's been over 60 days and I haven't heard anything from Menard on the grievance I sent in on the 13th of Jan. This is exact what I said for word.

I am writing this grievance because this facility and the whole I.D.O.C failed to protect me when I told multiple staff from "C.O's, Psho. Doctors, majors and so on all the way to springfield when I got denied P.C. What I told was the blood's and the whole fin ball group was threating me. I was scared for my life but was forced to go back out into General Population by I.D.O.C. Granted it ✓

**Relief Requested:** I'm requesting reimbursement for my pain and suffering. Not only for physical but also mental suffering. Permanent Placement in P.C., 5,000$ for myself and all medical bills paid."

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

David H. Gharrett — Offender's Signature    M-38621    3/20/2017

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___    [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name _____    Counselor's Signature _____    Date of Response ___/___/___

---

**EMERGENCY REVIEW**

Date Received: ___/___/___    Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature _____    Date ___/___/___

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE (Continued)**

took time for the Sin ball's to act and they did so when I got put in a cell with one on 10 gallery in West house in menard. What I feard most happed in the month of Nov 2016. I was knocked unconcious from being kicked in the back of the head and my face hitting the bar's which ended up me haven a broken eye socket. I went to 2 hospitals, got stitch's and spent like 2 week's in health care at menard CIII because I.D.O.C Failed to protect me after being told about threat's to my life.

copreal 12/04/17 @ PCL LL

Exhibit #3

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| | | |
|---|---|---|
| Date: Nov. 5-2017 | Offender: (Please Print) David H. Gharrett | ID#: M-38621 |
| Present Facility: Pontiac | Facility where grievance issue occurred: menard | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [x] Other (specify): Violation of Rights

- [ ] Disciplinary Report: ___/___/___ Date of Report _____ Facility where issued

NOV 0 9 2017
ADMINISTRATIVE REVIEW BOARD

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): I am writing this grievance due to the fact I have wrote 2 already Makein this be the 3rd one. The 1st one was to menard about failer to pretect. That was on Jan 13th I have heard nothing about it at all. I dont know if it's because I got transferd shortly after sending it in or if something else happend. Then because I have heard nothing I wrote Springfield "You" March 20th when I wrote you it was letting you know I've heard nothing and got shiped to pontiac so I didn't know who to really write but figured Springfield would take care of it. Now here it's almost 8 month's later given you guys plenty of time to respond and I've still got \

Relief Requested: I'm requesting reimbursement for my pain and suffering not only for phsyical but also mentel suffering." Permanent Placement in P.C., 5,000$ for myself, and all medical bills paid."

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

David H. Gharrett     M-38621    11/5/2017
Offender's Signature        ID#         Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ___/___/___   [ ] Send directly to Grievance Officer   [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name        Counselor's Signature        Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___   Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature        Date

## ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE (Continued)

Nothing. Attached is the 2 copys "hand-writen" I have no copy machine to copy. The 2 copys are what I sent to menard #1 and also the one to you guys "Springfield" #2