ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

**Offender:** Gharrett (Last Name), David (First Name), M38621 (ID#)

**Facility:** Pontiac

☑ Grievance: Facility Grievance # (if applicable) _____ Dated: 3/20/17, 11/5/17 or ☐ Correspondence Dated: _____

Received: 11/9/17 Regarding: failure to protect (Nov 2014) @ Men_ no response to griv's filed

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
- ☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.
- ☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.
- ☐ Provide dates when incidents occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
  Office of Inmate Issues
  1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**
- ☐ Contact your correctional counselor or Field Services regarding this issue.
- ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**
- ☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☐ Administrative Transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☑ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.
- ☑ This office previously addressed this issue on 8/11/2015 (PC Denial)
- ☐ No justification provided for additional consideration.

**Other (specify):** at Pontiac since 2/1/17

Completed by: Sherry Benton (Print Name) — S. Benton (Signature) — 11/13/17 (Date)

Exibit #5



One Advantage, LLC
7650 MAGNA DRIVE
BELLEVILLE, IL 62223
(866) 812-3874

STATEMENT DATE: 10/27/17
CREDITOR: Barnes Jewish Hospital
ACCOUNT NAME: David Gharrett
CREDITOR ACCOUNT #: 6157116
ACCOUNT #: 17149793
ACCOUNT BALANCE: $121.20

*See Reverse Side for Account Detail*

DAVID GHARRETT
PO BOX 1000
MENARD, IL 62259-0100

Dear DAVID GHARRETT,

The above referenced account(s) has been placed with our company for collection. Please send the balance to One Advantage, LLC or contact us at (866) 812-3874.

One Advantage, LLC reports this creditor's accounts with balances of $50.00 or greater to one or more credit bureaus. However, if the balance is paid by 04/22/18, this account will not be reported. The Fair Credit Reporting Act prohibits One Advantage from reporting any disputed debt. Please refer to your right to dispute the validity of this debt in the last paragraph below.

Please send your payment to the remit address shown below. The creditor account number(s) should be noted on all correspondence and payments to ensure the proper handling and processing of your account(s).

PLEASE CALL OUR OFFICE AT (866) 812-3874

Office Hours (Central Time Zone)
MONDAY - THURSDAY 8:00 A.M. - 6:30 P.M.
FRIDAY 8:00 A.M. - 4:45 P.M.
Send correspondence to: One Advantage, LLC 7650 MAGNA DRIVE, BELLEVILLE IL 62223

For online payment options please go to http://paybelleville.oneadvantagellc.com

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

<u>**Nothing in this letter affects or otherwise alters your rights described in the following paragraph:**</u>

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

Page 1 of 2

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**
PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

MED-17300/BC1111- 213624974811     One Advantage, LLC • 7650 Magna Drive • Belleville, IL 62223   BC1111     2138/0001069/0005

7650 MAGNA DRIVE
BELLEVILLE, IL 62223

| 17149793 | IF PAYING BY CREDIT CARD, FILL OUT BELOW. |
|---|---|
| | CHECK CARD USING FOR PAYMENT |
| | ☐ VISA   ☐ MasterCard |

| CARD NUMBER | | CCV# (Last 3 digits on back of card) XXXXXXXXXX |
|---|---|---|
| SIGNATURE | | EXP. DATE |
| STATEMENT DATE 10/27/17 | PAY THIS AMOUNT $121.20 | ACCOUNT # 6157116 |
| | SHOW AMOUNT PAID HERE | $ |

☐ Please check box if below address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

————ADDRESSEE:————

DAVID GHARRETT
PO BOX 1000
MENARD, IL 62259-0100

————REMIT TO:————

One Advantage, LLC
PO Box 23860
Belleville, IL 62223-0860

0001069/2138          One Advantage, LLC  (866) 812-3874          BC1111

3My. Exhibit #5

OneRadiology
Normal, Illinois
November 22, 2016

GHARRETT, DAVID
ID #: M38621
DOB: 07-24-87
Ordered by: Tindall, NP
Menard Correctional Center

SKULL 11-21-2016:

HISTORY: Hit in left eye. Large bump on right occipital area.

Five views were obtained. No fracture is seen. No bony abnormality is noted. There is mild haziness in the left maxillary antrum which may represent mucosal thickening. No air fluid level is noted in the sinuses.

IMPRESSION: No fracture is seen.

Signed _____
J. Foss, M.D.

Dic:11-22-2016

Films from Menard Correctional Center

M.D. Review
Date  11-30-16
Doctor  W
Full Chart _____
See Patient _____
File  ✓

received
11-29-16

# MEDICATION ADMINISTRATION RECORD

**BOSWELL PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1-31 (days) |
|---|---|---|---|
| Original Order 9/15/2016 / Discontinue 3/12/2017 | MIRTAZAPINE 15MG TAB SUB FOR: REMERON TAKE 1 TABLET(S) BY MOUTH AT BEDTIME *DOT* — SUNEJA, SUDARSHAN | 1900 | |
| Original Order 9/15/2016 / Discontinue 3/12/2017 #5231583 | VENLAFAXINE 75MG ER CAP SUB FOR: EFFEXOR XR TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME *DOT* — SUNEJA, SUDARSHAN #5231578 | 1900 | |
| 11/02/16 | Tramadol 100 mg PO PRN TID x 1 w/c | 1900 | |
| 11/20/16 | E-rythromycin opth TID x 1 tube daily | 4pm | |
| 11/28/16 | Tylenol 500 mg PO i-ii tabs PO q 6° x 1 mos | | |

Inmate Name and Number: GHARRETT, DAVID M38621
Form # 6182LMR (Rev 08/13)
Location: N2-0-22 W10-22  →  9-16 w-10-22
Date of Birth or Soc. Sec. No.: 07/24/1987
Allergies: PENICILLINS
Facility: MENARD CORR CTR
Charting for: 11/01/2016 Through 11/30/2016



# MEDICATION NOTES

**INSTRUCTIONS:**
- Initial appropriate box when medication or treatment is given.
- Circle initials when medication or treatment is refused.
- State reason for refusal under Medication Notes.
- Indicate injection site and result for PRN Medication or Treatment, with appropriate code.

**INJECTION SITE CODES:**
1. Abdomen Left
2. Abdomen Right
3. Arm (Deltoid) Left
4. Arm (Deltoid) Right
5. Buttocks (Gluteus) Left
6. Buttocks (Gluteus) Right
7. Thigh (Quadriceps) Left
8. Thigh (Quadriceps) Right
9. Upper Back Left
10. Upper Back Right
11. Upper Chest Left
12. Upper Chest Right

**RESULT CODES:**
A. Effective
B. Slightly Effective
C. Ineffective
D. No Effect Observed

**NON ADMINISTERED MEDICATION REASON CODES:**
1. Refused by Inmate
2. Inmate did not show
3. Inmate not in cell
4. Security lockdown
5. Medication held (state reason)
6. Medication out of stock

| DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT | DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/24 | 9P | TS | Ultram 100mg | PO | pain | A | | | | | | | |

Form # 6182LMR

From: MED-PASS 800-438-8884

UIHO1801B

# MEDICATION ADMINISTRATION RECORD

BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| Effective Dates | Medications | Hour | 1-31 (administration grid) |
|---|---|---|---|
| Original Order 3/3/17 / Discontinue | Methylphenidate 15mg PO HS | | |
| Original Order / Discontinue 3/3/17 | Effexor XR 75mg PO HS | | |
| Original Order 3/2/16 / Discontinue | Tylenol 500mg i-ii tabs PO q6° PRN | | |
| Original Order 12/16 / Discontinue 2/27/16 | Erythromycin Opth Oint x 1 tube TID | | |
| Original Order 2/27/16 / Discontinue 7/1/16 | Effexor XR 150mg PO q HS obt D/C 8/27/17 | | |

RECEIVED FEB 27 2017 By Pontiac

Inmate Name: Schmidt, Chad
Number: M38621
DOB/SSN: [illegible]
Allergies: PCN
Location: H-504 N239
Facility: PCN
Diagnosis: [illegible]
Charting for: [illegible] Dec 2016 through [illegible] 2016

# MEDICATION ADMINISTRATION RECORD

**BOSWELL PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1-31 |
|---|---|---|---|
| 1/27/16 Original Order / 8/27/17 Discontinue | Effexor-ER 150mg po qhs dot | 7P | (markings across days) |
| 1/27/16 Original Order / 8/27/17 Discontinue | Remeron 15mg po qhs dot | 7P | (markings across days) |

Initial / Signature: W Waters, C Chitly, BJ Bhushnew, MCMcNally(illeg), H Howell, MJ

Inmate Name and Number: Marrett, David N1239 N201
Date of Birth or Soc. Sec. No.: M38621
Allergies: PCN
Facility: Menard
Charting for: JAN 2017
Diagnosis: DonMac

# MEDICATION ADMINISTRATION RECORD

**BOSWELL PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644



| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 12/29/2016 Discontinue 5/27/2017 Rx# 52534672 | PM-MIRTAZAPINE 15MG TAB SUB FOR: REMERON TAKE 1 TABLET(S) BY MOUTH AT BEDTIME *DOT* SUNEJA, SUDARSHAN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 12/28/2016 Discontinue 5/27/2017 Rx# 52534669 | PM-VENLAFAXINE 150MG ER CAP SUB FOR: EFFEXOR XR TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME *DOT* SUNEJA, SUDARSHAN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Inmate Name and Number | Date of Birth or Soc. Sec. No. | Allergies | Facility | Location | Charting for | Through | Diagnosis |
|---|---|---|---|---|---|---|---|
| GHARRETT, DAVID H M38621 | 07/24/1987 | PENICILLINS | PONTIAC CORR CTR | E421 | 03/01/2017 | 03/31/2017 | |

# MEDICATION ADMINISTRATION RECORD

**BOSWELL PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644



| EFFECTIVE DATES | MEDICATIONS | HOUR | 1-31 (daily administration) |
|---|---|---|---|
| Original Order 12/29/2016 / Discontinue 6/27/2017 #5253-4872 | PM-MIRTAZAPINE 15MG TAB SUB FOR: REMERON TAKE 1 TABLET(S) BY MOUTH AT BEDTIME *DOT* — SUNEJA, SUDARSHAN | | signatures entered across days |
| Original Order 12/29/2016 / Discontinue 6/27/2017 #5253-4889 | PM-VENLAFAXINE 150MG ER CAP SUB FOR: EFFEXOR XR TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME *DOT* — SUNEJA, SUDARSHAN | | signatures entered across days |

**Inmate Name and Number:** GHARRETT, DAVID H M38621
**Date of Birth or Soc. Sec. No.:** 07/24/1987
**Allergies:** PENICILLINS
**Location:** E421 220
**Facility:** PONTIAC CORR CTR
**Charting for:** 04/01/2017 **Through** 04/30/2017

Case 3:18-cv-00958-SMY Document 1-2 Filed 04/16/18 Page 9 of 16 Page ID #24

# ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Optometric Examination

_____ Center

- [ ] Baseline  [ ] Annual
- Date: 12/19/16
- Time: ___ [ ] a.m. [ ] p.m.

**Offender Information:**
- Last Name: GHARSTT
- First Name: David
- MI: ___
- ID#: M38621

**Chief Complaint:** TRAUMA OS   MRS & BARNES · s/[illegible]

**HPI:**
- Location:
- Duration:
- Onset:
- Severity:
- Timing:
- Modifiers:

**Ocular History:**
- [ ] Cataracts:
- [ ] Glaucoma:
- [ ] Disease:
- [ ] Trauma/Surgery:
- [ ] Strabismus:
- [ ] Amblyopia:

**Medical History:** [ ] NIDDM  [ ] IDDM  [ ] Hypertension  [ ] Other:

**Visual Acuity:**
- Uncorrected Distance: OD 20/20  OS 20/25-  OU 20/
- Uncorrected Near: OD 20/  OS 20/  OU 20/

**Habitual Rx:** OD ___ 20/ Type: [ ] SV [ ] Bifocal Date: __/__/__
OS ___ 20/
**Correction:** OD ___ 20/ Type: [ ] SV [ ] Bifocal Date: __/__/__
OS ___ 20/
**Near:** OD ___ 20/ Type: [ ] SV [ ] Bifocal Date: __/__/__
OS ___ 20/

- **Pupils:** [x] Round  [x] Equal  [x] Responds to Light/Accommodation  [ ] APD
- **Motilities:** [x] Full  [ ] Abnormal
- **Tonometry:** [x] Applanation  [ ] Tonopen  [ ] NCT   Confrontational Fields: [ ] Full [ ] Abnormal  OD 25  OS 25  Time: ___

| ar Test: | Distance | Near | Slit Lamp Exam: | WNL | ABNL |
|---|---|---|---|---|---|
| Eso | | | Cornea | ✓ | |
| Exo | | | Conjuctiva | ✓ | |
| Tropia | | | Iris/Ant. Chamber | ✓ | |
| Phoria | | | Lens | | |
| Ortho | | | Lids/Lashes | | |

| Opthalmoscopy: | WNL | ABNL | Right | Left | Method: |
|---|---|---|---|---|---|
| Disc | ✓ | | | | [ ] Direct |
| Vessels | ✓ | | | | [ ] BIO |
| Macula | ✓ | | | | [x] 78D  90A |
| Periphery | | | | | [ ] 3 mirror |
| Vitreous | | | | | [ ] Other: |

Cup to disc: OD 0.4  OS 0.45   Cup Depth: [ ] Deep  [ ] Moderate  [ ] Shallow   [x] PE 2.5%, Trop 1%

**Assessment/Plan:**
1. TRAUMA OS
2. 
3. 
4. f/c PRN
5. 

- Medications Ordered:
- Eyeglasses Ordered:  Frame: ___  Size: ___  Color: ___
- Rx: OD ___  Add: ___  Seg Height: ___
- OS ___  [ ] SV  [ ] FT28  [ ] Reading Only  PD ___

Print Doctor's Name: Ryan Sutterer
Doctor's Signature: [signed]
Follow-Up: PRN

Distribution: Offender's Medical Record

DOC 0061 (Eff. 9/2002)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____Menard_____ Center

**Offender Information:**

Last Name: Gharrett   First Name: David   MI: ___   ID#: M38621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/23/16 9:40am | Med Furlough Clerk Note: P/t has been scheduled for ER Follow-up for ENT and ophthalmology. P/t will go on 12/6/16 @ 8:30am to Barnes Jewish Center for Outpatient Health ENT clinic 4901 Forest Park Ave., Floor 4, Ste 420, St. Louis, MO Ph. 314-362-9100. Ophthalmology F/U will be 12/6/16 @ 10:30 am @ BJH South Eye Clinic, 517 S. Euclid, 1st Fl McMillan St. Louis, MO Ph. 314-362-3431. No auth's issued yet. Christa Mall Med Furlough Clerk | |

ILLINOIS DEPARTMENT OF CORRECTIONS
## Medical Special Services Referral and Report

Menard (Facility)

Offender's Name: Gharrett, David  ID# M38421

Reason for Referral:
- ☐ Consult
- ☐ Non-Formulary Medications
- ☐ Medical Equipment
- ☒ Evaluation
- ☐ Management
- ☐ Procedure/service (specify) _____
- ☐ Other (specify) _____

Urgent: ☐ Yes  ☒ No

Referred to: Ophthalmology

Rationale for Referral: _____

Print Referring Practitioner's Name: RYAN SUTTERER
Referring Practitioner's Signature: [signature]
Date: 11-28-16

### Report of Referral (Use Reverse Side, if necessary)

Findings: _____

Assessment: _____

Recommendations/Plans: _____

Print Practitioner's Name  Practitioner's Signature  Date

Facility Medical Director Use Only
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

Print Facility Medical Director's Name  Facility Medical Director's Signature  Date

Distribution: Offender's Medical File, and if denied/revised, Heath Care Unit Administrator

Page 1 of 1

DOC 0254 (Eff.4/2007)
(Replaces DC 7105)

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

_____Menard_____
(Facility)

Offender's Name: Gharrett, David     ID# M38621

Reason for Referral:   ☐ Consult   ☐ Non-Formulary Medications   ☐ Medical Equipment
☒ Evaluation   ☐ Management
☐ Procedure/service (specify) _____
☐ Other (specify) _____

Urgent: ☐ Yes   ☒ No

Referred to: ENT

Rationale for Referral: orbital fractures

_____

Print Referring Practitioner's Name: Trost
Referring Practitioner's Signature: [signature]
Date: 11/29/16

Report of Referral (Use Reverse Side, if necessary)

Findings: _____

Assessment: _____

Recommendations/Plans: _____

Print Practitioner's Name _____   Practitioner's Signature _____   Date _____

Facility Medical Director Use Only
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

Print Facility Medical Director's Name _____   Facility Medical Director's Signature _____   Date _____

Distribution: Offender's Medical File, and
If denied/revised, Heath Care Unit Administrator

Page 1 of 1

DOC 0254 (Eff.4/2007)
(Replaces DC 7105)

WEXFORD HEALTH SOURCES INCORPORATED

To:       Site Medical Director & HSA

From:     Utilization Management                    DELIVERED DEC 0 2 2016

Date/Time: 12/02/2016 11:29:57

Subject:   Inmate Name:    GHARRETT, DAVID H
           Inmate Number:  M38621
           Site:           MENARD
           Service:
                           99203   OFFICE/OUTPATIENT VISIT NEW

Authorization ID: 179595769

Based upon a review of the information provided, Service is Approved.

   Comments:
   Received a referral request for ENT & Ophthalmology for an inmate
   patient who went to ER on 11/21 for a closed fracture of orbital
   plate of ethmoid bone. He was hit behind while in his cell. DX
   left orbit fracture with inferior rectus entrapment. Dr. Ritz
   approved. Meets IQ for both requests.


From:_____
       Dedicated Utilization Management

-----------------------------------------------------------------------

           INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

                    Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
                    877-939-2884 or 800-353-8384 - Phone
                                         412-937-9151 - Fax
                    WWW.WEXFORDHEALTH.COM

WEXFORD HEALTH SOURCES INCORPORATED

To: Site Medical Director & HSA

From: Utilization Management

DELIVERED

Date/Time: 12/02/2016 11:29:57

Subject: Inmate Name: GHARRETT, DAVID H
Inmate Number: M38621
Site: MENARD
Service:
99203 OFFICE/OUTPATIENT VISIT NEW

Authorization ID: 930675669

Based upon a review of the information provided, Service is Approved.

Comments:
Received a referral request for ENT & Ophthalmology for an inmate patient who went to ER on 11/21 for a closed fracture of orbital plate of ethmoid bone. He was hit behind while in his cell. DX left orbit fracture with inferior rectus entrapment. Dr. Ritz approved. Meets IQ for both requests.

From: _____
Dedicated Utilization Management

------------------------------------------------------------------

INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
877-939-2884 or 800-353-8384 - Phone
412-937-9151 - Fax
WWW.WEXFORDHEALTH.COM

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____Menard_____ Center

**Offender Information:**

Last Name: Gharrett   First Name: David   MI: ___   ID#: M38621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/30/16 12:15pm | Med Furlough Clerk Note: Pt was presented to collegial today by Dr. Trost for an ENT consult and an ophthalmology consult. Dr. Ritz, Wexford UM, cancelled the call due to being sick. Dr. Ritz will review the cases. Christo Maler Med Furlough Clerk | |
| 12/7/16 1:20pm | Med Furlough Clerk Note: Pt has been approved for the ENT consult and the opthalmology consult. Pt's were seen 12/6/16. Christo Maler Med Furlough Clerk | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)