ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Menard Correctional Center

Offender Information:

Gharrett (Last Name) David (First Name) MI ID#: M38621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-8-16 | 1st (RN Note) / CMT Note | |
| | 2nd Date: 7-8-16 Time: 9 AM | |
| | 3rd Tubersol 0.1cc Intradermal Left Forearm | |
| | 4th LOT # C4860BA | |
| | 5th Expiration Date: 1-5-2018 | |
| | 6th Given By: Jana South RN | |
| 7/18/16 | Psych Note: | |
| 4:50 pm | S: Scheduled on N2 PCL today | P: Resch. |
| | O: Refused, not seen | |
| | A: Needs to be seen | [signature] 7-18-16 |
| 7/31/16 | Psych Note: | |
| 2PM | S: Scheduled on N2 PCL today | P: Resch. |
| | O: Refused X 2 | |
| | A: Needs to be seen | [signature] |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional Center

Offender Information:

Gharrett (Last Name) Dennis (First Name) MI ID#: M38621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/12/16 10 25 am | Psych note: See [illegible] of [illegible] date | [illegible] 9/12/16 |
| 11-21-16 1020 | NP NOTE<br>S/O: IM seen in FA following altercation cell. Reports he was hit from behind c̄ fist. facial trauma to Rt side face/eye & Rt post scalp. laceration to Rt eye - steri strip. Denied LOC. Oral-intact. Unable to open eye d/t ↑↑swelling. Pain 5/10. Neuro intact.<br>a: Head trauma | P. Xray Skull - DONE<br>- Tetnus 0.5cc IM<br>IM now<br>- Tramadol 100mg PO x1<br>- Send to CMH ER for further eval c̄ CT<br>[illegible] FNP |
| | | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

MENARD CORRECTIONAL Center

**Contusions**

Offender Information: Gharrett (Last Name) David (First Name) MI ID#: M38621

| Date/Time RN note: | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/21/16 | S) - What caused the injury (accident, work related, assault, self-inflicted) assault | P) MD Referral (call MD) if Tindall @bedside |
| 1005a | - Where did it happen in cellhouse | - If the wound is over a joint |
| | - What time about 10min ago | - Any impairment of function |
| | - Any history of excessive bleeding ϕ | - Poor peripheral pulses |
| | O) T 97.6 P 88 R 18 BP 140/90 WT | - Any assault wound to the head, face, chest, abdomen or back |
| | - Medications – are you on a blood thinner no | - Associated syncope or loss of consciousness |
| | - Pain on a scale of 1-10 5/10 | - If injury is self-inflicted, refer to Mental Health |
| | - Note area of injury | - Nurse uncertain as to extent of injuries |
| | - Size posterior scalp 8 x 5½ cm | **Nursing Intervention (verify medication and allergies prior to treatment** |
| | - Presence of any bleeding ~3/4cm laceration to | ✓ - Apply cold pack to minor contusions x 12 hours PRN |
| | - Serious drainage ϕ | - Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) OR |
| | - Swelling (L) orbit left lower lip posterior (R) scalp | ✓ - Ibuprofen 200mg, 1-2 tablets t.i.d. with meal PRN x 3 days (18 tabs) |
| | - Edema | |
| | - Discoloration of skin purplish red | |
| | - Assess for any disfigurement or alteration of ROM ϕ | |
| | | **OVER** |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

MENARD CORRECTIONAL Center

**Contusions (Cont.)**

Offender Information:

Sharrett (Last Name) David (First Name) ___ (MI) ID#: M38621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | For abdominal injuries ∅ | **Patient Teaching** |
| | - Evaluate for bowel sounds ∅ | - Keep area immobile for 24 hours if necessary and elevate |
| | - Tenderness ∅ | ✓ - Return to sick call PRN |
| | - Mass ∅ | - If work related injury, instruct in preventive measures to prevent recurrence |
| | - If broken skin, check Tetanus status given (L) deltoid | **Follow up** |
| | Adacel® NDC 49281-400-58 L U5533AA E 1814819 | ✓ - Return to sick call if symptoms worsen or persist |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | Nurse Signature [signature] |
| | **A) Impaired tissue integrity** | Payment voucher YES NO (circled: NO) |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional Center

Offender Information:

Barnett — Last Name; David — First Name; MI; ID#: M38621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-21-16 11:50P | RN note | P- Placed in infirmary |
| | S- "I can barely open it." | for 23° obs. |
| | O- Returned from Chester | V.O.- DR-TROST |
| | Hosp. (L) eye swollen. Able | |
| 98 76 18 160/86 | to open eye slightly. (L) | |
| | side of face also swollen | |
| | able to open mouth. | |
| | Resp. reg. & unlabored. | |
| | NAD- | |
| | A- S/P assault, (L) eye | |
| | head injuries. | Barnett [signature] |
| 12/7/16 | RN note | |
| 10AM | S: I'm ok | P) F/U in 1wk |
| | O: L eye healing well | Tylenol issued |
| | Denies pain. SR NO diff | D/C to Cellhouse |
| | c Site. AOx3. NO neuro | |
| | deficits noted. NAD | [signature] |
| | A/ S/P assault | |

bution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Vital Sign Graphic Flow Sheet**

Offender Information: Starnott (Last Name) David (First Name) MI ID#: M38621

Facility: Menard

| Date | 11/22/16 | 11-23-16 | 11-24-16 | 11-25-16 | 11-26-16 |
|---|---|---|---|---|---|
| Hosp Day/Po Day | / | / | / | / | / |
| Pulse | 80 | 92 80 | 95 82 80 | 88 80 | 80 88 74 |
| Respiration | 16 | 18 16 | 18 16 16 | 18 16 | 18 16 16 |
| Blood Pressure | 140/78 | 108/80 100/64 | 140/80 118/76 124/78 | 130/74 116/70 | 124/80 116/88 120/84 |
| Other (O2) | | 99% | 100% 99% 98% | 100% 100% | 100% 100% |
| Stools / Urine | | yes | yes | yes | yes |
| Hygiene / PM Care | self | self | self | self | self |
| Diet | | Reg | Regular | Regular | Reg |
| Ate / Slept | W W | W W W | W W W | W W W | W W W |
| Activity | as tol | as tol | ↑ as tol | ↑ as tol | as tol |
| Bed Rest / Bed positioning / R.O.M. Exercises / Whirlpool ND / Transfers / Walk | self | self | self | self | self |
| Other | Trost | | | | |
| Staff Name 7-3 | [signature] | [signature] | [signature] | [signature] | [signature] |
| 3-11 | | | [signature] | | [signature] |
| 11-7 | Barnett | Pam Hanna | Pam Hanna | Barnett | Barnett |

Hours: 4 AM, 8 AM, Noon, 4 PM, 8 PM, Midnight

Weight / Height

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0110 (Eff. 9/2002)
(Replaces DC 1705)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Vital Sign Graphic Flow Sheet

Offender Information: Jharrett, Donal ID# M 38621
Last Name First Name MI

Facility: Menard

| Date | 11-27-16 | 11-28-16 | 11-29-16 | 11-30-16 | 12-1-16 |
|---|---|---|---|---|---|
| Hosp Day/Po Day | | | | | |
| Hour | 4 8 12 4 8 12 | 4 8 12 4 8 12 | 4 8 12 4 8 12 | 4 8 12 4 8 12 | 4 8 12 4 8 12 |
| Temperature (106–96) | | | | | |
| Pulse | 82 90 86 | 78 74 72 | 74 75 | 72 | 72 |
| Respiration | 18 16 16 | 16 14 14 | 16 16 | 16 | 16 |
| Blood Pressure (4 AM, 8 AM, Noon, 4 PM, 8 PM, Midnight) | 118/78 120/76 127/74 | 120/76 142/74 120/78 | 116/72 98/70 116/78 | 120/74 | 122/76 |
| Temp | 99.2 99.6 | 98.8 98.6 | 100.2 | 100.8 | 97.6 100.0 |
| Weight / Height | | | | | |
| Stools / Urine | yes | yes | yes | yes | yes |
| Bath: C-P-T-S / Oral Hygiene / PM Care | self | self | self | self | self |
| Diet | Reg | Reg | Reg | Reg | Reg |
| Ate W F P | W W W | W W W | W W W | W W W | W W W |
| Slept W F P | W W W | W W W | W W W | W W W | W W W |
| Activity | ad lib | ad lib | ad lib | | |
| Bed Rest / Bed positioning / R.O.M. Exercises / Whirlpool / Transfers / Walk | self | self | self | self | self |
| Other | | Caldwell | Trost | Trost | |
| Staff Name 7-3 | [signature] | [signature] | [signature] | [signature] | [signature] |
| Staff Name 3-11 | T. Ankle | [signature] | [signature] | T. Ankle | T. Ankle |
| Staff Name 11-7 | [signature] | [signature] | T. Ankle | [signature] | [signature] |

D/C Dr. [illegible]

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0110 (Eff. 9/2002) (Replaces DC 1705)

ILLINOIS DEPARTMENT OF CORRECTIONS

# Offender Infirmary Vital Sign Graphic Flow Sheet

Offender Information: Blarrett (Last Name) David (First Name) MI ID# M 38621

Facility: Menard

| Date | 12-2-16 | 12-3-16 | 12-4-16 | 12-5-16 | 12-6-16 |
|---|---|---|---|---|---|
| Hosp Day/Po Day | / | / | / | / | / |
| Temperature | 98 | 97.8 | 97.2 | 97.6 | 97.8 |
| Pulse | 74 | 70 | 80 | 72 | 76 |
| Respiration | 16 | 19 | 16 | 18 | 15 |
| Blood Pressure | 118/76 | 110/64 | 120/64 | 130/86 | 122/80 |
| | 99.4 | | | 98.6 | |
| Weight / Height | | | | | |
| Stools / Urine | yes | yes | yes | yes | yes |
| C-P-T-S / Hygiene / PM Care | self | self | self | self | self |
| Diet | Reg | | | Reg | Reg |
| Ate W F P | W W W | W W W | W W W | W W W | W W W |
| Slept W F P | W W W | W W W | W W W | W W W | W W W |
| Activity | as tol | ao tol | ao tol | ao tol | ao tol |
| Bed Rest / Bed positioning / R.O.M. Exercises / Whirlpool / Transfers / Walk | self | self | self | self | self |
| Other | | | | | |
| Staff Name 11-3 | [signature] | [signature] | [signature] | [signature] | [signature] |
| Staff Name 3-11 | [signature] | [signature] | [signature] | [signature] | [signature] |
| Staff Name 11-7 | [signature] | [signature] | [signature] | [signature] | [signature] |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0110 (Eff. 9/2002) (Replaces DC 1705)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Vital Sign Graphic Flow Sheet**

Offender Information: Garrett (Last Name) Howard (First Name) MI ID#: M 38621

Facility:

| Date | 12-7-16 | 12-8-16 | | | |
|---|---|---|---|---|---|
| Hosp Day/Po Day | / | / | / | / | / |
| Hour | 4 8 12 4 8 12 | 4 8 12 4 8 12 | 4 8 12 4 8 12 | 4 8 12 4 8 12 | 4 8 12 4 8 12 |
| Temperature (106–96) | 97 | | | | |
| Pulse | 74 | | | | |
| Respiration | 16 | | | | |
| Blood Pressure — Hours 4 AM | | | | | |
| 8 AM | 114/74 | | | | |
| Noon | | | | | |
| 4 PM | | | | | |
| 8 PM | 99/69 | | | | |
| Midnight | | | | | |
| Weight / Height | | | | | |
| Stools / Urine | yes | | | | |
| Bath: C-P-T-S | Self | | | | |
| Oral Hygiene | Self | | | | |
| PM Care | Self | | | | |
| Diet | Reg | | | | |
| Ate W F P | W | | | | |
| Slept W F P | W | | | | |
| Activity | as Tol | | | | |
| Bed Rest | Self | | | | |
| Bed positioning | Self | | | | |
| R.O.M. Exercises | Self | | | | |
| Whirlpool | Self | | | | |
| Transfers | Self | | | | |
| Walk | Self | | | | |
| Other | D/C to cell House | | | | |
| Staff Name | [signature] | | | | |
| 3-11 | | | | | |
| 11-7 | | | | | |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0110 (Eff. 9/2002)
(Replaces DC 1705)

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Infirmary Progress Notes

Menard Center

Offender Information.

Gharrett (Last Name) David (First Name) (MI) ID#: M38621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/22/16 0900 | DOCTOR INFIRMARY ADMISSION NOTE | PLAN: |
| | BY: (circle one): (MD) NP PA DDS LICENSED MENTAL HEALTH PROFESSIONAL | VITAL SIGN FREQUENCY: Q shift |
| | (ACUTE) CHRONIC | |
| | SUBJECTIVE: | DIET: regular |
| | HISTORY: | |
| | I/M assaulted and suffered | ACTIVITY: as tol |
| | (L) orbital fractures | |
| | | MEDICATION ORDERS: |
| | | ultram 100mg PO BID PRN x 1wk |
| | DURATION: 24° | tylenol 500mg i-ii PO Q6° x 1mo |
| | OBJECTIVE: | |
| | PHYSICAL EXAMINATION: | |
| | alert, ō NAD | |
| | Mod to marked (L) facial swelling | |
| | chest clear, BS= | noted [illegible] 11/22/16 9pm |
| | Cardiac RRR | OTHER ORDERS: |
| | | |
| | | |
| | CURRENT CONDITION: | |
| | fair | |
| | | |
| | OTHER MEDICAL CONDITIONS: | |
| | none | |
| | ADMITTING DIAGNOSIS:/ASSESSMENT | |
| | multiple trauma | |

facial fractures

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0086 (Eff. 9/2002) (Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Progress Notes**

Menard Center

Offender Information: Gharrett (Last Name) David (First Name) ___ (MI) ID#: M38627

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/22/16 | *INFIRMARY NURSE ADMISSION NOTE:* (ACUTE) *CHRONIC* | *PLAN:* |
| 9am | *SUBJECTIVE:* Chief Complaint | MD NOTIFIED: Dr Trost |
| | Left orbital fx | HCUA NOTIFIED: |
| | | DIETARY NOTIFIED: |
| | | TYPE OF DIET: Regular FORM SENT TO DIETARY |
| | | |
| | Duration: | MEDICATION ORDERS |
| | *OBJECTIVE:* | See MAR |
| | BP 140/78 T 97 P 80 R 16 WT ___ | Tylenol 500 mg PO. q 6 ° x 1 mo |
| | Oxygen Saturation: 98% | Ultram 100 mg PO TID x 1 wk |
| | Peak Flow: 1 Na 2 Na | Erythromycin opth Oint |
| | HEART: RRR | x 1 tube |
| | LUNGS: Clear | OTHER ORDERS: |
| | EYES: (R) eye PERRLA L eye Blurred Vision | |
| | SKIN: (circle) (WARM) MOIST (DRY) CLAMMY | R/T trauma |
| | SKIN COLOR Natural | |
| | SPEECH: (circle) (CLEAR) SLURRED | TREATMENT: |
| | MOBILITY: ambulates | |
| | ELIMINATION: WNL | |
| | MENTAL STATUS: AOx3 | ACTIVITY: Up as Tol. |
| | | ORIENTATION TO THE INFIRMARY |
| | ASSESSMENT/NURSING DIAGNOSIS: | RULES, CALL FOR HELP, PLAN OF CARE |
| | alt Comfort | OTHER: |
| | | [signature] |

Distribution: Offender's Medical Record

DOC 0085 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional Center

Offender Information: Sharrett (Last Name) David (First Name) MI ID#: M38621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/22/16 | Rn Note | P) com |
| 9am | S: I'm in pain. | |
| | O: Offender is AOx3 | |
| | C/O pain R/T FX | |
| | [illegible]. Denies N/V | |
| | hand grips strong. Walks | |
| | [illegible] gait. NAD | |
| | Noted. | [signature] |
| | A) Alt Comfort R/T | |
| | FX [illegible] | |
| 11-22-16 | Rn note | P - c Rn |
| 3:30p | S: [illegible] | |
| | O: I/m sitting upright [illegible] | |
| | [illegible]. A/Ox3. Cooperative | |
| | In no Distress. Respirations | |
| | [illegible] unlabored. Eating dinner | |
| | A: Alt in Com Fort R/T [illegible] | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional Center

Offender Information:

Gharrett (Last Name) David (First Name) MI ID#: M38621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-23-16 | Inmate | P-CFN. |
| 440A | S-"I'm okay." | |
| | O- A+Ox3. Able to open | |
| | (L) eye wider than yesterday. | |
| | (L) side of face remains | |
| | swollen and discolored. | |
| | Resp reg et unlabored. | |
| | No c/o. NAD. | |
| | A-Alt in comfort. R/T | |
| | (L) orbital fx. | Barnett RN |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional Center

Offender Information:

Last Name: Sharrett First Name: David MI: ID#: M38621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/23/16 10AM | Rn Note<br>S: Ok<br>O: Offender left eye edema has improved. Left side face remained swollen & discolored. SR the pain is a little better. He is alert & oriented NO neuro deficits noted @ this time<br>A) alt comfort R/T L orbital fx | P) CPM<br>F/U appt for opthal/ENT pending per Ruelsogh Clerk.<br>[signature] |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard Correctional Center**

**Offender Information:**

Last Name: Garrett  First Name: David  MI:  ID#: M38621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-23-16 | [illegible] Note | P: C[illegible] |
| 3:15p | S: ∅ | |
| | O: [illegible] sitting upright on | |
| | bed eating Dinner [illegible] | |
| | Issues [illegible], Cooperative. | |
| | [illegible] no Distress @ this | |
| | time, otherwise [illegible] | |
| | Respirations even/unlabored. | |
| | A: Alt in Comfort | |
| | r/t Injury | |
| | PN Note | |
| 11-24-16 | S-"OK" | P-CPM |
| 400 [illegible] | O- VSS- Tramadol for pain | |
| | (L) side of face swollen & | |
| | Bruised. Can open eye | |
| | small amt. A+OX3 resp | |
| | even/unlabored | |

A-alt in comfort r/t facial fx [signature]

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Menard Correctional Center

Offender Information:

Gharrett — Last Name; David — First Name; MI; ID#: M38621

| Date/Time Late Note | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/24/16 | S) "I'm alright" | P) C.P.M. |
| 10A | O) I/M A/O x3 gait steady | |
| | resp even/unlabored skin | |
| | W/D I/M able to open both | |
| | eyes bruising/swelling noted | |
| | to (L) orbital I/M denies | |
| | any blurred vision in (L) eye | |
| | I/M denies any pain @ this | |
| | time V.S.S. Ø acute distress | |
| | noted | |
| | A) Alt in comfort R/T facial | |
| | injury | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional Center

Offender Information:

Gharrett (Last Name) David (First Name) MI ID#: M38621

| Date/Time | RN Note Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/24/16 | S) "I'm good" | P) C.P.M. |
| 1530 | O) I/M A/Ox3 gait steady | |
| | resp even/unlabored skin | |
| | W/D (L) orbital remains swollen/ | |
| | bruised I/M denies any | |
| | vision changes denies blurred | |
| | vision Neuro intact I/M | |
| | voices ⊘ complaint ⊘ | |
| | acute distress noted | |
| | A) Alt in comfort R/T facial | |
| | injury | [signature] |
| 11/25/16 | RN Note S- "Getting better I can lay | P-CPM |
| 350P | on that side" | |
| | O- Gait steady. Eye still red | |
| | blood to bruising & swelling | |
| | L. Resp even/unlabored c̄ ⊘ | |
| | acute distress | |
| | A alt in comfort r/t facial fx | Pam Hanna |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional Center

Offender Information: Gharrett, David (Last Name, First Name, MI) ID#: M38621

| Date/Time | RN Note Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/25/16 | S) "I'm alright" | P) C.P.M. |
| 0930 | O) I/M A/O x3 gait steady resp even/unlabored skin w/o bruising/swelling noted to (L) orbital I/M denies any pain @ this time I/M denies any visual changes denies blurred vision in (L) eye V.S.S. ⊗ acute distress noted | |
| | A) Alt in comfort R/T facial fx | [signature] |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional Center

Offender Information:

Garrett (Last Name) David (First Name) MI ID#: M38621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-25-16 | RN Note | I/C RN |
| 3:15p | S: "I'M ok Cory" | |
| | O: I/M sitting upright on | |
| | Bed eating Dinner s̄ | |
| | Issues c̄ no Distress | |
| | @ this time, speaking | |
| | c̄ clear speech. Respirations | |
| | even/unlabored | |
| | A: Alt in Comfort r/t I&C | |
| 11-26-16 | RN note | P-CPM. |
| 125A | S-Ø | |
| | O-Resting quietly. Resp- | |
| | reg. even unlabored. No c/o. | |
| | NAD | |
| | A-Alt. in comfort R/T | |
| | facial injury. | [signature] |
| | | |

Distribution. Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional Center

Offender Information:

Gharrett (Last Name) David (First Name) MI ID#: M38621

| Date/Time | RN Note Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/26/16 | S) "I'm alright" | P) C.P.M. |
| 0900 | O) I/M A/O x3 gait steady | |
| | edema noted to (L) orbital | |
| | bruising noted I/M denies | |
| | any vision changes or double | |
| | vision resp even/unlabored | |
| | skin W/D I/M voices no | |
| | complaints no acute distress | |
| | noted | |
| | A) Alt in comfort R/T facial | [signature] |
| | injury | |
| 11/26/16 | RN Note | P - CPM |
| 4P | S - I'm alright. | |
| | O - A/O x3 - ø c/o visual ø ADL | |
| | gait steady (L) orbital bruising | |
| | continues Resp E/U Skin W/D | |
| | A - Alt in comfort R/T facial injury [signature] | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional Center

Offender Information:

Last Name: Barnett First Name: David MI: ID#: M 38621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-27-16 1A | RN note<br>S-∅<br>O-Resting quietly. Less edema noted (L) side of face. Resp. reg at ease - Colored NAD -<br>A-Alt in comfort R/T (L) orbital fx. | PCPM<br>[signature] |
| 11/27/16 10A | RN Note<br>S) "I'm ok"<br>O) I/M A/Ox3 gait steady resp even/unlabored ↓ edema to (L) orbital, bruising noted. Skin W/D I/M voices Ø complaints Ø acute distress noted<br>A) Alt in comfort R/T (L) orbital Fx | P) C.P.M.<br>[signature] |

Distribution: Offender's Medical Record

DOC 0084 (Eff 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional Center

**Offender Information:**

Last Name: Ghanett First Name: David MI: ID#: M 38621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/27/16 4pm | RN Note | P - CPM |
| | S - I'm OK | |
| | O - ∅ c/o voiced ∅ADN | |
| | A/O x3 gait steady | |
| | Resp E/U edema continuous | |
| | to (L) orbital c bruising | |
| | Skin W/D/I | |
| | A - Alt in comfort R/T (L) | |
| | orbital | [signature] |
| 11-28-16 | RN note | P-CPM. |
| 1235A | S ∅ | |
| | O - Resting quietly, Resp. | |
| | reg. et unlabored. Facial | |
| | swelling & discoloration | |
| | decreased. No c/o. NAD | |
| | A - Alt. in comfort R/T | |
| | (L) orbital fx. | [signature] |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional Center

Offender Information:

Last Name: Barnett First Name: David MI: ID#: M 38621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-28-16 8:25 | S) F/u assault c O.S injury | P) no changes |
| | O) vitals stable, facial swelling decreased. Sclera still blood shot | [illegible] |
| | CELLA-GOM I | [illegible] 11/28/16 8:30am |
| | A) O.S. Trauma | |
| 11/28/16 9am | RN note S: see a. O: offender Resting on Bunk. No C/o voiced. Swelling to left side face improved. Left eye Remain Red. Denies Blurred vision. AOX 3. A) alt Comfort R/T orbital Fx | P) Cont [illegible] |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional Center

Offender Information:

Last Name: Dhanette First Name: [illegible] MI: ID#: M38621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/28/16 4:00 pm | RN Note<br>S) "I'm OK."<br>O) [illegible] self [illegible] difficulty. A/Ox3. Resp e/n. [illegible] S/S of distress noted. [illegible] c/o voiced. Ready [illegible] book. Moderate amount of edema noted to (L) side of face. Edema et bruising noted to (L) orbital. Sclera bright red to (L) eye. Denies visual deficit. PERLA. VSS. Cooperative.<br>A) Alt [illegible] Comfort R/T orbital fx | P) CPM<br>[signature] |
| 11/28/16 11:10 pm | RN Note<br>S) "I'm fine."<br>O) Awakens easily. A/Ox3. Resp e/n. [illegible] c/o voiced. [illegible] S/S of distress noted. VSS. Edema remains to (L) side of face. (L) eye sclera remains bright red [illegible] swollen (L) orbital noted. Remains [illegible]. Cooperative.<br>A) Alt [illegible] Comfort R/T orbital FX | P) - CPM<br>[signature] |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Menard Correctional Center

Offender Information:

Last Name: Starnett First Name: David MI: ID#: M 38621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/29/16 | MD Note | |
| | SOA: No c/o's | |
| | Alert, oriented | |
| | ⊕ facial swelling | P: |
| | | F/U 1wk c ENT, ophth |
| | Δ status to chronic | |
| | noted 11/29/16 [illegible] | |
| 11/29/16 | RN Note | |
| 0845 | S) "I'm good" | P) status Δ to chronic |
| | O) I/M A/Ox3 gait steady | as ordered |
| | resp. even/unlabored skin w/d | |
| | minimal swelling noted Ⓛ | |
| | orbital, bruising remains to | |
| | Ⓛ orbital I/M voices ⊘ | |
| | complaints ⊘ acute distress | |
| | noted | |
| | A) status Δ to chronic | [signature] |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002 (Replaces DC 7147)

Printed on Recycled Paper



ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Menard Correctional Center

**Offender Information:**

Gharrett — Last Name; David — First Name; MI; ID#: M38621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-30-16 1AM | RN Note | [illegible] |
| | S-Ø | |
| | O- Resp E/U ØADNO | |
| | Ø c/o voiced. Found | |
| | Swelling/Discoloration | |
| | A- Chronic | [signature] |
| | | |
| 11/30/16 | MD Note | |
| | SOAP No ops | DC |
| | | CPM/noted 11/30/16 [signature] |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional Center

Offender Information:

Gharrett (Last Name) David (First Name) MI ID#: M38624

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12-1-16 | RN note | PCPM. |
| 110A | S- Ø | |
| | O- Resting quietly. Resp. | |
| | reg. & unlabored. No c/o. | |
| | NAD. | |
| | A- Chronic S/P Ⓛ orbital | |
| | fx. | [signature] |
| 12-2-16 | RN note | PCPM. |
| 1245A | S- Ø | |
| | O- Resting quietly. Resp. | |
| | reg. & unlabored. Decreased | |
| | swelling & discoloration of | |
| | face. | |
| | A- Chronic - R/T facial | |
| | Ⓛ eye injury. | [signature] |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard Correctional** Center

**Offender Information:**

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| Gharrett | David | | M38621 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12-3-16 | Rn note | P-CPM. |
| 1225A | S-ø | |
| | O-Resting quietly. Resp. | |
| | reg. + unlabored. Facial | |
| | swelling + discoloration | |
| | decreased. No c/o. NAD. | |
| | A-Chronic r/t Ⓛ orbital/ | |
| | facial injury. | [signature] |
| 12-3-16 | Rn note | |
| 125A | Health status done for ENT F/U appt. on | |
| | 12-6-16. | |
| | | [signature] |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional Center

Offender Information:

Garrett, David — Last Name / First Name / MI — ID#: M 38621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/3/16 | RN Note | P) CPM |
| 8AM | S: Ø | |
| | O: appears to be asleep. | |
| | Resp E & U. No C/o Voiced | |
| | @ this time. NAD Noted. | |
| | A) chronic R/T @ orbital | |
| | ~~[illegible]~~ injury | [signature] |
| 12/4/16 | RN Note | P) – CPM |
| 3:50 AM | S) "I'm good." | |
| | O) [illegible] shuthole for med and | |
| | am meds. A&Ox3. Resp E/N. [illegible] | |
| | of distress noted. Bruising/swelling | |
| | to (L) face/orbital much improved | |
| | & c/o voiced. Denies needs. | |
| | A) Chronic R/T (L) eye injury | [signature] |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional Center

Offender Information:

Sharrett David — Last Name / First Name / MI — ID#: M38621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/5/16 | RN Note | P) - CPM |
| 4:00 AM | S) "Thank you." | |
| | O) Awakens easily. A/Ox3. Resp [illegible] | |
| | [illegible] distress noted. [illegible] | |
| | voiced - Bruising/edema to | |
| | (L) face/orbital continues to | |
| | improve. Denies visual deficit | |
| | A) Chronic [illegible] (L) eye injury | [signature] |
| 12-6-16 | RN note | P CPM. |
| 140A | S Ø | |
| | O- Resting quietly. Resp | |
| | reg. et unlabored. No c/o. | |
| | NAD | |
| | A- Chronic R/T facial | |
| | trauma, | [signature] |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional Center

Offender Information:

Gharrett | David | | ID#: M38621
Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12-6-16 | RN note | P-Proceed c̄ ENT |
| 625A | S-Ø | follow-up. |
| | O-Escorted from HCU | |
| | by Security. | |
| | A-Med. furlough | [signature] |
| 12/6/16 | RN Note | |
| 1330 | S) med furlough return | P) 1) MD to see on AM |
| 97.4 | O) I/M A/O x3 resp even/ | rounds |
| 84 | unlabored Den [illegible] | T.O. Dr Trost/ [signature] |
| 16 | voices & complaints V.S.S | |
| 128/82 | Ø acute distress noted | noted 12/6/16 |
| 98% | A) med furlough return | [signature] |
| 12-7-16 | RN Note | P-CPM |
| 1 Am | S-Ø | |
| | O-Resting Quietly ØADN | |
| | Ø c/o voiced Resp E/U | |
| | A-Chronic H/T Facial Trauma | [signature] |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002 (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Menard Correctional Center

**Offender Information:**

Last Name: Gharrett  First Name: David  MI: ____  ID#: M38621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/7/16 | MD Note | |
| 945pm | SOA: no c/o's. No vision c/o's. | |
| | facial edema resolved. | P: |
| | | D/C to cellhouse ✓ |
| | | F/U 7-10 days |
| | | |
| | | |
| | | Noted [signature] 12/7/16 10AM |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Menard Correctional Center

Offender Information:

Garrett (Last Name) David (First Name) ___ (MI) ID#: M38621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Infirmary Progress Notes

Menard Center

Offender Information:

Gharrett (Last Name) David (First Name) ___ (MI) ID#: M38621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/7/16 9:45AM | *INFIRMARY DISCHARGE SUMMARY BY:* (CIRCLE) **MD** (circled) DENTIST PSYCHIATRIST | INFIRMARY DISCHARGE ORDERS: continue present meds, diet, activity as tol |
| | ADMISSION DATE: 11/22/16 | |
| | DISCHARGE DATE AND TIME: 12/7/16 | |
| | ADMITTING DIAGNOSIS: orbital fracture | |
| | DISCHARGE DIAGNOSIS: same | |
| | INFIRMARY COURSE: admitted 11/22/16 c̄ (L) orbital rim fracture related to assault. Injury evaluated by ENT, ophthalmology. No surgery required. D/C'd to cellhouse 12/7/16. | FOLLOW UP PLAN: 7-10 days |

[signature] 12/7/16 10AM

Distribution: Offender's Medical Record

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard Correctional** Center

**Offender Information:**

Gharrett David ID#: M38621
Last Name First Name MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12-15-16 | NP NOTE | P: f/u c̄ eye dr @ |
| 1240p | S/O: IM on CL for f/u | Menard. |
| | infirmary stay S/P | |
| | Lt orbital blowout fx. | |
| | Doing well - Reports no | |
| | pain except when cold | |
| | air hits eye. Visual | |
| | acuity Lt eye ↓. Denies | |
| | HA or DZ. No swelling | |
| | or tenderness c̄ palpation | |
| | A: infirmary f/u | |
| | S/P orbital fx | [signature] FNP |
| | | |
| | | |
| 12-[illegible]-16 | OPTOMETRY NOTE SEE IDOC 0081 | Ryan M Sutterer, OD [signature] |
| | | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional Center

Offender Information:

Gharrett (Last Name) David (First Name) MI ID#: M38621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/27/16 | Psych Notes | |
| 12:15 PM | See Doc 0502 of today's date | Surgi MD / noted [signature] 12/27/16 4:10p |
| 1/8/17 | MD Note | |
| | SOA^L Release any/all med holds | P^c |
| | | noted 1/8/17 [signature] |
| 1/24/17 | Psych Note: | |
| | See Doc 0502 of today's date | Surgi MD |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002 (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

Menard Center

Offender Information:

Sharrett (Last Name) David (First Name) MI: ___ ID#: M 38621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/7/16 | **RN/LPN Infirmary Discharge Summary** | P. |
| 10AM | S. Summary of reason for Admission: | Diet on discharge: Regular |
| | F/x orbital | |
| | | Activity on discharge: Regular |
| | | as tol |
| | | |
| | O. T 98 P 74 R 16 | Treatment and medications on discharge: |
| | BP 114/74 WT | Tylenol 500 mg i-ii |
| | | P.O. q 6° PRN |
| | | |
| | | Return Follow-up: F/u in 1wk |
| | | |
| | | Patient Education: No fighting |
| | A. | Take pain meds per order PRN |
| | Admitting DX: Fx (L) orbital | Discharge Location: W 504 |
| | Nursing DX: alt Comfort | Nurse Signature: [illegible] |
| | R/T FX | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

______________________ Center

Offender Information:

Last Name ______ First Name ______ MI ______ ID#: ______

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DOC 0086 (Eff. 9/2002)
(Replaces DC 7147)

Distribution: Offender's Medical Record

Printed on Recycled Paper