# UNITED STATES DISTRICT COURT
для
Southern District of Illinois

David H. Gharrett
*Plaintiff(s)*

v.

Kimberly Butler et al.
*Defendant(s)*

Case Number: 18-958-NJR

## MOTION AND AFFIDAVIT TO PROCEED
## IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this motion, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: Pontiac Correctional Center.
I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months. **NOTE: You must have an authorized institutional officer complete the last page of this form.**

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ 0 , and my take-home pay or wages are: $ 0 per
(specify pay period) 0 n/a.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment  ☐ Yes  ☒ No
(b) Rent payments, interest, or dividends            ☐ Yes  ☒ No
(c) Pension, annuity, or life insurance payments     ☐ Yes  ☒ No
(d) Disability or worker's compensation payments     ☐ Yes  ☒ No
(e) Gifts or inheritances                            ☐ Yes  ☒ No
(f) Any other sources                                ☐ Yes  ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

4. Amount of money that I have in cash or in a checking or savings account: 0 N/a.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: N/a

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: N/a

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: N/a

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: N/a

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

Date: 3-18-2018

David H. Gharrett
Movant's signature

David H. Gharrett
Printed name

# CERTIFICATION
(TO BE COMPLETED BY AN AUTHORIZED INSTITUTIONAL OFFICER)

Plaintiff/Petitioner: David Gharrett

Institution: Pontiac Correctional Center

Register Number: M 38621

I, L. Lambert Account Tech I-, hereby certify that the
(Name and Title of Authorized Officer - please print)

inmate identified above currently has the sum of $ #30.34 on account at

Pontiac Correctional Center.
(Institution where confined)

*Lisa Lambert*
Signature of Authorized Officer

Dated: 3-26-18

PURSUANT TO 28 U.S.C. § 1915(a)(2),
PLEASE ATTACH A COPY OF THE INMATE'S
TRUST FUND ACCOUNT STATEMENT
FOR THE PAST SIX MONTHS.

Please mail the statement and this completed form to:
Clerk of Court
United States District Court
Southern District of Illinois
P.O. Box 249
East St. Louis, IL 62201

Date: 3/26/2018
Time: 2:28pm
d_list_inmate_trans_statement_composite

# Pontiac Correctional Center
## Trust Fund
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 09/26/2017 thru End;   Inmate: M38621;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: M38621 Gharrett, David H.**   **Housing Unit: PON-EP-06-05**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 10.27 |
| 10/04/17 | Point of Sale | 60 Commissary | 2777182 | 553391 | Commissary | -9.84 | .43 |
| 10/06/17 | Disbursements | 80 Postage | 2793143 | Chk #114241 | 10/2/17, United Stat, Inv. Date: 10/02/2017 | -.42 | .01 |
| 10/11/17 | Payroll | 20 Payroll Adjustment | 2841148 | | P/R month of 9 2017 | 10.00 | 10.01 |
| 11/07/17 | Payroll | 20 Payroll Adjustment | 3111148 | | P/R month of 102017 | 10.00 | 20.01 |
| 11/15/17 | Point of Sale | 60 Commissary | 3197153 | 556945 | Commissary | -19.47 | .54 |
| 12/08/17 | Payroll | 20 Payroll Adjustment | 3421148 | | P/R month of 112017 | 10.00 | 10.54 |
| 12/13/17 | Disbursements | 84 Library | 3473150 | Chk #114994 | 12/06/17, DOC: 523 F, Inv. Date: 12/06/2017 | -.90 | 9.64 |
| 01/11/18 | Payroll | 20 Payroll Adjustment | 0111148 | | P/R month of 122017 | 10.00 | 19.64 |
| 01/19/18 | Disbursements | 80 Postage | 0193150 | Chk #115506 | 01/16/2018, United S, Inv. Date: 01/16/2018 | -.21 | 19.43 |
| 01/29/18 | Mail Room | 10 Western Union | 029200 | 9879696583 | Killian, Margaret | 65.00 | 84.43 |
| 02/07/18 | Point of Sale | 60 Commissary | 0387156 | 563358 | Commissary | -74.80 | 9.63 |
| 02/13/18 | Payroll | 20 Payroll Adjustment | 0441143 | | P/R month of 1 2018 | 10.00 | 19.63 |
| 02/16/18 | Disbursements | 84 Library | 0473143 | Chk #115892 | 01/22/2018, DOC: 523, Inv. Date: 01/22/2018 | -.10 | 19.53 |
| 02/16/18 | Disbursements | 84 Library | 0473143 | Chk #115892 | 2/8/18, DOC: 523 Fun, Inv. Date: 02/08/2018 | -.10 | 19.43 |
| 03/01/18 | Point of Sale | 60 Commissary | 0607157 | 564664 | Commissary | -17.51 | 1.92 |
| 03/14/18 | Payroll | 20 Payroll Adjustment | 0731148 | | P/R month of 2 2018 | 9.52 | 11.44 |
| 03/20/18 | Point of Sale | 60 Commissary | 079791 | 565854 | Commissary | -11.40 | .04 |
| 03/21/18 | Mail Room | 15 JPAY | 080200 | 83563257 | Burger, Paula | 32.00 | 32.04 |

|   |   |
|---|---|
| **Total Inmate Funds:** | 32.04 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 1.70 |
| **Funds Available:** | 30.34 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 03/20/2018 | 03/20/2018 | Disb | Library | 2 DOC: 523 Fund Library | $1.70 |
| | | | | **Total Restrictions:** | **$1.70** |