U.S. District Court
Southern District of Illinois

David H. Gharrett
#M-38621

V.

Kimberly Butler et. al.

Case number: 3:18-CV-00958-NJR

## Request For Merit review Status

I put my amended complaint in on Monday, May. 7th 2018 and I haven't heard anything back yet. Just tryin to figure out what's going on. Can you plz respond back to me. Thank You.

David H. Gharrett
David H. Gharrett

June - 9th - 2018
Respectfully Submitted
David H. Gharrett
Pontiac Correctional Center
P.O. Box 99
Pontiac, IL. 61764

SCANNED at PCC and E-Mailed
6/11/18 (date) by DD (initials)
1 (# of pages)