UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

David H. Gharrett
Plaintiff (s)

V

Kimberly ~~Bailed~~ Butler ~~Defendant Divided~~ et. al.

Case number: 3:18-cv-00958-NJR-DGW
Judge: Nancy J. Rosenstengel
Magistrate Judge: Donald G. Wilkerson

SCANNED at PCC and Emailed
10/4/18 (date) by MD (initials)
2 (# of pages)

## Declaration For Entry Of Default

David H. Gharrett, hereby declares:

I am the plaintiff herein. The complaint herein was filed on the 7th of May 2018

The court files and record herein show that the defendant's Kimberly Butler and Jeannette Cowan were served by the United States Marshal with a copy of summons, and a copy of the plaintiff's complaint on the 3rd of Aug. 2018

60 days has elapsed since the date on which the defendant's herein were served with summons and a copy of plaintiff's complaint, excluding the date there of.

1 of 2

The Defendants have failed to answer or otherwise defend as to plaintiffs complaint, or serve a copy of any answer or any defense which it might have had upon affiant or any other plaintiff herein

Defendant's are not in the military service and are not infant's or incompetent's

I declare under penalty of perjury that the forgoing is true and correct. Executed at Pontiac, Il. on Oct-3rd-2018

David H. Gharrett    David H. Gharrett  10-3-2018

Oct.-3-2018
Respectfully Submitted
David H. Gharrett
Pontiac Correctional Center
P.O Box 99
Pontiac, Il. 61764