UNITED STATES DISTRICT COURT
For the
Southern District of Illinois

David H. Gharrett
Plaintiff (s)

v.

Kimberly Butler, et al.
Defendant (s)

Case number: 3:18-CV-00958-NJR-DGW

Judge: Nancy J. Rosenstengel

Magistrate Judge: Donald G. Wilkerson

SCANNED at PCC and E-Mailed
10/12/18 (date) by HZ (initials)
____ (# of pages)

### Requesting Status On Partial Discovery:

Plaintiff received an order stating that the Honorable Judge: Donald G. Wilkerson would set guidelines in a partial discovery motion, allowing Plaintiff the opportunity to identify the John/Jane Does in this matter. Plaintiff received this order on the 3rd of August, 2018. it has now been more then 60 days and Plaintiff still hasn't received any guidelines as what to do in order to proceed with the partial discovery motion. Plaintiff request to have a status review on the guidelines set by Judge: Donald G. Wilkerson for partial discovery.

Respectfully Submitted 10-9-2018
David H. Gharrett M-38621
David H. Gharrett
Pontiac Correctional Center
P.O. Box 99
Pontiac, Il. 61764