SCANNED at PCC and Emailed
11/1/18 (date) by AD (initials)
2 # of pages

United States District Court
For The
Southern District Of Illinois

David H. Gharrett,
Plaintiff,

v.

Kimberly Butler, et al.
Defendants.

Case No. 3:18-cv-00958-NJR-DGW
Judge: Nancy J. Rosenstengel
Magistrate Judge: Donald G. Wilkerson

## MOTION REQUESTING PARTIAL DISCOVERY

Now comes Plaintiff David H. Gharrett, pro se, requesting this Honorable Court to demand Defendant Kimberly Butler, whom was the Warden at Menard Correctional Center at the time of the matter surrounding Plaintiff's complaint took place, to produce the following in order to allow Plaintiff the opportunity to identify the John/Jane Doe's in his Complaint:

1.) Any and all documents pertaining to Plaintiff being interviewed by Internal Affairs officers for Protective Custody placement in Menard Correctional Center.

2.) The names of the Internal Affairs officers that interviewed Plaintiff for Protective Custody (each time Plaintiff was interviewed) placement.

3.) Any and all documents pertaining to Plaintiff being interviewed by a representative of Springfield's Administration Review Board.

4.) The name of the representative of ~~Springfield~~ Springfield's Administrative Review Board that interviewed Plaintiff on video after Plaintiff was denied Protective Custody at institutional level.

5.) The video recording of Plaintiff and the representative of Springfield's Administrative Review Board (Plaintiff being interviewed for Protective Custody).

Wherefore, Plaintiff requests this Honorable Court to grant his Motion Requesting Partial Discovery, demanding Defendant Kimberly Butler to produce the requested documents/video, giving Plaintiff the opportunity to identify unknown John/Jane Doe's in his Complaint.

Nov.
11-1-2018
Respectfully Submitted
David H. Gharrett
David H. Gharrett
Pontiac Correctional Center
P.O Box 99
Pontiac, Il. 61764

2 of 2



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

David H. Gharrett      M-38621
Name     ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?    Yes or **(No)**

   If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?    Yes or **(No)**

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

3. Should this document be filed in a pending case?    **(Yes)** or No

   If yes, please list case number: 3:18-CV-00958-NJR-DGW

   If yes, but you do not know the case number mark here: _____

4. Please list the total number of pages being transmitted:    6

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

   | Name of Document | Number of Pages |
   |---|---|
   | Motion Requesting Partial Discovery | 2 |
   | Motion For Appointment of Counsel | 4 |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.