Exhibit #1

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

Copied 12/04/17 @PICLL

| Date: Jan 13 - 2017 | Offender: (Please Print) David H. Gharrett | ID#: M-38621 |
|---|---|---|
| Present Facility: Menard | Facility where grievance issue occurred: Menard | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [x] Restoration of Good Time
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify): Violation of Rights

RECEIVED NOV 9 9 2017 ADMINISTRATIVE REVIEW BOARD

- [ ] Disciplinary Report: ____/____/____ Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): I am writing this grievance because this facility and the whole I.D.O.C. failed to protect me, when I told multiple staff from "C.O's, psyc Doctor's, Major's and so on all the way to Springfield when I got denide P.C. What I told was the bloods and the whole Fin ball group was threating me, I was scared for my life but was forweced to go back out into General Population by I.D.O.C. Granted it took time for the Fin ball's to act and they did so when I got put in a cell' with one on 10 gallery in westhouse in menard What I scared most happend in the month of Nov. 2016. I was knocked unconcious from being kicked in the back of the.

Relief Requested: I'm requesting reimbursment for my pain and suffering not only for physical but also mental suffering "Permanant Placement in P.C. 5000$ for my-self and all medical bills paid"

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

David H. Gharrett / M-38621 / 1/13/2017
Offender's Signature        ID#        Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ____/____/____   [ ] Send directly to Grievance Officer   [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

____ Print Counselor's Name ____ Counselor's Signature ____ Date of Response

**EMERGENCY REVIEW**

Date Received: ____/____/____   Is this determined to be of an emergency nature?   [ ] Yes; expedite emergency grievance   [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

____ Chief Administrative Officer's Signature ____ Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

head and my face hitting the bars. Which ended up me have'n a
broken eye socket. I went to 2 hospitals, got stitch's and spent like
2 week's in health care at menard. All because I.D.O.C. failed
to protect me. After being told about threat's to my life

Exhibit #2

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

copreal 12/04/17 @ PCC LL

| Date: March 20-2017 | Offender: (Please Print) David H. Glascott | ID#: M-38621 |
|---|---|---|

| Present Facility: Pontiac | Facility where grievance issue occurred: menard |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [✓] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [✓] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [✓] Other (specify): Violation of Rights

RECEIVED
NOV 0 9 2017
ADMINISTRATIVE

- [ ] Disciplinary Report: ____/____/____
                          Date of Report                 Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): I am writing this grievance because I got transferd to pontiac from menard and not to sure whats going on. It's been over 60 days and I haven't heard anything from menard on the grievance I sent in on the 13th of Jan. This is exact word for word.

I am writing this grievance because this facility and the whole I.D.O.C. failed to protect me when I told multiple staff from C.O.'s, Pshc, Doctors, major's and so on all the way to springfield when I got denide P.C. what I told was the blood's and the whole Sin ball group was threating me. I was scared for my life but was forced to go back out into Genral Population by I.D.O.C. Granted it √

**Relief Requested:** I'm requesting reimbursement for my pain and suffering. Not only for physical but also mental suffering. Permanent Placement in P.C., 5,000 # for myself and all medical bills paid."

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| David H. Glascott | M-38621 | 3,20,2017 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: ____/____/____ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

_____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

---

**EMERGENCY REVIEW**

| Date Received: ____/____/____ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

took time for the Lia hall's to act and they did so
when I got put in a cell with one on 10 gallery in West
house in menard. What I feard most haffod in the month
of Nov 2016. I was knocked unconcious from being kicked
in the back of the head and my face hitting the bar's which
ended up me havein a broken eye socket. I went to 2 hospitals,
Cill because. I.D.O.C. failed to protect me after being told
about threat's to my life.

Copreal 12/04/17 @ PCR
LL

Exhibit #3

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## OFFENDER'S GRIEVANCE

| Date: Nov. 5 - 2017 | Offender: (Please Print) David H. Gharrett | ID#: M-38621 |
|---|---|---|

| Present Facility: Pontiac | Facility where grievance issue occurred: menard |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ ADA Disability Accommodation
☑ Staff Conduct ☐ Dietary ☑ Medical Treatment ☐ HIPAA        Violation of
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☑ Other (specify): Rights

~~NOV 0 9 2017~~

☐ Disciplinary Report: ___/___/___
                        Date of Report                    Facility where issued

ADMINISTRATIVE REVIEW BOARD

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved): I am writing this grievance due to the fact I have wrote
2 already Makein this the 3rd one. The 1st one was to menard
about failer to protect. That was on Jan 13th I have heard nothing
about it at all. I dont Know if it's because I got transferd shortly
after sending it in or if something else happend. Then because I
have heard nothing I wrote springfield "You" March 20th when I
wrote you it was letting you Know Ive heard nothing and got shiped
to pontiac so I didn't Know who to really write but figured
springfield would take care of it. Now here it's almost 8 month's
later givein you guys plenty of time to respond and Ive still got 4

Relief Requested: I'm requesting reimbursement for my pain and suffering not only
for physical but also mental suffering "Permanent Placement in PC, 5,000$
for myself, and all medical bills paid."

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

David H. Gharrett          M-38621        11, 5, 2017
Offender's Signature                ID#              Date

(Continue on reverse side if necessary)

---

| **Counselor's Response (if applicable)** |
|---|

Date Received: ___/___/___   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response ___/___/___ |
|---|---|---|

---

| **EMERGENCY REVIEW** |
|---|

Date Received: ___/___/___   Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance
                                                                                ☐ No; an emergency is not substantiated.
                                                                                Offender should submit this grievance
                                                                                in the normal manner.

___/___/___

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

Nothing. Attached is the 2 copies "hard-written" I have
no copy machine to copy. The 2 copies are what I sent
to menard #1 and also the one to you guys "Springfield" #2.

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
### Return of Grievance or Correspondence

Offender: _Gharrett_ _David_  _M 38621_
           Last Name          First Name          MI          ID#

Facility: _Pontiac_

☑ Grievance: Facility Grievance # (if applicable) _____ Dated: _1/3/17_ _3/20/17_ _11/5/17_ or ☐ Correspondence: Dated: _____

Received: _11/9/17_ Regarding: _failure to protect (nov 2014) @ men_
          Date                    _No Response to grivs filed_

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Administrative Transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☑ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☑ This office previously addressed this issue on _8/11/2015 (PC Denial)_
                                              Date

☐ No justification provided for additional consideration.

Other (specify): _at Pontiac since 2/1/17_

Completed by: _Sherry Benton_                    _S. Benton_           _11/13/17_
              Print Name                         Signature             Date



Exibit #5

**one** advantage

One Advantage, LLC
7650 MAGNA DRIVE
BELLEVILLE, IL 62223
(866) 812-3874

STATEMENT DATE: 10/27/17
CREDITOR: Barnes Jewish Hospital
ACCOUNT NAME: David Gharrett
CREDITOR ACCOUNT #: 6157116
ACCOUNT #: 17149793
ACCOUNT BALANCE: $121.20

*See Reverse Side for Account Detail*

DAVID GHARRETT
PO BOX 1000
MENARD, IL 62259-0100

Dear DAVID GHARRETT,

The above referenced account(s) has been placed with our company for collection.  Please send the balance to One Advantage, LLC or contact us at (866) 812-3874.

One Advantage, LLC reports this creditor's accounts with balances of $50.00 or greater to one or more credit bureaus.  However, if the balance is paid by 04/22/18, this account will not be reported. The Fair Credit Reporting Act prohibits One Advantage from reporting any disputed debt.  Please refer to your right to dispute the validity of this debt in the last paragraph below.

Please send your payment to the remit address shown below.  The creditor account number(s) should be noted on all correspondence and payments to ensure the proper handling and processing of your account(s).

PLEASE CALL OUR OFFICE AT (866) 812-3874

Office Hours (Central Time Zone)
MONDAY - THURSDAY 8:00 A.M. - 6:30 P.M.
FRIDAY 8:00 A.M. - 4:45 P.M.
Send correspondence to: One Advantage, LLC 7650 MAGNA DRIVE, BELLEVILLE IL 62223

For online payment options please go to http://paybelleville.oneadvantagellc.com

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.  THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**Nothing in this letter affects or otherwise alters your rights described in the following paragraph:**
**UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.**

Page 1 of 2
*NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION*   PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT
MED-17300/BC1111-  213624974811          One Advantage, LLC • 7650 Magna Drive • Belleville, IL 62223   BC1111          2138/0001069/0005

7650 MAGNA DRIVE
BELLEVILLE, IL 62223

17149793   IF PAYING BY CREDIT CARD, FILL OUT BELOW.
CHECK CARD USING FOR PAYMENT
☐ VISA   ☐
CARD NUMBER                                    CCV# (Last 3 digits on back of card)
                                              XXXXXXXXXX
SIGNATURE                                     EXP. DATE

☐ Please check box if below address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT # |
|---|---|---|
| 10/27/17 | $121.20 | 6157116 |

SHOW AMOUNT PAID HERE  $

ADDRESSEE:

DAVID GHARRETT
PO BOX 1000
MENARD, IL 62259-0100

REMIT TO:

One Advantage, LLC
PO Box 23860
Belleville, IL 62223-0860

0001069/2138                          One Advantage, LLC  (866) 812-3874                          BC1111

DAVID GHARRETT          MED-17300/17149793/BC1111   213624974811   0001069/0005

| Creditor Name / Account Name | Creditor Number / Account Number | Date of Service | Creditor Balance | Interest | Collection Charge | Late Fee | NSF / Processing Fee | Total Due |
|---|---|---|---|---|---|---|---|---|
| Barnes Jewish Hospital David Gharrett | 6157116 17149793 | 12/06/16 | $121.20 | N/A | N/A | N/A | N/A | $121.20 |
| | | | | | | | | **Total Due: $121.20** |

0001069/2139

---

**IF ANY OF THE FOLLOWING HAS CHANGED SINCE YOUR LAST STATEMENT, PLEASE INDICATE . . .**

**ABOUT YOU:**

YOUR NAME (Last, First, Middle Initial)

ADDRESS:

CITY                    STATE    ZIP

TELEPHONE:          MARITAL STATUS        ☐ Separated
(          )  -        ☐ Single            ☐ Divorced
                       ☐ Married           ☐ Widowed

EMPLOYER'S NAME        TELEPHONE
                       (          )  -

EMPLOYER'S ADDRESS      CITY          STATE    ZIP

OTHER

POLICY HOLDER'S NAME              DATE OF BIRTH

PATIENT'S RELATIONSHIP TO POLICY HOLDER:    EFFECTIVE DATE

**ABOUT YOUR INSURANCE:**

YOUR PRIMARY INSURANCE CARRIER              EFFECTIVE DATE

PRIMARY INSURANCE CARRIER'S ADDRESS        TELEPHONE
                                           (          )  -

CITY                    STATE    ZIP

POLICYHOLDER'S ID NUMBER          GROUP PLAN NUMBER

YOUR SECONDARY INSURANCE CARRIER           EFFECTIVE DATE

SECONDARY INSURANCE CARRIER'S ADDRESS      TELEPHONE
                                           (          )  -

CITY                    STATE    ZIP

POLICYHOLDER'S ID NUMBER          GROUP PLAN NUMBER



3M¼.   Exhibit #5

**OneRadiology**
**Normal, Illinois**
**November 22, 2016**

GHARRETT, DAVID
ID #: M38621
DOB: 07-24-87
Ordered by: Tindall, NP
Menard Correctional Center

SKULL 11-21-2016:

HISTORY: Hit in left eye. Large bump on right occipital area.

Five views were obtained. No fracture is seen. No bony abnormality is noted. There is mild haziness in the left maxillary antrum which may represent mucosal thickening. No air fluid level is noted in the sinuses.

IMPRESSION: No fracture is seen.

Signed_____
J. Foss, M.D.

Dic:11-22-2016

Films from Menard Correctional Center

M.D. Review
Date_____11-30-16
Doctor_____wo
Full Chart_____
See Patient_____
File_____✓



received
11-29-16

# MEDICATION ADMINISTRATION RECORD

## BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/15/2016 Original Order | **MIRTAZAPINE 15MG TAB** SUB FOR REMERON TAKE 1 TABLET(S) BY MOUTH AT BEDTIME "DOT". SUNEJA, SUDARSHAN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9/15/2016 Original Order | **VENLAFAXINE 75MG ER CAP** SUB FOR EFFEXOR XR TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME "DOT". SUNEJA, SUDARSHAN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9/12/2017 Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9/12/2017 Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Inmate Name and Number | Date of Birth or Soc. Sec. No. | Allergies | Facility | Charting for | Through |
|---|---|---|---|---|---|
| GHARRETT, DAVID M38621 | 07/24/1987 | PENICILLINS | MENARD CORR CTR | 11/01/2016 | 11/30/2016 |

Form # 6182LMR (Rev 08/11)



# MEDICATION NOTES

**INSTRUCTIONS:**
- Initial appropriate box when medication or treatment is given.
- Circle initials when medication or treatment is refused.
- State reason for refusal under Medication Notes.
- State reason and result for PRN Medication or Treatment.
- Indicate injection site with appropriate code.

**INJECTION SITE CODES:**

1. Abdomen Left
2. Abdomen Right
3. Arm (Deltoid) Left
4. Arm (Deltoid) Right
5. Buttocks (Gluteus) Left
6. Buttocks (Gluteus) Right
7. Thigh (Quadriceps) Left
8. Thigh (Quadriceps) Right
9. Upper Back Left
10. Upper Back Right
11. Upper Chest Left
12. Upper Chest Right

**RESULT CODES:**

A. Effective
B. Slightly Effective
C. Ineffective
D. No Effect Observed

**NON ADMINISTERED MEDICATION REASON CODES:**

1. Refused by Inmate
2. Inmate did not show
3. Inmate not in cell
4. Security lockdown
5. Medication held (state reason)
6. Medication out of stock

| DATE | TIME | INIT | MEDICATION - DOSE | ROUTE | REASON | RESULT | DATE | TIME | INIT | MEDICATION - DOSE | ROUTE | REASON | RESULT |
|------|------|------|-------------------|-------|--------|--------|------|------|------|-------------------|-------|--------|--------|
| 2-14 | 15 | William-100mg | P.r. | pain | A | | | | | | | | |

Form # 6162LMR    From: MED-PASS 800-438-8884    ©LHX01092B

**MEDICATION ADMINISTRATION RECORD**

**BOSWELL PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Original Order — Haloperidol 5mg po HS

Original Order 5-8-17 — Seroquel (Effexor) XR 75mg po HS

Original Order 4-27-16 — Tylenol 500mg i-ii tabs po q6° PRN

Original Order 1-22-16 — Erythromycin Opth Oint x 1 tube TID

4/27/16 — Effexor XR 150mg po q HS
obt DLc 8/22/17

RECEIVED FEB 27 2017 Pontiac
By Pontiac

Inmate Name and Number: Dennis, Randall M38621
Date of Birth or Soc. Sec. No.
Location: D2-50L N23A
Allergies: PCN
Facility: MCC
Charting for: ADC, Pontiac
Diagnosis

# MEDICATION ADMINISTRATION RECORD

## BOSWELL PHARMACY SERVICES
### 814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS |
|---|---|
| 1/27/17 | Effexor – ER 150mg po @hs d/c |
| 1/27/17 | Remeron 15mg po @hs d/c |

Medications table headers: HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

| Location | Inmate Name and Number | Date of Birth or Soc. Sec. No. | Allergies | Facility | Diagnosis |
|---|---|---|---|---|---|
| NL-239 N-201 | Gharrett, David | M38621 | PCN | Menard | Pontiac |

Signature rows (Initial / Signature):
W Wilson
W Chitty
B. Strigac N



MEDICATION ADMINISTRATION RECORD

BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/27/2017 Original Order | PM-MIRTAZAPINE 15MG TAB | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12/29/2016 Discontinue | SUB FOR: REMERON TAKE 1 TABLET(S) BY MOUTH AT BEDTIME *DOT* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12/29/2016 Original Order | SUNEJA, SUDARSHAN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # 5253487 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/27/2017 Original Order | PM-VENLAFAXINE 150MG ER CAP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12/29/2016 Discontinue | SUB FOR: EFFEXOR XR TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME *DOT* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12/29/2016 Original Order | SUNEJA, SUDARSHAN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/27/2017 Original Order | Rx # 5253489 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|

| Location | Date of Birth or Soc. Sec. No. | Allergies | Facility | Charting for | Through | Diagnosis |
|---|---|---|---|---|---|---|
| E421 | 07/24/1987 | PENICILLINS | PONTIAC CORR CTR | 03/01/2017 | 03/31/2017 | |

Inmate Name and Number
GHARRETT, DAVID H M38621

MEDICATION ADMINISTRATION RECORD

BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644



| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Original Order 3/27/2017
Discontinue
Original Order 2/28/2016
Discontinue 3/27/2017
# 52534672

**PM-MIRTAZAPINE 15MG TAB**
SUB FOR- REMERON    SUNEJA, SUDARSHAN
TAKE 1 TABLET(S) BY MOUTH AT
BEDTIME *DOT*

Original Order 3/27/2017
Discontinue
Original Order 2/28/2016
Discontinue 3/27/2017
# 52534869

**PM-VENLAFAXINE 150MG ER CAP**
SUB FOR- EFFEXOR XR    SUNEJA, SUDARSHAN
TAKE 1 CAPSULE(S) BY MOUTH AT
BEDTIME *DOT*

Location
E621 200

Inmate Name and Number
GHARRETT, DAVID H M38621

Date of Birth  Soc. Sec. No.
07/24/1987

Allergies
PENICILLINS

Facility
PONTIAC CORR CTR

Charting for
04/01/2017

Through
04/30/2017

Diagnosis

| Initial / Signature | Initial / Signature | Initial / Signature | Initial / Signature | Initial / Signature |
|---|---|---|---|---|

ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Optometric Examination

_____ Center

☐ Baseline   ☐ Annual

Date: 12.19.16

Time: _____  ☐ a.m.  ☐ p.m.

**Offender Information:**

| Last Name | First Name | MI | ID#: |
|-----------|-----------|-----|------|
| GHARBIT | DAVID | | M38621 |

**Chief Complaint:** ___ TRAUMA OS   MDS G BARNS   8 GNT _____ 1 to pockets +

| HPI: | | Ocular History: | |
|------|--|-----------------|--|
| Location: | | ☐ Cataracts: | |
| Duration: | | ☐ Glaucoma: | |
| Onset: | | ☐ Disease: | |
| Severity: | | ☐ Trauma/Surgery: | |
| Timing: | | ☐ Strabismus: | |
| Modifiers: | | ☐ Amblyopia: | |

**Medical History:**   ☐ NIDDM   ☐ IDDM   ☐ Hypertension   ☐ Other: _____

**Visual Acuity:**

| | | |
|--|--|--|
| Uncorrected Distance: | ☐ OD 20/20 | ☐ OS 20/25- | ☐ OU 20/ |
| Uncorrected Near: | ☐ OD 20/ | ☐ OS 20/ | ☐ OU 20/ |

**Habitual Rx:**

| | | | | Type: | Date: |
|--|--|--|--|-------|-------|
| OD | | 20/ | | ☐ SV  ☐ Bifocal | / / |
| OS | | 20/ | | | |

**Refraction:**

| | | | Type: | Date: |
|--|--|--|-------|-------|
| OD | 20/ | | ☐ SV  ☐ Bifocal | / / |
| OS | 20/ | | | |

**Near:**

| | | | Type: | Date: |
|--|--|--|-------|-------|
| OD | 20/ | | ☐ SV  ☐ Bifocal | / / |
| OS | 20/ | | | |

**Pupils:**   ☐ Round   ☑ Equal   ☑ Responds to Light/Accommodation   ☐ APD
**Motilities:**   ☐ Full   ☐ Abnormal   **Confrontational Fields:**   ☐ Full   ☐ Abnormal
**Tonometry:**   ☑ Applanation   ☐ Tonopen   ☐ NCT   OD 25   OS 25   Time: _____

| __ Test: | Distance | Near | Slit Lamp Exam: | WNL | ABNL |
|----------|----------|------|-----------------|-----|------|
| Eso | | | Cornea | ✓ | |
| Exo | | | Conjuctiva | | |
| Tropia | | | Iris/Ant. Chamber | | |
| Phoria | | | Lens | | |
| Ortho | | | Lids/Lashes | | |

| Opthalmoscopy: | WNL | ABNL | Right | Left | Method: |
|----------------|-----|------|-------|------|---------|
| Disc | ✓ | | | | ☐ Direct |
| Vessels | | | | | ☐ BIO |
| Macula | | | | | ☐ 78D  90 |
| Periphery | | | | | ☐ 3 mirror |
| Vitreous | | | | | ☐ Other: |
| Cup to disc:  OD 0.4   OS 045 | | | Cup Depth: ☐ Deep  ☐ Moderate  ☐ Shallow | | ☑ PE 2.5%. Trop 1% |

**Assessment/Plan:**

1. _____ TRAUMA - OS _____
2. _____
3. _____
4. _____ RTC PRN _____
5. _____

**Medications Ordered:** _____

**Eyeglasses Ordered:**   Frame: _____   Size: _____   Color: _____

Rx:  OD _____   Add: _____   Seg Height: _____
     OS _____   ☐ SV   ☐ FT28   ☐ Reading Only   PD _____

_RYAN SUTTERER_
**Print Doctor's Name**

_____
**Doctor's Signature**

| Follow-Up: | RTC PRN |
|------------|---------|
| | Date |

Distribution: Offender's Medical Record

_Printed on Recycled Paper_

DOC 0081 (Eff. 9/2002)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Menard _____ Center

**Offender Information:**

Gharrett _____ David _____ **ID#:** M38621
Last Name · First Name · MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/23/16 9:40am | Med Furlough Clerk Note: Pt has been scheduled for ER Follow-up for ENT and ophthalmology. Pt will go on 12/6/16 @ 830 am to Barnes Jewich Center for Outpatient Health ENT clinic 4901 Forest Park Ave., Floor 4, Ste 420, St. Louis, MO Ph. 314-362-9100. Ophthalmology F/U will be 12/6/16 @ 10:30 am @ BJH South Eye Clinic, 517 S. Euclid, 1st Fl McMillan St. Louis, MO Ph. 314-362.3431. No auth's issued yet. Christa Mall Med Furlgh Clerk | |

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

Menard
(Facility)

Offender's Name: Gharrett, David          ID# M38621

Reason for Referral:   ☐ Consult        ☐ Non-Formulary Medications   ☐ Medical Equipment
                       ☒ Evaluation     ☐ Management
                       ☐ Procedure/service (specify) _____
                       ☐ Other (specify) _____

Urgent: ☐ Yes  ☒ No

Referred to: Ophthalmology

Rationale for Referral: _____

_____

_____

Ryan Sutterer                    Dr. Sutter                    11-28-16
Print Referring Practitioner's Name    Referring Practitioner's Signature    Date

**Report of Referral (Use Reverse Side, if necessary)**

Findings: _____

_____

_____

Assessment: _____

_____

_____

Recommendations/Plans: _____

_____

_____

_____

Print Practitioner's Name          Practitioner's Signature          Date

Facility Medical Director Use Only
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision,
DOC 0255.

Print Facility Medical Director's Name     Facility Medical Director's Signature     Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

_Menard_
(Facility)

Offender's Name: _Gharrett, David_          ID# _M38621_

Reason for Referral:  ☐ Consult          ☐ Non-Formulary Medications  ☐ Medical Equipment
                      ☒ Evaluation       ☐ Management
                      ☐ Procedure/service (specify) _____
                      ☐ Other (specify) _____

Urgent: ☐ Yes   ☒ No

Referred to: _ENT_

Rationale for Referral: _orbital fractures_
_____

_Trost_                    _[signature]_                    _11/29/16_
Print Referring Practitioner's Name    Referring Practitioner's Signature    Date

Report of Referral (Use Reverse Side, if necessary)

Findings: _____

Assessment: _____

Recommendations/Plans: _____

Print Practitioner's Name          Practitioner's Signature          Date

Facility Medical Director Use Only
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

Print Facility Medical Director's Name    Facility Medical Director's Signature    Date

Distribution: Offender's Medical File, and          Page 1 of 1          DOC 0254 (Eff.4/2007)
if denied/revised, Health Care Unit Administrator                              (Replaces DC 7105)

WEXFORD HEALTH SOURCES INCORPORATED

To:        Site Medical Director & HSA

From:      Utilization Management                    DELIVERED DEC 0 2 2016

Date/Time: 12/02/201611:29:57

Subject:   Inmate Name:  GHARRETT, DAVID H
           Inmate Number: M38621
                  Site:  MENARD
               Service:
                         99203   OFFICE/OUTPATIENT VISIT NEW

Authorization ID: 179595769

Based upon a review of the information provided, Service is Approved.


    Comments:
    Received a referral request for ENT & Ophthalmology for an inmate
    patient who went to ER on 11/21 for a closed fracture of orbital
    plate of ethmoid bone.  He was hit behind while in his cell.  DX
    left orbit fracture with inferior rectus entrapment.  Dr. Ritz
    approved.  Meets IQ for both requests.




  From: _____
        Dedicated Utilization Management

  -------------------------------------------------------------------

        INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

                Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
                877-939-2884 or 800-353-8384 - Phone
                                    412-937-9151 - Fax
            WWW.WEXFORDHEALTH.COM

WEXFORD HEALTH SOURCES INCORPORATED

To:        Site Medical Director & HSA

From:      Utilization Management

Date/Time: 12/02/201611:29:57

Subject:   Inmate Name:  GHARRETT, DAVID H
           Inmate Number:  M38621
                    Site:  MENARD
                 Service:
                           99203   OFFICE/OUTPATIENT VISIT NEW

Authorization ID: 930675669

Based upon a review of the information provided, Service is Approved.

    Comments:
    Received a referral request for ENT & Ophthalmology for an inmate
    patient who went to ER on 11/21 for a closed fracture of orbital
    plate of ethmoid bone.  He was hit behind while in his cell.  DX
    left orbit fracture with inferior rectus entrapment.  Dr. Ritz
    approved.  Meets IQ for both requests.




  From: _____
        Dedicated Utilization Management

  ----------------------------------------------------------------------

        INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

                Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
                877-939-2884 or 800-353-8384 - Phone
                                    412-937-9151 - Fax
                WWW.WEXFORDHEALTH.COM

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard _____ Center

Offender Information:

Gharrett _____ David _____ ID#: M38621
Last Name              First Name         MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/30/16 12:15pm | Med Furlough Clerk Note: P't was presented to Collegial today by Dr. Trost for an ENT consult and an ophthalmology consult. Dr. Ritz, Wexford UM, cancelled the call due to being sick. Dr. Ritz will review the cases. Christa Malla Med Furlogh Clerk | |
| 12/7/16 120pm | Med Furlough Clerk Note: Pt has been approved for the ENT consult and the opthalmology consult. Pt's were seen 12/6/16. Christa Mell Med Furly | |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____Menard Correctional_____ Center

Offender Information:

Last Name: G. Barrett    First Name: Deon?    ID#: M 38621

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 4/12/16 10²⁵ Pm | Psych note: See doc op & of todays data — | Singing mg/ Lun 12 done |
| 11·21·16 10²⁰ | NF NOTE S/o: Im seen in FA following altercation cell Reports he washer from behind c̄ fist. facial trauma to Rt side face/eye t Rt post scalp. laceration to Rt eye-steri strip Denied LOC. oral-intact. Unable to open lip c̄ swelling. Pain 5/10. Neuro intact. a: Head trauma | P. XRay skull · Tetnus 0.5cc M Im now - Tramadual 100mg po x1 - Send to CMH ER for further eval c̄ CT Uncc a de FNP |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ **Menard Correctional** _____ Center

Offender Information:

Last Name: Gharrett

First Name: David

MI:

ID#: M38621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-8-16 | 1st (RN Note)/ CMT Note | |
| | 2nd  Date: 7-8-16 Time: 9 Am | |
| | 3rd  Tubersol 0.1cc Intradermal Left Forearm | |
| | 4th  LOT # C4860BA | |
| | 5th  Expiration Date: 1-5-2018 | |
| | 6th  Given By: Jana South RN | |
| 7/18/16 4⁵⁰ pm | Psych Notes: | |
| | S: Scheduled on N2 PCL bldg | P: Rush. |
| | O: Refused; not seen | |
| | A: Needs to be seen | Seeing |
| | | 7-18-16 |
| 7/31/16 2PM | Psych Notes: | |
| | S: Scheduled on N2 PCL bldg | P: Resch. |
| | O: Refused x 2 | |
| | A: Needs to be seen | Seeing |

Distribution: Offender's Medical Record

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### MENARD CORRECTIONAL Center

**Contusions**

Offender Information:

Gharrett David ID#: M38621

| Date/Time RN nite: Subjective, Objective, Assessment | Plans |
|---|---|
| S) - What caused the injury (accident, work related, assault, self-inflicted) assault | (P) MD Referral (call MD) if Tindall @ bedside |
| 11/21/16 1005a - Where did it happen in cellhouse | - If the wound is over a joint |
| - What time about 10min ago | - Any impairment of function |
| - Any history of excessive bleeding ∅ | - Poor peripheral pulses |
| O) 9 T6 P 88 R 18 BP 140/90 WT | - Any assault wound to the head, face, chest, abdomen or back |
| - Medications – are you on a blood thinner no | - Associated syncope or loss of consciousness |
| - Pain on a scale of 1-10 5/10 | - If injury is self-inflicted, refer to Mental Health |
| - Note area of injury | - Nurse uncertain as to extent of injuries |
| - Size posterior scalp 8 x 5 1/2cm | **Nursing Intervention (verify medication and allergies prior to treatment** |
| - Presence of any bleeding ~3/4cm laceration to | ✓ Apply cold pack to minor contusions x 12 hours PRN |
| - Serious drainage ∅ | - Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets)  OR |
| - Swelling ① orbit left lower lip posterior scalp Edema | ✓ Ibuprofen 200mg, 1-2 tablets t.i.d. with meal PRN x 3 days (18 tabs) |
| - Discoloration of skin purplish red | |
| - Assess for any disfigurement or alteration of ROM ∅ | |
| | **OVER** |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

MENARD CORRECTIONAL        Center

**Contusions (Cont.)**

Offender Information:

Last Name: Gharrett    First Name: David    MI: ___    ID#: M38621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | For abdominal injuries | **Patient Teaching** |
| | - Evaluate for bowel sounds | - Keep area immobile for 24 hours if necessary and elevate |
| | - Tenderness | - Return to sick call PRN |
| | - Mass | - If work related injury, Instruct in preventive measures to prevent recurrence |
| | - If broken skin, check Tetanus status  given Adeltrd  Adacel® NDC 49281-400-58  L U5533AA  E 18JAN19 | **Follow up**  - Return to sick call if symptoms worsen or persist |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | Nurse Signature |
| | **A)  Impaired tissue integrity** | Payment Voucher     YES     NO |

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ **Menard Correctional** _____ Center

Offender Information:

Last Name: Shanett   First Name: David   MI: _____   ID#: M30621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-21-16 11:50P | RN ott | P- Placed in infirmary |
| | S- "I can barely open it." | for 23° obs. |
| | O- Returned from Chester | V.O- DR. TROST |
| 98 76 18 160 86 | Hosp. ① eye swollen. Able to open eye slightly ①. side of face also swollen. Able to open mouth. Resp. reg. & unlabored. NAD- | |
| | A -S/P assault, ① eye head injuries. | Ronett RN |
| 12/7/16 10AM | RN nurse S: I'm ok | P) F/u in 1 wk |
| | O: L eye healing well Denies Pain. SR NO diep C Site. AOX3. No neuro deficits noted. NAD A/ S/P assault | Tylenol issued D/C to Cell House |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Vital Sign
### Graphic Flow Sheet

Offender Information:

Last Name: _Granott_   First Name: _David_   MI: ___   ID#: _M 38621_

Facility: _Menard_

| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Date** | 11-22-16 | | | | | 11-23-16 | | | | | 11-24-16 | | | | | 11-25-16 | | | | | 11-26-16 | | | | | |
| **Hosp Day/Po Day** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Hour** | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 |

**Temperature** (106, 105, 104, 103, 102, 101, 100, 99, 98, 97, 96)

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pulse** | 80 | | | 82 | 80 | | 78 82 | 80 | | 88 80 | | | 80 88 | 94 | |
| **Respiration** | 16 | | | 15 | 16 | | 18 16 | 16 | | 18 16 | | | 18 16 | 16 | |
| **Hours** 4 AM | | | | | | | | | | | | | | |
| 8 AM | 140 | | | 160 | 180 | | 140 110 124 | | | 130 116 | | | 124 114 120 | | |
| Noon | 78 | | | 60 | 04 | | 80 76 78 | | | 74 70 | | | 20 88 04 | | |
| 4 PM | | | | | | | | | | | | | | |
| 8 PM | | | | | 194 | | 1007 977 977 | | | 1003 1007 | | | 1007 | 04 | |
| Midnight | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Weight** / Height | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Stools** / Urine | | | | | | | yes | | | yes | | | yes | | | yes | | | | | | | | | | | |
| **C-P-T-S Hygiene** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **PM Care** | self | | | self | | | self | | | self | | | self | | | | | | | | | | | | | | |
| **Diet** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ate W F P | | | | | | | Regular | | | Regular | | | Reg | | | | | | | | | | | | | | |
| Slept W F P | W | W | W | W | W | W | W | W | W | W | W | W | W | W | W | | | | | | | | | | | | |
| **Activity** | as tol | | | as tol | | | ↑as tol | | | ↑as tol | | | as tol | | | | | | | | | | | | | | |
| **Bed Rest** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Bed positioning** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **R.O.M. Exercises** | | | | | | | self | | | self | | | | | | | | | | | | | | | | | |
| **Whirlpool** N A | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Transfers** | self | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Walk** | | | | | self | | | | | | | | self | | | | | | | | | | | | | | |
| **Other** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Trost | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Staff Name | 11-7 | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| 3-11 | | | | | | |
| 11-7 | Garrott | Pam Hanna | Pam Hanna | Barrett | Mn--- | |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Vital Sign
## Graphic Flow Sheet

Offender Information:

Last Name: Harrett   First Name: Dond   MI: _____   ID#: M 386 1

Facility: Menard



| Date | 11-27-16 | 11-28-16 | 11-29-16 | 11-3-16 | 12-1-16 |
|---|---|---|---|---|---|

(handwritten vital sign graphic flow sheet)

Pulse: 90 90  86  78  70 72  74 75  72  70
Respiration: 18 16  16  16 14  14  16 16  16  16

Blood Pressure:
4 AM
8 AM: 118 120  72  120 102  116/72 116  130  126
Noon: 72  76  76 74  98/70 78  74  76  97
5 PM
8 PM
Midnight: 992  980  980 120/78 98/70  100%  100% 100%  100%

Weight / Height

Stools / Urine: open  yes  yes  yes  yes

Bath: C·P·T·S
Oral Hygiene: self  self  self  self  self
PM Care: Reg  Reg  Reg  Reg  Reg

Diet
Ate W F P: W W  W W  W W  W W  W W
Slept W F P: W W  W W  W W  W W  W W

Activity: no toil  go tol  no tol

Bed Rest
Bed positioning
R.O.M. Exercises
Whirlpool
Transfers: self  self  self  self  self
Walk
Other:   Caldwell  Troop  Troop

Staff Name
11-3
3-11
11-7

DOC 0110 (Eff. 9/2002)
(Replaces DC 1705)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Vital Sign
## Graphic Flow Sheet

**Offender Information:**

Last Name: Garrett   First Name: David   MI: —   ID# M 38621

Facility: Menard

| Date | 12-2-16 | 12-3-16 | 12-4-16 | 12-5-16 | 12-6-16 |
|---|---|---|---|---|---|
| Hosp Day/Po Day | 1 | 1 | 1 | 1 | 1 |

| Temperature | | |
|---|---|---|
| Pulse | 74 | 70 | 80 | 72 | 74 |
| Respiration | 16 | 14 | 16 | 18 | 16 |
| Blood Pressure 4 AM | 118 | | | | |
| Noon | 116 | 110 | 120 | 130 | 128 |
| 4 PM | 99/77 | 60 | 64 | 86 | 80 |
| Midnight | | | | 98/64 | |

| Stools | | | | | |
| Urine | yes | yes | yes | yes | yes |
| C-P-T-S | | | | | |
| Hygiene | self | self | self | self | self |
| PM Care | | | | | |
| Diet | Reg | | | Reg | |
| Ate  W F P | W W W | W W W | W W W | W W | W W W |
| Slept  W F P | W | W W | W | W | W |
| Activity | | ao tot | ao tot | ap tot | ao tot |
| Bed Rest | | | | | |
| Bed positioning | | | | | |
| R.O.M. Exercises | | | | | |
| Whirlpool | | | | | |
| Transfers | self | self | self | self | self |
| Walk | | | | | |
| Other | | | | | |

| Staff Name | 7-3 | | | | |
| 3-11 | | | | | |
| 11-7 | | | | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0110 (Eff. 9/2002)
(Replaces DC 1705)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Vital Sign
## Graphic Flow Sheet

Offender Information:

Last Name: _Barnett_   First Name: _David_   MI: ___   ID#: _M 3862_

Facility: _____

| Date | 12-7-16 | 12 8-16 | | | | | |
|---|---|---|---|---|---|---|---|

| Hosp-Day/Po-Day | | | | | | | |
|---|---|---|---|---|---|---|---|

| Hour | Temperature |
|---|---|

| Pulse | 14 |
|---|---|
| Respiration | 10 |

| Blood Pressure | Hours | 4 AM | |
|---|---|---|---|
| | 8 AM | 114 | |
| | Noon | | |
| | 3 PM | | |
| | 8 PM | 90/60 | |
| | Midnight | | |

| Weight | Height | |
|---|---|---|
| Stools | Urine | yes |
| Bath: C-P-T-S | | |
| Oral Hygiene | Self | |
| PM Care | | |
| Diet | Reg | |
| Ate | W | F | P | W |
| Slept | W | F | P | W |
| Activity | as Tol | |

| Bed Rest | |
|---|---|
| Bed positioning | |
| R.O.M. Exercises | |
| Whirlpool | Self |
| Transfers | |
| Walk | |
| Other: | |

D/C to gen
Pop

Staff Name

| | 3-11 |
|---|---|
| | 11-7 |

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Progress Notes**

_____ Menard _____ Center

| Offender Information: | |
|---|---|
| Gharrett | David | ID#: M38621 |
| Last Name | First Name | M.I. |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/22/16 0900 | *DOCTOR INFIRMARY ADMISSION NOTE* | PLAN: |
| | BY: (circle one): (MD) NP  PA  DDS LICENSED MENTAL HEALTH PROFESSIONAL | VITAL SIGN FREQUENCY: 2 shift |
| | (ACUTE)          CHRONIC | |
| | *SUBJECTIVE:* | DIET: regular |
| | HISTORY: | |
| | IM assaulted and suffered orbital fractures | ACTIVITY: as tol |
| | | MEDICATION ORDERS: |
| | DURATION: 24° | ultram 100 PO BID PRN x 1 wk tylenol 500mg i-ii PO Q6° x 1 mo |
| | *OBJECTIVE:* | |
| | PHYSICAL EXAMINATION: | |
| | Alert in NAD. Mod to marked L facial swelling Chest clear. BS= Cardiac RRR | OTHER ORDERS: noted Fraun 11/28/16 9pm |
| | CURRENT CONDITION: fair | |
| | OTHER MEDICAL CONDITIONS: none | |
| | *ADMITTING DIAGNOSIS:/ASSESSMENT* multiple trauma facial fractures | |

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Progress Notes**

_____ **Menard** _____ **Center**

| Offender Information: | | |
|---|---|---|
| Gharrett | David | ID#: M38602 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/22/16 9am | **INFIRMARY NURSE ADMISSION NOTE:** (ACUTE) CHRONIC | **PLAN:** |
| | **SUBJECTIVE: Chief Complaint** | **MD NOTIFIED:** DR Trost |
| | Left orbital fx | **HCUA NOTIFIED:** |
| | | **DIETARY NOTIFIED:** |
| | | **TYPE OF DIET:** Regular **FORM SENT TO DIETARY** |
| | **Duration:** | **MEDICATION ORDERS** |
| | **OBJECTIVE:** | See MAR |
| | BP 140/78 T 97 P 80 R 16 WT ___ | Tylenol 600 mg PO. q6 °x1mo |
| | **Oxygen Saturation:** 98% | Ultram 100 mg PO TID x1wk |
| | **Peak Flow:** 1 Na 2 Na | Erythromycin opth oint |
| | **HEART:** RRR | x1tube |
| | **LUNGS:** Clear | |
| | **EYES:** R eye PERRLA L eye Blurred Vision | **OTHER ORDERS:** |
| | **SKIN:** (circle) (WARM) MOIST (DRY) CLAMMY | R/T Trauma |
| | **SKIN COLOR** Natural | |
| | **SPEECH:** (circle) (CLEAR) SLURRED | **TREATMENT:** |
| | **MOBILITY:** Ambulates | |
| | **ELIMINATION:** WNL | |
| | **MENTAL STATUS:** AO x 3 | **ACTIVITY:** As Tol. |
| | | **ORIENTATION TO THE INFIRMARY** |
| | **ASSESSMENT/NURSING DIAGNOSIS:** | **RULES, CALL FOR HELP, PLAN OF CARE** |
| | Alt Comfort | **OTHER:** |

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Menard Correctional Center

| Offender Information: | | |
|---|---|---|
| Gharrett | David | M 38621 |
| Last Name | First Name | MI   ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/22/16 9am | Rn Note<br>S: Inm in pain.<br>O: Offender is A&O×3<br>C/O Pain R/T FX<br>Vital. Denies N/V<br>hand grips strong Walks<br>C steady gait. NAD<br>Noted.<br>A) all comfort R/T<br>FX address | P) con<br><br><br><br><br>(signature) |
| 11-22-16 3:30p | Rn Note<br>S: pt<br>O: Inm sitting upright or<br>2&O. A&O×3- Cooperative<br>In no Distress. Respirations<br>even unlabored. Eating Dinner<br>A. Alt. in Comfort R/T Dc | P - c Rn |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional Center

| Offender Information: |
|---|
| Gharrett     David     ID#: M38621 |
| Last Name     First Name     MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-23-16 440A | Inmate<br>S-"I'm okay."<br>O- A+O×3. Able to open<br>① eye wider than yesterday.<br>① side office remains<br>swollen and discolored.<br>Resp reg et unlabored.<br>No clu. NAD.<br>A - Alt in comfort. R/T<br>① orbital fx. | P. Cln.<br><br><br><br><br><br><br><br>Barrett RN |

ILLINOIS DEPARTMENT OF CORRECTIONS

### Offender Outpatient Progress Notes

_____ Menard Correctional _____ Center

Offender Information:

Last Name: Sharrett   First Name: David   MI: ___   ID#: M38621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/23/16 10AM | Rn Note<br>S: Ø<br>O: Offender left eye edema has improved. Left side face remained swollen & discolored. SR the pain is a little better. Pt is alert & oriented NO neuro deficits noted @ this time ————<br>A) alt Comfort R/T L orbital fx | P) CPM<br>F/u appt for opthal / EnT pending Per Burlough Clerk.<br><br>(Burson) |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Menard Correctional _____ Center

Offender Information:

| | | |
|---|---|---|
| Gharrett | David | M 38621 |
| Last Name | First Name | MI    ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-23-16 | pr Note | P. CPM |
| 3:15p | S: Ø | |
| | O: E(x sitting upright on | |
| | 3rd eating Dinner s | |
| | issues Noys, Cooperative. | |
| | Io no Distress @ this | |
| | time, otherwise stble rdc. | |
| | Respirations even/unlabored. | |
| | A: Alt in Comfort | |
| | Alt Injury | |
| | RNNote | |
| 11-24-16 | S:" OK" | P-CPM |
| 400p | O- VSS - Tramadol for pain | |
| | (L) side of face swollen d | |
| | Bruised. Can open eye | |
| | small amt. A+OX3. resp | |
| | even/ unlabored | |
| | A-Alt in comfort/tfacial fx | Pam Hannan |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Menard Correctional _____ Center

Offender Information:

Last Name: _Gharrett_   First Name: _David_   MI: ___   ID#: _M38621_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/24/10 10A | S) "I'm alright" O) I/M A)0×3 gait stead resp even / unlabored skin W/O I/M able to open both eyes / bruising / swelling noted to (L) orbital I/M denies any blurred vision in (L) eye I/M denies any pain @ this time V.S.S. Ø acute distress noted) A) Alt in comfort R/T facial injury | P) C.P.m. |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Menard Correctional _____ Center

Offender Information:

Last Name: Gharrett   First Name: David   MII: ____   ID#: M38621

| Date/Time | RN Note | Subjective, Objective, Assessment | Plans |
|---|---|---|---|
| 11/24/16 1530 | | S) "I'm good" | P) C.P.M. |
| | | O) I/m A/0×3 gait steady resp even/unlabored skin W/D ① orbital remains swollen/ bruised I/m denies any vision changes denies blurred vision Neuro intact I/M voices & complaint ② acute distress noted | |
| | | A) Alt in comfort R/T facial injury | |
| 11/25/16 350? | RN Note | S- "Getting better. I can lay on that side" | P- CPM |
| | | O- Gait steady. ② eye still red blood to bruising & swelling ↓ ⓡ Resp even/unlabored c̄ ∅ acute distress | |
| | | A alt in comfort ⓡ H facial fx | Pam Hanna |

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Menard Correctional _____ Center

Offender Information:

Last Name: Gharrett   First Name: David   MI: ___   ID#: M3862I

| Date/Time  RN Note  Subjective, Objective, Assessment | Plans |
|---|---|
| 11/25/16 | S) "I'm alright" | P) C-P.M. |
| 0930 | O) I/m A/O x3 gait steady | |
| | resp even/unlabored skin | |
| | W/O bruising/swelling noted | |
| | to (L) orbital I/m denies | |
| | any pain @ this time I/m | |
| | denies any visual changes | |
| | denies blurred vision in (L) eye | |
| | V.S.S. ∅ acute distress noted | |
| | A) Alt in comfort R/T facial fx | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Menard Correctional _____ Center

Offender Information:

Glunett          David          MI   ID#: M38162
Last Name        First Name

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-25-16 3:15p | N Note<br>S: "I'M ok Gary"<br>O: F/m sitting upright in Bed eating Dinner S̄<br>Issues I- no Distress @ this time, speaking c̄ clear Speech. Respirations even/unlabored<br>A Alt in Comfort v̄ ☐ 1)e | P: CPn |
| 11-26-16 125A | PrN Note<br>S- ∅<br>O-Resting quietly. Resp-reg, even unlabored. No c/o.<br>NAD<br>A-Alt. in comfort R/T facial injury. | P CPn.<br><br>Banett RN |

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ **Menard Correctional** _____ Center

Offender Information:

Last Name: Sharrett   First Name: David   MI: ___   ID#: M38621

| Date/Time | RN Note — Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/26/16 0900 | S) "I'm alright" | P) C.P.M. |
| | O) I/m A/0 x3 gait steady, | |
| | ✓ edema noted to (L) orbital | |
| | bruising noted  I/m denies | |
| | any vision changes or double | |
| | vision resp even/unlabored | |
| | Skin W/D  I/m voices @ | |
| | complaints @ acute distress | |
| | noted | |
| | A) Alt in comfort R/T facial | |
| | injury | |
| 11/26/16 4N | RN Note | P - CPM |
| | S - I'm alright. | |
| | O - A/0 x3 - @ s/s x or ced @ ADN | |
| | gait steady (L) orbital bruising | |
| | continues Resp E/U Skin W/D | |
| | A - Alt in comfort R/t facial injury  T. Arkebi | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

### Offender Outpatient Progress Notes

Menard Correctional _____ Center

Offender Information:

Last Name _Sharrett_   First Name _David_   MI ___   ID#: _M 38621_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-27-16 1A | Rt note S-Ø  O-Resting quietly. Less edema noted (L) side of face. Resp. reg it considered NAP.  A-Alt in comfort R/T (L) orbital fx. | P CPM  Minot R |
| 11/27/16 10A | RA Note  S) "I'm ok"  O) I/M A/0 x 3 quiet steady resp even/unlabored ↓ edema to (L) orbital, bruising noted. Rm W/D I/M voices no complaints ⊘ acute distress noted  A) Alt in comfort R/T (L) orbital Fx | P) C.P.M. |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ **Menard Correctional** _____ Center

Offender Information:

Last Name: Gharrett   First Name: David   MI: ___   ID#: M 3 8621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/27/16 4p | RN Note | P - CPM |
| | S- I'm OK | |
| | O - φ c/o voiced φ ADN | |
| | A/0 x3 gait steady | |
| | Reap E/u edema continuous | |
| | to (L) orbital c bruising | |
| | Skin w/D/I | |
| | A- Alt in comfort R/T (L) | |
| | orbital | T. Arnhitz |
| 11-28-16 1235A | RN note | P-CPM. |
| | S ∅ | |
| | O- Resting quietly, Resp. | |
| | resp rt unlabored. Facial | |
| | swelling & discoloration | |
| | decreased. No c/o. NAD | |
| | A - Alt. in comfort R/T | |
| | (L) orbital fx. | Mutton RN |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Menard Correctional _____ Center

Offender Information:

Last Name: Sharrett          First Name: David          MI: _____          ID#: M 38621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-28-16 8:25 | ⑤ F/u assult to O.S conjuncy | ① No changes Cont will cont |
|  | ⑥ V. stats stable, facial swelling decreased. Sclera still blood shot CEUA-EOMI | info given 11/28/16 8:30am |
|  | ④ O.S. Trauma |  |
| 11/28/16 9am | RN note S: "see O." O: Offender Resting on Bunk. No C/o Pain. Swelling to left side face improved. Left eye Remain Red. Denies Blurred vision. AOx3. — | P) Cont |
|  | A) alt Comfort R/T Orbital Fx |  |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ **Menard Correctional** _____ Center

Offender Information:

Last Name: Gharrett   First Name: Donald   MI: ___   ID#: M38621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/28/16 4:00 PM | RN Note  S) "I'm OK."  O) ↑ per self c̄ difficulty. A&O x3. Resp c̄ ∅ s/s of distress noted. ∅ C/O vaxed. Ready book. Moderate amt of edema noted to (L) side of face. Edema et bruising noted to (L) orbital. Sclera bright red to (L) eye. Denies visual deficit. PERRLA. VSS. Cooperative. A) Alt c̄ comfort R/T orbital Fx | P) CPM  R. Willey ~ |
| 11/28/16 11:10 PM | RN Note  S) "I'm fine."  O) Awakens easily. A&O x3. Resp c̄ ∅. ∅ C/O vaxed - c̄ ∅ s/s of distress noted. VSS. Edema remains to (L) side of face. (L) eye sclera remains bright red. slightly swollen. (L) orbital noted. Remains uatfa - cooperative. A) Alt c̄ comfort R/T orbital Fx | P) - CPM  [signature] |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional _____ Center

Offender Information:

Last Name: Sharrett   First Name: David   MI:   ID#: M 38621

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 11/29/16 | MD Note | |
| | SOAS no c/s. | |
| | Alert, oriented | |
| | + facial swelling | P1 |
| | | F/U 1 wk c ENT, opth |
| | L Δ status to chronic ) | |
| | noted 11/29/16 | |
| 11/29/16 | RN Note | |
| 0845 | S) "I'm good" | P) status Δ to chronic |
| | O) I/m A/O x3 gait steady | as ordered |
| | resp even/unlabored skin w/o | |
| | minimal swelling noted L | |
| | orbital bruising remains to | |
| | L orbital I/m voices no | |
| | complaints no acute distress | |
| | noted | |
| | A) status Δ to chronic | |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Menard Correctional _____ Center

| Offender Information: | | | |
|---|---|---|---|
| G harrett | David | | ID#: M 38621 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-30-16 1^AN | RN Note | P - CPM |
| | S - Ø | |
| | O - Resp E/U @ADL Ø | |
| | Ø ¢/o noted. Faud | |
| | Swelling / Discoloration ↓ | |
| | A - Chronic | Ø Ankle |
| | | |
| 11/30/16 | MD note | DC |
| | SOAP no op's | CPM / noted 11/30/16 |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

### Offender Outpatient Progress Notes

Menard Correctional_____ Center

| Offender Information: | | | |
|---|---|---|---|
| Gharrett | David | | ID#: M3862 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12-1-16 110A | RN note<br>S- Ø<br><br>O- Resting quietly. Resp.<br>reg, et unlabored. No c/o.<br>NAD.<br>A Chronic S/P Ⓛ orbital<br>fx. | P-CPM.<br><br><br><br><br><br>Bennett RN |
| 12-2-16 1245A | RN note<br>S-Ø<br><br>O-Resting quietly. Resp.<br>reg, et unlabored. Decreased<br>swelling & discoloration of<br>face.<br>A-Chronic - R/T facial<br>Ⓛ eye injury. | P-CPM.<br><br><br><br><br><br>Bennett RN |
| | | |
| | | |

DOC 0084 (Eff. 9/2002)<br>(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Menard Correctional _____ Center

Offender Information:

Gherrett _____ David _____ ID#: M 39621
Last Name                First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12-3-16 1225A | Inmate | P-CPM. |
| | S-∅ | |
| | O-Resting quietly. Reg. reg. et unlabored. Facial swelling + discoloration decreased. No c/o. NAD. | |
| | A-Chronic R/T (L) orbital/facial injury. | Minett ☐ |
| 12-3-16 125A | Inmate | |
| | Health status done for ENT F/U appt - on 12-6-16. | |
| | | Barnett ☐ |

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Menard Correctional _____ Center

Offender Information:

Last Name: Garrett   First Name: David   MI: ____   ID#: M 38621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/3/16 8AM | RN Note S: ∅ O: appears to Be asleep. Resp E&u. No C/o voiced @ this time. NAD noted. A) Abrasin R/T @ Orbital *crossed out* iniguy | P) CPn *signature* |
| 12/4/16 3:50 AM | RN Note S) "Im good," O) Pt thankful for med at AM meds. Pt ox3. Resp e/n. 69/s No distress noted - Bruising/swelling to L face/orbital much improved. No C/o voiced. Denos needs. A) Abrasin R/T L eye injury | P) - CP n R Sells |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ **Menard Correctional** _____ Center

Offender Information:

Last Name: Sharrett    First Name: David    MI: ___    ID#: M 38621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/5/16 4:00 AM | RN Note<br>S) "Thnk you."<br>O) Awakes easily. A&Ox3. Resp e/u.<br>* S/ distion noted. * c/o<br>voiced - Bruing / edema to<br>(L) peri/ orbital continues to<br>improve. Denies visual defecit<br>A) Chronic */t (L) eye injury | P) - CPM<br>MMutter |
| 12-6-16 1:40A | RN note<br>S O<br>O- Resting quietly. Resp-<br>reg, unlabored. No c/o.<br>NAD<br>A -Chronic R/T facial<br>trauma, | P CPM.<br>Sharrett RN |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional Center

Offender Information:

Last Name: Sharrett   First Name: David   MI:   ID#: M38624

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12-6-16 6:25A | RN note<br>S - Ø<br>O - Escorted from HCU<br>by Security.<br>A - Med. furlough | P - Proceed c̄ ENT<br>follow - up.<br><br>Sharrett RN |
| 12/6/16 1330 974 84 16 128/82 982 | RN Note<br>S) med furlough return<br>O) I/m A/O×3 resp even<br>unlabored skin W/D warm<br>voices Ø complaints V.S.S<br>Ø acute distress noted<br>A) med furlough return | P) 1) MD to see on AM<br>rounds<br>T.O. Dr Trost / QRF<br>/X<br>noted 12/6/16 |
| 12-7-16 1 AM | RN Note<br>S - Ø<br>O - Resting Quietly Ø ADL<br>Ø c/o voiced Resp E/u<br>A - Chronic Hx facial Trauma | P - CPM<br><br>T. Ochs RN |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Menard Correctional _____ Center

Offender Information:

Garrett _____ David _____ ID#: M 386 21

Last Name          First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 12/7/16 9:45 | MD Note SOAP no c/o. No vision c/o. Facial edema resolved. | P: D/c to cellhouse F/U 7-10 days |
| | | Noted Green 12/7/16 10 AM |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

_____ **Menard** _____ Center

| Offender Information: | | | |
|---|---|---|---|
| Gharrett | David | | ID#: M38621 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/7/16 9:45PM | **_INFIRMARY DISCHARGE SUMMARY BY:_** <br><br> (CIRCLE) MD DENTIST   PSYCHIATRIST <br><br> ADMISSION DATE: 11/22/16 <br><br> DISCHARGE DATE AND TIME: 12/7/16 <br><br> ADMITTING DIAGNOSIS: <br> orbital fracture <br><br> DISCHARGE DIAGNOSIS: <br> same <br><br> INFIRMARY COURSE: <br> Admitted 11/22/16 c̄ (L) <br> orbital rim fracture related <br> to assault. Injury evaluated <br> by ENT, ophthalmology. No <br> surgery required. D/C'd <br> to cellhouse 12/7/16. | **INFIRMARY DISCHARGE ORDERS:** <br> continue present meds <br> diet, activity as tol <br><br><br><br><br><br><br> FOLLOW UP PLAN: <br> 7-10 days |

DOC 0385 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____**Menard Correctional**_____ Center

Offender Information:

Last Name: Gharrett First Name: David MI: ___ ID#: M38621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12-15-16 1240p | NP NOTE S/O: im on CL for flu infirmary stay S/P Lt orbital blowout fx. Doing well - reports no pain except when cold air hits eye. Visual acuity Lt eye ↓. Denies HA or DZ. No swelling or tenderness c̄ palpation a: infirmary flu S/P orbital fx | P: f/u c̄ eye dr @ Menard. Ltindall FNP |
| 12-19-16 | **OPTOMETRY NOTE** SEE IDOC 0081 | Ryan M Sutterer, OD |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

__Menard Correctional__ Center

Offender Information:

Last Name: Gharrett   First Name: David   MI:   ID#: M38621

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/27/16 12:10 PM | Prog Notes See Doc 0507 of today's date — | Surgeries noted chevilleваousk 12/27/16 1:10p |
| 1/8/17 | MD Note SOAP  Release any/all med holds | pc noted 1/8/17 Gharrell |
| 1/24/17 | Prog Note: See Doc 0502 of today's date | Surgi. MD |

ILLINOIS DEPARTMENT OF CORRECTIONS

### Offender Infirmary Progress Notes

_Menard_ Center

**Offender Information:**

Last Name: _Gharrott_    First Name: _David_    MI: ___    ID#: _M 38627_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/7/16 | **RN/LPN Infirmary Discharge Summary** | P. |
| 10AM | S. Summary of reason for Admission:<br><br>F/x orbital | Diet on discharge: _Regular_ |
| | | Activity on discharge: _Regular_<br>_as tol_ |
| | O. T 98  P 74  R 14<br>BP 114/74   WT | Treatment and medications on discharge:<br>_Tylenol 900 mg ¾-¼_<br>_P.O.  q 6° PRN_ |
| | | Return Follow-up: _F/u in 1wk_ |
| | | Patient Education: _No fighting_<br>_Take pain meds per order PRN_ |
| | A. | |
| | Admitting DX: _Fx L orbital_ | Discharge Location: _W 504_ |
| | Nursing DX: _Alt Comfort_<br>_R/T Fx_ | Nurse Signature: _(signature)_ |

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)