| Offender | Institution | Living Unit | Start Date | End Date | Placement Reason | Modified By | Modified On |
|---|---|---|---|---|---|---|---|
| M38621 GHARRETT, | PONTIAC | PON:PON:SP:05:29:L | 9/23/2018 10:33 | | ROUTINE | NICHOLE BOLAND | 9/23/2018 10:34 |
| M38621 GHARRETT, | PONTIAC | PON:PON:EP:06:05:L | 11/20/2017 17:44 | 9/23/2018 10:33 | ROUTINE | IDOC Service Admin # | 9/23/2018 10:34 |
| M38621 GHARRETT, | PONTIAC | PON:PON:EP:04:20:L | 9/16/2017 13:33 | 11/20/2017 17:44 | ROUTINE | IDOC Service Admin # | 11/20/2017 17:47 |
| M38621 GHARRETT, | PONTIAC | PON:PON:EP:06:12:L | 9/3/2017 18:37 | 9/16/2017 13:33 | ROUTINE | IDOC Service Admin # | 9/16/2017 13:42 |
| M38621 GHARRETT, | PONTIAC | PON:PON:EP:06:18:L | 7/6/2017 12:19 | 9/3/2017 18:37 | TEMP CONF REL | IDOC Service Admin # | 9/3/2017 18:37 |
| M38621 GHARRETT, | PONTIAC | PON:PON:N:05:38:L1 | 7/3/2017 13:41 | 7/6/2017 12:19 | ROUTINE | IDOC Service Admin # | 7/6/2017 12:20 |
| M38621 GHARRETT, | PONTIAC | PON:PON:N:03:33:L1 | 6/14/2017 14:34 | 7/3/2017 13:41 | INVEST. SEG | IDOC Service Admin # | 7/3/2017 13:42 |
| M38621 GHARRETT, | PONTIAC | PON:PON:EP:02:20:L | 4/3/2017 15:39 | 6/14/2017 14:34 | PLACEMENT ERROR | IDOC Service Admin # | 6/14/2017 14:34 |
| M38621 GHARRETT, | PONTIAC | PON:PON:EP:04:21:L | 2/1/2017 16:21 | 4/3/2017 15:39 | ROUTINE | IDOC Service Admin # | 4/3/2017 15:40 |
| M38621 GHARRETT, | PONTIAC | PON:PON:0U:0U:0U | 2/1/2017 14:12 | 2/1/2017 16:21 | TRANSFER | IDOC Service Admin # | 2/1/2017 16:21 |
| M38621 GHARRETT, | TRANSPORTATION | TRA:TRA:00:00:00 | 2/1/2017 6:05 | 2/1/2017 14:12 | TRANSFER | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT, | MENARD | MEN:MEN:NL:02:01: | 1/5/2017 9:15 | 2/1/2017 6:05 | ROUTINE | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT, | MENARD | MEN:MEN:NL:02:39: | 12/12/2016 8:38 | 1/5/2017 9:15 | ROUTINE | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT, | MENARD | MEN:MEN:W:05:04:U | 12/7/2016 8:52 | 12/12/2016 8:38 | ROUTINE | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT, | MENARD | MEN:MEN:H:03:23:L | 12/6/2016 14:04 | 12/7/2016 8:52 | ROUTINE | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT, | MENARD | MEN:MEN:0U:0U:0U | 12/6/2016 13:30 | 12/6/2016 14:04 | FURLOUGH | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT, | MENARD | MEN:FUR:00:00:00 | 12/6/2016 6:37 | 12/6/2016 13:30 | MEDICAL REASON | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT, | MENARD | MEN:MEN:H:03:23:L | 12/3/2016 13:47 | 12/6/2016 6:37 | ROUTINE | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT, | MENARD | MEN:MEN:H:03:12:L | 11/21/2016 23:47 | 12/3/2016 13:47 | ROUTINE | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT, | MENARD | MEN:MEN:0U:0U:0U | 11/21/2016 23:45 | 11/21/2016 23:47 | FURLOUGH | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT, | MENARD | MEN:FUR:00:00:00 | 11/21/2016 11:15 | 11/21/2016 23:45 | MEDICAL REASON | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT, | MENARD | MEN:MEN:W:10:22:L | 10/28/2016 12:13 | 11/21/2016 11:15 | ROUTINE | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT, | MENARD | MEN:MEN:N2:06:05: | 10/15/2016 13:09 | 10/28/2016 12:13 | ROUTINE | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT, | MENARD | MEN:MEN:N2:06:22: | 4/28/2016 16:00 | 10/15/2016 13:09 | ROUTINE | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT, | MENARD | MEN:MEN:W:07:18:L | 2/18/2016 10:50 | 4/28/2016 16:00 | ROUTINE | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT, | MENARD | MEN:MEN:N2:06:07: | 2/10/2016 11:28 | 2/18/2016 10:50 | ROUTINE | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT, | MENARD | MEN:MEN:N2:04:15: | 1/27/2016 13:07 | 2/10/2016 11:28 | ROUTINE | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT, | MENARD | MEN:MEN:N2:04:16: | 1/27/2016 12:33 | 1/27/2016 13:07 | ROUTINE | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT, | MENARD | MEN:MEN:N2:04:15: | 1/22/2016 13:46 | 1/27/2016 12:33 | ROUTINE | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT, | MENARD | MEN:MEN:N2:08:07: | 1/18/2016 12:45 | 1/22/2016 13:46 | ROUTINE | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT, | MENARD | MEN:MEN:W:07:02:L | 8/14/2015 8:20 | 1/18/2016 12:45 | ROUTINE | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT, | MENARD | MEN:MEN:NL:02:33 | 7/8/2015 7:36 | 8/14/2015 0:00 | ROUTINE | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT, | MENARD | MEN:MEN:NL:02:24 | 7/1/2015 8:17 | 7/8/2015 0:00 | ROUTINE | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT, | MENARD | MEN:MEN:NL:02:18 | 6/30/2015 9:03 | 7/1/2015 0:00 | ROUTINE | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT, | MENARD | MEN:MEN:N2:08:45 | 5/8/2015 9:51 | 6/30/2015 0:00 | ROUTINE | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT, | MENARD | MEN:MEN:N2:04:12 | 5/4/2015 9:04 | 5/8/2015 0:00 | ROUTINE | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT, | MENARD | MEN:MEN:N2:04:13 | 4/30/2015 13:35 | 5/4/2015 0:00 | ROUTINE | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT, | MENARD | MEN:MEN:W:08:05 | 4/30/2015 8:17 | 4/30/2015 0:00 | ROUTINE | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT, | MENARD | MEN:MEN:0U:0U:0U | 4/30/2015 8:09 | 4/30/2015 0:00 | ROUTINE | IDOC Service Admin # | 2/1/2017 14:12 |

Gharrett v. Butler, et al. (18-958) IDOC No.: 000051

| | | | | | | |
|---|---|---|---|---|---|---|
| M38621 GHARRETT,I | MENARD | MEN:MRC:R:01:02 | 4/20/2015 8:43 | 4/30/2015 0:00 | ROUTINE | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT,I | MENARD | MEN:MEN:W:07:01 | 4/20/2015 8:08 | 4/20/2015 0:00 | ROUTINE | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT,I | MENARD | MEN:MEN:N2:08:18 | 2/26/2015 10:48 | 4/20/2015 0:00 | ROUTINE | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT,I | MENARD | MEN:MEN:N2:06:23 | 2/20/2015 8:23 | 2/26/2015 0:00 | ROUTINE | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT,I | MENARD | MEN:MEN:W:08:15 | 8/22/2014 8:53 | 2/20/2015 0:00 | ROUTINE | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT,I | MENARD | MEN:MEN:0U:0U:0U | 8/22/2014 8:41 | 8/22/2014 0:00 | ROUTINE | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT,I | MENARD | MEN:MEN:W:08:06 | 8/7/2014 8:03 | 8/22/2014 0:00 | ROUTINE | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT,I | MENARD | MEN:MEN:0U:0U:0U | 8/7/2014 7:59 | 8/7/2014 0:00 | ROUTINE | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT,I | MENARD | MEN:MEN:N2:08:24 | 2/11/2014 13:41 | 8/7/2014 0:00 | ROUTINE | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT,I | MENARD | MEN:MEN:N2:06:49 | 2/7/2014 17:38 | 2/11/2014 0:00 | ROUTINE | IDOC Service Admin # | 2/1/2017 14:12 |
| M38621 GHARRETT,I | MENARD | MEN:MEN:N:06:29 | 10/9/2013 18:19 | 2/7/2014 0:00 | ROUTINE | IDOC Service Admin # | 2/1/2017 14:12 |