```
 1        IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ILLINOIS
 2

 3
    DAVID H. GHARRETT, #M-38621,
 4
        Plaintiff,
 5
    Vs.                      Case No. 18-958-MAB
 6
    KIMBERLY BUTLER, et al.,
 7
        Defendants.
 8

 9

10

11

12  VIDEOCONFERENCED DEPOSITION OF DAVID GHARRETT
                 JANUARY 13, 2020
13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    I N D E X

 2                   WITNESSES

 3   All Witnesses:                        Page

 4   David Gharrett
       Examination by Ms. White              5
 5

 6                   EXHIBITS

 7           (No exhibits were marked.)

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ILLINOIS
2

3
    DAVID H. GHARRETT, #M-38621,
4
          Plaintiff,
5
    Vs.                       Case No. 18-958-MAB
6
    KIMBERLY BUTLER, et al.,
7
          Defendants.
8

9

10         VIDEOCONFERENCED DEPOSITION OF DAVID

11    GHARRETT, produced, sworn, and examined on JANUARY

12    13, 2020, between the hours of eight o'clock in the

13    forenoon and six o'clock in the afternoon of that

14    day, at the office of Illinois Attorney General's

15    Office, 201 West Pointe Drive, Suite 7, Belleville,

16    Illinois, before Tammie A. Heet, a Registered

17    Professional Reporter, Certified Shorthand Reporter

18    and Notary Public within and for the states of

19    Illinois and Missouri, in a certain cause now

20    pending in the United States District Court for the

21    Southern District of Illinois, in re:  DAVID H.

22    GHARRETT, #M-38621 vs. KIMBERLY BUTLER, et al.; on

23    behalf of the Defendants.

24

25

DAVID GHARRETT  1/13/2020

```
 1                        APPEARANCES

 2

 3

    For the Plaintiff (via videoconference):
 4
          David H. Gharrett, Pro Se
 5

 6

    For the Defendants:
 7
          Ms. Ashley White, Esq.
 8        OFFICE OF THE ATTORNEY GENERAL
          STATE OF ILLINOIS
 9        201 West Pointe Drive, Suite 7
          Swansea, Illinois  62226
10        618/236-8616
          ASwhite@atg.state.il.us
11

12

    Reported By:
13
          Ms. Tammie A. Heet, RPR, CSR(IL), CCR(MO)
14        ALARIS LITIGATION SERVICES
          711 North 11th Street
15        St. Louis, Missouri 63101
          314/644-2191
16

17

18

19

20

21

22

23

24

25
```

DAVID GHARRETT  1/13/2020

```
 1                  IT IS HEREBY STIPULATED AND AGREED by

 2     and between counsel for the Plaintiff and counsel

 3     for the Defendants that this deposition may be

 4     taken in shorthand by Tammie A. Heet, RPR, CSR and

 5     notary public, and afterwards transcribed into

 6     printing, and signature by the witness expressly

 7     reserved.

 8                  (Whereupon, the deposition began at

 9     10:03 a.m.)

10                  MS. WHITE:  For the record, this is

11     the deposition of David Gharrett in the case of

12     Gharrett versus Butler 18-958.

13                       *  *  *  *  *

14                  DAVID GHARRETT

15     of lawful age, produced, sworn, and examined on

16     behalf of Defendants, deposes and says:

17                       EXAMINATION

18     QUESTIONS BY MS. WHITE:

19          Q.    Can you please state your name for

20     the record and spell it, please.

21          A.    David Harley Gharrett, D-A-V-I-D,

22     H-A-R-L-E-Y, G-H-A-R-R-E-T-T.

23          Q.    Okay.  As you know, my name is Ashley

24     White.  I am the attorney for defendants, Kimberly

25     Butler, Jeannette Cowan, Sherry Benton, Andrew
```

DAVID GHARRETT  1/13/2020

1    Dillingham and William Spiller.

2              Have you ever taken (sic) a

3    deposition before?

4         A.    No, ma'am, this is the first one.

5         Q.    Okay.  So what I'll do, I'll give you

6    a few ground rules and explain how a deposition

7    work, and if you have any questions, just let me

8    know.

9              So a deposition is my opportunity to

10   ask you a series of questions regarding the claim

11   you have filed in Gharrett versus Butler 18-958.

12   Do you understand that?

13        A.    Yes, ma'am.

14        Q.    So everything you say will be taken

15   down by the court reporter.  And everything that

16   you say will be under oath in your testimony today

17   and it will have the same effect as if it was made

18   in a court of law.  Do you understand?

19        A.    Yes, ma'am.

20        Q.    If you do not understand a question,

21   I'd just ask that you ask me to rephrase it or to

22   explain it.  After you answered the question, then

23   I'm going to assume that you understood my question

24   and that you're answering the question to the best

25   of your ability.  Do you understand that?

DAVID GHARRETT  1/13/2020

Page 7

```
 1          A.    Yes, ma'am.
 2          Q.    At any time if you need to take a
 3   break, just let me know.  We can go off the record
 4   if you need time to, like I said, take a break.  We
 5   can take that break.
 6                I'll also ask, because there is a
 7   court reporter and she's taking everything down,
 8   I'd ask that you verbally answer each question.  So
 9   shaking of the heads or "uh-huhs" and "huh-uhs,"
10   she's not able to take that down.  So I'd just ask
11   that you verbally answer every question.  Do you
12   understand?
13          A.    Yes, ma'am.
14          Q.    And then also I know we'll be --
15   eventually, it will seem like we're having a
16   conversation.  But I'd ask that you let me finish
17   my question before answering, and I'll make sure I
18   give you that same courtesy.  I won't go to the
19   next question until I'm sure that you're done
20   answering the last question.  Do you understand
21   that?
22          A.    Yes, ma'am.
23          Q.    So first, I just want to go over some
24   general questions.  You're currently incarcerated
25   at Pontiac Correctional -- Correctional Center; is
```

DAVID GHARRETT  1/13/2020

1    that correct?

2          A.    Yes, ma'am.

3          Q.    When you were taken to Pontiac, did

4    you receive a orientation manual?

5          A.    Yes, ma'am.

6          Q.    In that orientation manual, were you

7    informed about the grievance process?

8          A.    I didn't read it fully because, I

9    mean, most places are all the same.  So I didn't

10   read it fully.

11         Q.    Okay.  But you do -- do you

12   understand the grievance process?

13         A.    At that time, yes.

14         Q.    Can you explain to me the process of

15   filing an emergency grievance, what is the process?

16         A.    To go to the warden.  Mark the warden

17   -- mark "emergency" and send it to the warden.

18         Q.    Okay.  So first, you would get the

19   grievance form and you will fill out whatever your

20   concern is, and then you will mark it emergency, so

21   it can go straight to the warden; is that what

22   you're saying?

23         A.    That's if it's an emergency and it's

24   -- and it's happened at this place.

25         Q.    Okay.  And then when you're filing a

DAVID GHARRETT  1/13/2020

1    regular grievance, when it's a nonemergency, what
2    is the process for filing a regular grievance?
3         A.    To go to the counselor as long as it
4    happened at this place.
5         Q.    Okay.  And then after it goes to the
6    counselor, what's next?
7         A.    Then it should go to the grievance
8    officer.
9         Q.    And if you have a concern for your
10   safety, what are you supposed to -- what are you
11   supposed to do?
12        A.    Multiple stages.  You're supposed to
13   tell an officer.  You -- you can do multiple
14   things.  You can send a letter to the lieutenant,
15   the sergeant.  You can do multiple different
16   things.
17        Q.    Okay.  So --
18        A.    You can file a grievance, but a
19   better step is to let the sergeant CO know.  That
20   way, they get you out of that danger as soon as
21   possible because the grievance is going to take
22   multiple days.
23        Q.    Okay.  And when you say let -- you
24   said write a letter letting the correctional
25   officer know.  How does the -- when you write that

DAVID GHARRETT  1/13/2020

1   letter, are you giving them that letter directly,

2   the correctional officers, or do you have to submit

3   it somewhere?  Exactly how does that work when you

4   write a letter?

5        A.    You can do both.  You can send it in

6   the bars or you can give it to them.

7        Q.    Okay.  And when you said "in the

8   bars," how often do you come around and check -- do

9   they come around and get those letters pretty

10  quickly or like every day or how does that work?

11       A.    Once a night.

12       Q.    Once a night?

13       A.    Yeah.

14       Q.    Is it at a certain time at night

15  every day?

16       A.    No, just approximately like 10:00,

17  somewhere around there.

18       Q.    So as long as you have -- you just

19  have to make sure that that letter is in there

20  before the night is over around 10:00, so that they

21  can be able to collect that letter from you?

22       A.    Yes, ma'am.

23       Q.    Okay.  So on -- in your complaint,

24  you state that on February 19th, 2015, you had a

25  incident with your cellmate; is that correct?

DAVID GHARRETT  1/13/2020

```
 1          A.    Yes, ma'am.
 2          Q.    Can you explain to me exactly what
 3     happened on February 19th, 2015?
 4          A.    He basically told me if I came back
 5     to the cell, then he was going to be having
 6     something waiting for me, which I took as a knife,
 7     something.  I didn't know.
 8          Q.    Okay.  So he didn't --
 9          A.    I told the correctional officer at --
10     that night, I gave him a kite, and then I also
11     talked to sergeant, a lieutenant, the mental health
12     guy, Dr. Suneja.  I talked to all of them about it
13     that day.
14          Q.    And when you said you gave him a
15     kite, one, who is -- one, what is a kite?  Can you
16     explain what a kite is?
17          A.    It's a letter.
18          Q.    Oh, it's the letter that you were
19     saying that you put in -- that they come collect
20     every night?
21          A.    Yeah, but I specifically gave it to
22     him that day.
23          Q.    And who was --
24          A.    I --
25          Q.    -- who was --
```

DAVID GHARRETT  1/13/2020

Page 12

```
 1            A.    I -- I'm not for sure.
 2            Q.    You're not sure who the individual
 3     was who you gave the kite to?
 4            A.    I don't -- I don't know his name.
 5            Q.    Are you able to describe him?
 6            A.    No, I would just be able to tell you
 7     he worked that night and they would have to -- I
 8     forget what it's called, a roster sheet or
 9     something, that would tell who worked that night
10     and on what gallery and all that.  I don't remember
11     him.
12            Q.    Okay.  But you can't describe him
13     physically, like you don't remember how tall he
14     was?
15            A.    No.
16            Q.    His race or anything?
17            A.    He was white.
18            Q.    Okay.  And you said that you told him
19     that your cellmate said that if you came back, that
20     he would have something waiting for you.  Did he
21     specifically -- did your cellmate specifically say
22     what would be waiting for you?
23            A.    He didn't specifically say, no.
24            Q.    Okay.  And can you -- what's your --
25     what was your cellmate's name at the time?
```

DAVID GHARRETT  1/13/2020

```
 1          A.     Elliott Lasand (phonetic) or Lasand
 2    Elliott.
 3          Q.     Assand Elliott?
 4          A.     Lasand Elliott.
 5          Q.     And when you said he said that he
 6    would have something waiting for you when you come
 7    back, where were you going at that time?
 8          A.     To see Dr. Suneja, the mental health
 9    doctor.
10          Q.     Prior to going to your appointment,
11    with the doctor, did your cellmate harm you in any
12    way?
13          A.     He told me that he was supposed to
14    fight me at commissary that day, but because he
15    didn't get the chance, either I had to leave the
16    cell or he was going to have something waiting for
17    me when I came back.
18          Q.     But when he made that statement at
19    that time, did he put his hands on you, did he --
20          A.     No.
21          Q.     --- harm you in any way?
22          A.     No, he didn't that day.
23          Q.     Okay.  And when he made that
24    statement to you, how did you respond?
25          A.     I didn't really respond.  I really --
```

1    I told him I was going to try, but I couldn't
2    promise him anything.  I ended up having to go to
3    seg because -- I don't know why.
4         **Q.     Okay.**
5         A.     They wouldn't put me in protective
6    custody.
7         **Q.     And then the officer, who you're not
8    able to describe, is that the person who took you
9    to your psychiatric appointment?**
10        A.     Yes, ma'am.
11        **Q.     And you said that what exactly -- I'm
12   sorry if I asked you this question, but what
13   exactly did you tell that officer when he came to
14   escort you?**
15        A.     I forget exactly what the letter
16   said, but it was the same, basically letting him
17   know that I had been threatened and my cellmate
18   said if I came back to the cell, he was going to
19   have something waiting on me.  And it was around
20   that.  I couldn't say word for word, but it was
21   similar to that.
22        **Q.     Okay.  Besides writing the letter
23   while you were being escorted, did you say anything
24   to that officer during the time when you guys were
25   walking to your appointment or did you just hand**

DAVID GHARRETT  1/13/2020

1   **him the letter?**

2         A.    No, I talked to him because I told

3   him I wanted him to read that letter and I wanted

4   him to take it to the sergeant and lieutenant and

5   let them know.  That way, I could get out of that

6   cell.  That way, something didn't happen.

7         **Q.    Okay.  And what was his response?**

8         A.    He said he was going to give it to

9   them.

10        **Q.    He was going to give --**

11        A.    The letter to either the sergeant or

12  lieutenant.  He didn't say.  I told him both, but

13  he didn't say which one.

14        **Q.    Okay.  And did you, at that time when**

15  **you were with that officer, did you request**

16  **protective custody at that time?**

17        A.    I asked him if he was going to -- if

18  -- what they were going to do.  I told him I wanted

19  protective custody.

20        **Q.    You told him --**

21        A.    I told him I wanted out of this cell.

22  And if it had to be in protective custody, I would

23  go there.

24        **Q.    Okay.**

25        A.    It -- it wasn't only him.  It was

DAVID GHARRETT 1/13/2020

```
 1   multiple people.  It was a whole gang.
 2          Q.    Okay.  But at that time, you were --
 3   at the time when you were getting escorted to your
 4   psychiatrist appointment, it was just that
 5   individual with you, it was just that one officer
 6   with you?
 7          A.    Yes.  Yes, ma'am.
 8          Q.    So at your appointment, did you tell
 9   your psychiatrist what your cellmate said to you?
10          A.    Yes, ma'am.
11          Q.    And what did your psychiatrist say?
12   Did she say she would look into it?
13          A.    It was a him.  And he said that he
14   would let the lieutenant know.  And then he put me
15   on some type of medication, but I had real bad side
16   effects from that so he took me off of that.
17          Q.    Okay.  And at that appointment with
18   your psychiatrist, what happened next?
19          A.    They put me in the holding cell and
20   basically told me I could either go back up there
21   and fight or go to seg.
22          Q.    So they put you in a holding cell
23   first?
24          A.    Yes, ma'am.
25          Q.    And when they told you that either
```

1    you had to go back to your cell or go to seg, what

2    did you do?

3           A.    I told him I didn't want to go to the

4    cell.  There was threats.  I didn't want to go

5    there.  I didn't know what's going to happen.  And

6    I told them I wanted PC.  I didn't want to go to

7    seg.  They said you have two choices; either go to

8    the cell or go to seg.

9           Q.    And what did you choose since -- you

10    decided to go to seg?

11           A.    I kept begging and begging for PC.

12    And then the lieutenant came down.  And they first

13    said that they was going to look into putting me

14    into PC.  But then they said there was no room.  So

15    then they put me in seg.

16           Q.    And you said -- you said a lieutenant

17    came down.  Do you know what lieutenant that was?

18           A.    I don't.

19           Q.    Do you remember, did you have a

20    conversation with the lieutenant?

21           A.    It wasn't long.  He just came down,

22    asked what was going on, not to me, to the sergeant

23    -- because I was talking to the sergeant and the CO

24    at that time.  And he said he was going to make a

25    call, and then he came back and said take him to

1    seg basically.  It ended up the lieutenant and

2    either the sergeant or the CO walked me into seg

3    that night.

4         **Q.    Okay.  So while you was at the**

5    **holding cell, it was the -- it was a lieutenant, a**

6    **correctional officer and a sergeant there?**

7         A.    At the very end, yes.

8         **Q.    And are you able to describe any of**

9    **those individuals?**

10         A.    Not by names.  They were all white.

11    That's all I can tell you.

12         **Q.    Okay.  But you don't know their**

13    **names?**

14         A.    No.  I tried to put them in the

15    complaint, but they ended up throwing them out.

16         **Q.    Okay.**

17         A.    So I never found out their names.

18         **Q.    So the lieutenant was the one who**

19    **made the final decision to have you to go to seg?**

20         A.    Him or whoever he called.

21         **Q.    Okay.  You're not sure who he called?**

22         A.    No.

23         **Q.    How long were you in segregation once**

24    **you were put in segregation?**

25         A.    I'm not for sure.  Like about

DAVID GHARRETT  1/13/2020

```
 1    probably two months, a month, two months.
 2         Q.    Okay.  After getting out of
 3    segregation, what happened next?
 4         A.    When I automatically requested PC and
 5    they took me there.  And then like a week later, I
 6    talked to -- what's her name?  I forget the lady's
 7    name.  She's the head, the head PC lady.  I would
 8    not be able to tell you her name.
 9         Q.    The case supervisor?
10         A.    Cowan.
11         Q.    Jeannette Cowan?
12         A.    Yeah, I talked to her and Lieutenant
13    Spiller, Lieutenant Spiller, he was IA.  And I told
14    them what was going on.  They said basically I
15    would have been denied, but that they would make
16    sure I would go back and not be put in the cell
17    with none of the gangs.
18         Q.    Okay.
19         A.    So I ended up signing out as they
20    told me because I would be not put in the cell with
21    somebody that's a gang banger.  They told me to go
22    ahead and sign out.  So I did.  And as soon as I
23    get in the cell house, it was -- it was a King --
24         Q.    Okay.
25         A.    -- they was --
```

DAVID GHARRETT  1/13/2020

Page 20

```
 1        Q.    So after speaking with Cowan and
 2   Spiller, you were denied protective custody --
 3        A.    They made --
 4        Q.    -- or did you --
 5        A.    I wasn't denied, but she's the head
 6   lady.  And he's basically the head internal
 7   affairs.  And they both told me, "You're going to
 8   be denied, but this is what we can do.  So if you
 9   agree to sign out, we'll make sure that you're
10   okay."
11        Q.    Okay.  So earlier, I know you
12   testified and said that when you have a problem or
13   an issue, that you could either file grievances or
14   give a kite to the officers; is that correct?
15        A.    Yes, ma'am.
16        Q.    So at any point from when you had the
17   incident with your cellmate on February 19th, 2015,
18   and prior to having your interview for protective
19   custody, did you file any grievances concerning the
20   incident with your cellmate?
21        A.    I don't think it was a grievance.  I
22   know I sent Kimberly Butler letters, but it wasn't
23   no -- it wasn't a grievance.  They wouldn't -- I
24   was in -- they didn't even have me in PC area.
25   They had me in intake area.  And them officers,
```

DAVID GHARRETT  1/13/2020

1    they wouldn't give me nothing.  They wouldn't give

2    me any grievances.  So the best thing I could do

3    was write a letter on a plain sheet of paper and

4    send it to Kimberly Butler.

5         **Q.    Okay.  So you didn't file any**

6    **grievances, but you wrote a letter to Kimberly**

7    **Butler?**

8         A.    Yes.

9         **Q.    And did you only write -- from the**

10   **time on February 19th, 2015, and from -- prior to**

11   **being denied protective custody the first time, how**

12   **many letters did you write?**

13        A.    It was a few.  I don't remember how

14   many.  Two, three.  I don't remember how many.  I

15   just know I never got a response.  So I just -- I

16   kept putting it in.  And then they came and talked

17   to me, Cowan and Spiller.  So after that, then I

18   stopped putting it in kites and put it in letters

19   to Kimberly Butler.

20        **Q.    And I know you said approximately two**

21   **or three letters.  Were they all addressed to**

22   **Kimberly Butler?**

23        A.    Yes.

24        **Q.    Okay.  Were they addressed to anybody**

25   **else or were they just Kimberly Butler?**

DAVID GHARRETT  1/13/2020

Page 22

```
 1          A.     Just Kimberly Butler.
 2          Q.     Okay.  And how long did it take -- I
 3   know you said you requested protective custody as
 4   soon as you got out of segregation.  Approximately
 5   how long did it take for you to get a response
 6   regarding whether you would be approved or denied
 7   for protective custody?
 8          A.     The first time?
 9          Q.     Yes, the first time.
10          A.     I never got a response because they
11   agreed that if I signed out, that they would put me
12   in a cell that -- that wasn't having no gang banger
13   in it, so I wouldn't have to deal with the issues.
14          Q.     So how -- approximately how long was
15   it from the time you requested protective custody
16   between having that conversation with Jeannette?
17          A.     It was then like two days later, they
18   let me out.
19          Q.     Okay.  So approximately a week and
20   then two days later you were let out of protective
21   custody?
22          A.     Yeah.
23          Q.     Where did it -- where did this
24   conversation with Cowan and Spiller take place?
25          A.     Someplace in the -- where the
```

DAVID GHARRETT  1/13/2020

Page 23

```
1   intake's at, in one of them rooms.  I don't know
2   which room.
3          Q.    Okay.  So in one of the intake rooms?
4          A.    I'm assuming so.  Not -- not in the
5   cells.  But they had -- they took me from the cell
6   and took me to like a regular room, where they open
7   and close this door.  So it was like a office.
8          Q.    Okay.  Okay.  At the time of this
9   conversation with Cowan and Spiller about your
10  protective custody, what did you tell them?  What
11  were your concerns?
12         A.    That I had been threatened by my
13  cellmate.  I didn't know what the threat was, but
14  with prison, prison is not a -- a very safe
15  environment.  So with him saying, "I'm going to
16  have something waiting for you," I had multiple
17  things going through my head.  So I let them know
18  that this is why I'm requesting protective custody.
19         Q.    Okay.  And then I know you stated you
20  said that they, Cowan and Spiller, said that they
21  -- that you would be out of protective custody, but
22  they wouldn't place you in a cell with any other
23  gang members; is that correct?
24         A.    Yes, ma'am.
25         Q.    And then when you were released out
```

DAVID GHARRETT  1/13/2020

Page 24

1   **of protective custody and placed in your cell, what**
2   **happened next?**
3          A.    There was already somebody in there
4   and he was a known gang member.  So I didn't even
5   go in that cell.  I went -- I went and told the CO
6   that I know that this guy, he's a King, which is
7   affiliated with the Bloods, and that I couldn't go
8   in that cell.
9              And even before I even went in that
10  cell, there was another King that told me, you
11  know, that you can't go in there with my brother.
12  So I had already been threatened once I even got on
13  that.
14         **Q.    Did you know your new cellmate's**
15  **name?**
16         A.    I don't.  I just know a lot of faces.
17         **Q.    Are you able to describe him?**
18         A.    White.
19         **Q.    Did he have any, like, tattoos that**
20  **you could describe?  Did he wear glasses?**
21         A.    Honestly,  I've seen so many tattoos
22  that I wouldn't be able to tell you.  I wouldn't be
23  able to describe him by any tattoos.  I don't know
24  about glasses.  It's another one where you'd have
25  to get the roster sheet or whatever it's called,

DAVID GHARRETT  1/13/2020

Page 25

```
 1   which is going to tell you who was in the cell.
 2   But all that was thrown out, so that's why I never
 3   -- I never proceeded to get all that.
 4        Q.    Okay.  And you said once you seen
 5   that your new cellmate was in a gang, you said you
 6   didn't even go into the cell?
 7        A.    No, I didn't.
 8        Q.    And what did you do next?
 9        A.    I went down stairs.  I talked to the
10   CO that was on that gallery.  I don't know his
11   name.  I know he's white.  I told him what Spiller
12   and Cowan had told me.  And I told him what was --
13   what was already going on, once I even got on the
14   cell -- I was on the gallery.  And he told me he
15   would call in and talk to Spiller and he would let
16   me know and -- but he put me in the holding tank
17   while he called.
18        Q.    And what gallery was this?
19        A.    8 gallery, the same gallery that the
20   cellmate before, the Lasand Elliott, he was still
21   on that same gallery.  So they still put me on the
22   same gallery where the threat was at.
23        Q.    So you said that you're not -- you're
24   not able to identify that correctional officer,
25   correct?
```

DAVID GHARRETT  1/13/2020

```
 1          A.    I'm not.
 2          Q.    But he said he would talk to Spiller?
 3          A.    That's what he said.
 4          Q.    And that -- do you know, did he go
 5    talk to Spiller at that exact moment or did he walk
 6    off or --
 7          A.    As far as that, he walked off.
 8    Because he had to go make a call to Spiller because
 9    Spiller's IA, and this was in west house.  So he
10    went and made a call.  And basically again, I had
11    to either go to the cell or go to seg.  I requested
12    PC.  They said, "You can't go to PC because you
13    just came from PC."  And then they ended up taking
14    me to seg.
15          Q.    Okay.  So then you were placed in
16    seg.  How long were you in segregation at that
17    time?
18          A.    Again, like a month or two.  I'm not
19    for sure.
20          Q.    Okay.  And then what happened after
21    you were released from segregation?
22          A.    Then I went back to PC, requested PC.
23    And they let me back into PC at that time.  And
24    this time I told them I wasn't -- I wasn't going to
25    sign out freely like I did last time, because there
```

DAVID GHARRETT  1/13/2020

Page 27

```
 1   was a threat.  I went all the way through with it.
 2   They denied me there.
 3            Springfield came down, talked to me,
 4   I told her everything that was going on.
 5   Springfield denied me.  And then they kicked me
 6   back out, back out into the same cell house, which
 7   everything was going on.
 8        Q.    All right.  So when you were put in
 9   protective custody the second time, I know you said
10   you didn't sign out.  So prior to a decision, you
11   had another interview; is that correct?
12        A.    Yeah, with Cowan and Willingham.
13        Q.    Dillingham?
14        A.    Dillingham.  It was them two this
15   time.  And they told me again, You're "going to be
16   denied."  I said, "Well, then deny me.  I'll go --
17   I'll go take it to Springfield."
18        Q.    So you told them -- and what did you
19   tell them were your concerns?
20        A.    I told them everything from the first
21   cellmate threatening me through walking on the 8
22   gallery and one of the Kings threatening me,
23   telling me I couldn't go in the cell with his
24   brother.  So I -- I told them everything.
25        Q.    Okay.  And you were denied?
```

DAVID GHARRETT  1/13/2020

```
 1          A.    I was denied by Menard, and then
 2   Springfield came and talked to me, like, sometime
 3   in August.
 4          Q.    Did they say their reasoning for
 5   denying you?
 6          A.    Said I didn't give enough
 7   information.
 8          Q.    Okay.  And then you said about a
 9   month later, that's when Springfield came to talk
10   to you?
11          A.    Yeah, I don't know how long.  I just
12   know it was -- it was probably like two weeks.  I
13   know it was sometime in August.
14          Q.    Okay.  And your second, in your
15   second request for protective custody, do you know
16   exactly when that was or approximately what month?
17          A.    July.  Somewhere in July.
18          Q.    July of 2015?
19          A.    Yes, I believe.
20          Q.    Okay.  So between the time of being
21   out of segregation, I believe approximately July
22   2015, and the time August 2015, when you spoke with
23   Springfield, did you file any grievances?
24          A.    I sent a few more to Kimberly Butler.
25          Q.    You sent kites to Kimberly Butler or
```

DAVID GHARRETT  1/13/2020

1    **grievances?**

2         A.    Grievances this time because they

3    wouldn't give me grievances.  There was a gallery

4    worker -- because at this time, they put me

5    actually in PC area.

6         **Q.    Okay.**

7         A.    The last time, I was in intake, which

8    wasn't even PC.  But this time, I was in PC.  And

9    the inmate worker, he gave me grievances.  So I had

10   grievances to send to Kimberly Butler.

11        **Q.    Okay.**

12        A.    At that time, they were being placed

13   in the bars.

14        **Q.    Okay.  So can you tell me when you**

15   **filed those grievances?**

16        A.    I'm not even sure on the dates.

17        **Q.    But it was -- you said it was right**

18   **after you were -- was it after you were denied**

19   **protective custody or while you were waiting to get**

20   **a decision on protective custody?**

21        A.    There was multiple.  There was one

22   right before, one right after, because I got

23   denied.  I was basically asking her, "Why did I get

24   denied?  This is the second time I've been in PC.

25   I'm asking for help and I'm getting denied from

DAVID GHARRETT  1/13/2020

Page 30

 1  Menard."  I don't know.  I just pretty much just
 2  begged her to help me out.  And I don't know if she
 3  never got them, if she -- I don't know what
 4  happened.
 5          Q.    Okay.  So you filed a grievance prior
 6  to being -- prior to being denied protective
 7  custody, and you filed a grievance after being
 8  denied protective custody?
 9          A.    Yes, ma'am.
10          Q.    Okay.  Prior to being out of
11  segregation the first time and then going into
12  segregation the second time, did you file any
13  grievances or give any kites in between that time?
14          A.    While I was in seg?
15          Q.    Once you got out of seg the first
16  time and prior to going to seg the second time.
17          A.    When I was in -- when I went to PC
18  the first time?  I'm not understanding this
19  question fully.
20          Q.    Okay.  So you were taken out of seg
21  -- the first time you were taken out of seg, you
22  went --
23          A.    And I was in PC.
24          Q.    You were put in PC.  And that's when
25  you filed that first grievance, correct, while you

DAVID GHARRETT  1/13/2020

```
 1    were in PC?
 2          A.    Yeah.  I had filed multiple.
 3          Q.    Okay.
 4          A.    It wasn't grievance.  It was the
 5    letters, because I didn't have grievances because
 6    the COs wouldn't give me grievances.
 7          Q.    Okay.  But then the second time you
 8    were in protective custody, that's when you had --
 9    you were able to get grievances?
10          A.    Yes.
11          Q.    And that's when you filed those
12    couple that you stated?
13          A.    Yes, ma'am.
14          Q.    Okay.  So when you were in protective
15    custody the first time -- I mean, sorry.  When you
16    were in protective custody the second time, where
17    you filed those grievances, were those -- was that
18    the first time you filed grievances regarding these
19    incidents?
20          A.    Actual grievances?
21          Q.    Yes.
22          A.    Yes, actual grievances, yes.
23          Q.    Okay.  And this was -- this was prior
24    to the altercation that occurred on August 21st,
25    2015, correct, which we'll get into details about
```

DAVID GHARRETT  1/13/2020

```
 1   that in a moment.  But you filed these grievances
 2   prior to that altercation on August 21st, 2016?
 3        A.    What altercation?
 4        Q.    That you explain in your complaint
 5   that on August 21st, 2016, when the inmate --
 6   inmate hit you from behind.
 7        A.    That was in November.
 8        Q.    Oh, sorry, November 21st of 2016?
 9        A.    Yes, ma'am.
10        Q.    Sorry.  So the grievances that you
11   filed, that we were just discussing, those
12   grievances were filed prior to that altercation on
13   November 21st, 2016?
14        A.    Those were -- those were on the
15   second time I -- that I tried to go to the PC.
16        Q.    Okay.  Which was prior to the
17   November 21st --
18        A.    Yes, ma'am.
19        Q.    -- altercation?  Okay.
20              So when you were denied protective
21   custody the second time, and you said that you had
22   a conversation with Springfield, are you referring
23   to the hearing with the administrative review
24   board?
25        A.    Yes, ma'am.  I was on videoconference
```

```
 1    just like this.
 2         Q.    Okay.  And when was that -- when did
 3    that hearing take place?
 4         A.    Sometime in August.  I'm not for sure
 5    of the exact date.  I'd have to look through
 6    paperwork.
 7         Q.    If the document says August 11th,
 8    2015, would you have any reason to disagree with
 9    that?
10         A.    Not really, because that's around the
11    time I would say.
12         Q.    Okay.
13         A.    Around there.
14         Q.    Who -- what individuals were present
15    at this hearing?
16         A.    I believe it was just me and the
17    lady.  I forget her name.  It's not Kimberly Butler
18    and it's not Cowan, it's the other one.
19         Q.    Okay.  Sherry Benton?
20         A.    Yeah.  Sherry Benton.
21         Q.    Okay.  And during this hearing, were
22    you able to give a statement to Ms. Benton
23    regarding your concerns?
24         A.    Yes, ma'am.
25         Q.    And what did you tell her?
```

DAVID GHARRETT  1/13/2020

```
 1          A.     Everything.  Just to -- just what I
 2     said from the first incident in going to PC to the
 3     second incident.  And then she started asking me
 4     questions about my case.  And it was a lot that we
 5     talked about.
 6          Q.     Approximately how long did the
 7     hearing last?
 8          A.     I'm not for sure.
 9          Q.     A couple hours, less than a hour?
10          A.     Oh, less than a hour.
11          Q.     Okay.  And were you given a decision
12     at the end of the hearing or did you have to wait
13     for a response?
14          A.     No, she said she was going to look
15     into it more and then she would either send me a
16     denial or approval through, I believe, the
17     counselor at Menard.
18          Q.     And when did you receive a response?
19          A.     When did I receive it?
20          Q.     Yes.  I'm sorry, the video went out.
21          A.     I'm not for sure.
22          Q.     What was the result?
23          A.     Denial.
24          Q.     And the letter you received, did it
25     explain the reason for why you were denied?
```

```
 1          A.    I'm not for sure.  I'd have to read
 2    -- I'd have to read it again.  I was -- it -- it --
 3    it kind of irritated me because I kept asking for
 4    help and I seen the denial.  And I pretty much just
 5    crumpled it up and threw it away.
 6          Q.    So after you were denied through the
 7    ARB, what happened next?
 8          A.    They sent me back to the same cell
 9    house where everything's going on.  But this time,
10    the only thing was -- difference is they put me on
11    the opposite side of the house.
12          Q.    Were you still placed with that same
13    -- the same cellmate?
14          A.    No.  It was a totally different side
15    of the house.  There was no inmate in there at the
16    time.  And for a while, it was all right.
17          Q.    Okay.  So you had your -- you had
18    your own cell at the time?
19          A.    Yeah, there was no inmate in there at
20    the time.
21          Q.    So between August 11th, 2015, when
22    you had the hearing, and then the altercation that
23    occurred on November 21st, 2016, how was your
24    relationship with the other inmates?  I know you
25    just stated everything was all right.  What do you
```

DAVID GHARRETT  1/13/2020

1   mean by "it was all right"?

2       A.   That -- that everything was happening

3   over there on that side.  Everything that was being

4   said about me was on that side.  On the other side,

5   they didn't know me yet.  So it took a minute for

6   them to actually figure out who I was.

7          And I don't know, I talked to a --

8   another IA guy.  He was a black guy this time.  And

9   he asked me if everything was all right.  And I

10   told him as far as right now, yes.  But who knows

11   when something's -- some word's going to get across

12   to the other side of the house.

13       Q.   So prior to the November 1st, 2016

14   altercation, you didn't have any problems with the

15   other inmates?

16       A.   No.  No, ma'am.

17       Q.   At any time were you concerned about

18   your safety with -- with the other inmates?

19       A.   I mean, I was always watching my back

20   because I don't know -- I don't know all the gang

21   members.  And I don't know if word would have

22   gotten over there yet.  So I was always watching my

23   back.  But if they kept denying me, I couldn't do

24   nothing.

25       Q.   At any time did you receive -- at any

DAVID GHARRETT 1/13/2020

```
 1   time prior to the November 21st, 2016 incident, did
 2   you receive any threats from any inmates?
 3        A.    No.  Afterwards.
 4        Q.    Okay.  Were you harmed by any other
 5   inmates prior to the November 21st incident?
 6        A.    No.
 7        Q.    Between August 11th, 2015 when you
 8   had the hearing, and the November 21st, 2016
 9   incident, did you file any grievances regarding any
10   concerns with your safety or any other inmates?
11        A.    No.
12        Q.    Did you file any letters
13   concerning --
14        A.    I had my mom call Menard concerning
15   my safety.  And that's when one of the IA guys
16   pulled me out.  I don't know his name.  I just know
17   he's a black guy.  He pulled me out and he talked
18   to me and asked me if I had any concerns.  I said,
19   "As of right now, no.  I'm in a cell by myself.
20   They got me on the opposite side.  So as of right
21   now, I'm okay."
22        Q.    So -- so the altercation -- let's
23   talk about the altercation that you mention in your
24   complaint.  You said that occurred on November
25   21st, 2016, correct?
```

DAVID GHARRETT  1/13/2020

```
 1          A.     I believe so.  It's either the 21st
 2     or the 26th, one of them.
 3          Q.     Okay.  Can you explain to me what
 4     happened?
 5          A.     I was sitting at the bars waiting to
 6     go to the yard.  And then next thing I know, I'm
 7     waking up to him, the inmate, like holding me in a
 8     chokehold.  The COs are coming, basically breaking
 9     it up.  It got broke up.
10               They called on the radio, stop
11     movement or they -- they did something.  And then
12     they ended up cuffing us both up.  They took him
13     out the cell and then took me out the cell to
14     healthcare.
15          Q.     So you said an inmate attacked you.
16     Do you know exactly who that inmate was?
17          A.     I don't know his real name.  I know
18     his nickname is Terrorizer, but he was -- he was
19     affiliated with the Kings.
20          Q.     Terrorizer?
21          A.     Yeah.
22          Q.     Was there anyone else present during
23     this attack?
24          A.     Not until I woke up and the COs were
25     there.
```

DAVID GHARRETT  1/13/2020

1     **Q.     And how were you hit?  Where were you**
2  **hit at?**
3        A.    I'm assuming in the back of my head.
4  I don't know if it was a kick.  I -- I don't know.
5  It was powerful -- whatever it was, it probably
6  knocked me out.
7     **Q.     And you said he came from behind.  So**
8  **did you see him coming?**
9        A.    No.  I was sitting -- I was sitting
10 at the bar.  I was sitting at -- I was sitting at
11 the desk.  There in Menard, you got a little desk
12 right in front of the bars.  And I was sitting
13 there waiting to go to the yard.  And I had my --
14 my arms on the bars waiting.  And then all I
15 remember is waking up.
16    **Q.     Okay.**
17       A.    So I'm assuming he kicked me in the
18 back of the head.  He did something.
19    **Q.     Okay.  So when he hit you in the back**
20 **of your head, you fell unconscious?**
21       A.    Yes, ma'am.
22    **Q.     Do you know approximately, were you**
23 **told approximately how long you were unconscious,**
24 **do you know?**
25       A.    I don't have a clue.

DAVID GHARRETT  1/13/2020

1        Q.    So at the time you were unconscious,
2   you didn't know what was going on, correct?  You
3   said you woke up and that's when you seen --
4        A.    He had me in a headlock and those --
5   they were trying to -- screaming at us.  And
6   basically we separated.  They cuffed him up, took
7   him where -- they cuffed him up, cuffed me up, took
8   him out the cell, and then took me out the cell.
9        Q.    So prior to waking up from being
10   unconscious, were you aware what was going on?
11        A.    Before he hit me?
12        Q.    After he hit you, but -- but after --
13   before waking up?  Like you were blacked out, in
14   other words, right?
15        A.    I was -- I was totally blacked out.
16   I have no clue what happened.
17        Q.    Okay.  So when you woke up, you said
18   he had you in a headlock.  Was the correctional
19   officers present at the time?
20        A.    They -- they were running the yard on
21   that gallery at that time, because that's how --
22   that's how the COs were right there.
23        Q.    Were there any other inmates around
24   while he had you in the headlock?
25        A.    No.  It was just me and him in the

DAVID GHARRETT  1/13/2020

```
 1   cell.
 2          Q.     Okay.  You and him in the cell, you
 3   said?
 4          A.     Yeah.  Yeah.
 5          Q.     Okay.  So about how long did it take
 6   the correctional officers to get to you, the both
 7   of you, while he -- while the inmate had you in a
 8   headlock?
 9          A.     Not long, because he let go and we
10   both cuffed up.
11          Q.     Probably about a couple minutes?
12          A.     Probably a minute, two minutes
13   because he let go, they cuffed us up.
14          Q.     At any point, did you try to hit back
15   or get out of a headlock or --
16          A.     I couldn't.
17          Q.     You couldn't?
18          A.     Because they were right there.  Like,
19   it took me a minute to even realize what was going
20   on.  I was -- I was totally out of it.  I was -- I
21   was unconscious.
22          Q.     So when you woke back up from being
23   unconscious and you realized you were -- and he had
24   you in the chokehold, did you try to get out of the
25   chokehold?  Did you try to fight back?  Did you try
```

DAVID GHARRETT  1/13/2020

1   to get him to release you?

2        A.    No, the COs were there.  They broke

3   -- they -- they separated.  They told us both,

4   "Break it up.  Come and cuff up."

5        Q.    So after you were cuffed up, what

6   happened next?

7        A.    They took him somewhere and then took

8   me to healthcare.

9        Q.    And what happened at healthcare?

10       A.    They gave me a shot for -- I forgot

11  what they call it.  It's for, like, if you get rust

12  -- I forget what type of shot it is.  They gave me

13  a shot anyways and then they -- because it was so

14  bad, my eye was swollen shut, they sent me to the

15  hospital right there in Menard.

16       Q.    Okay.  So you said the hospital in

17  Menard, Illinois?

18       A.    Yeah.

19       Q.    Like the outside hospital?

20       A.    Yes, ma'am.

21       Q.    Do you know -- you said you were

22  given a shot.  Do you know what the shot was for?

23  I know you said you didn't know.

24       A.    I forgot.

25       Q.    Okay.

DAVID GHARRETT  1/13/2020

Page 43

```
 1          A.    A tet- -- a tetanus shot.
 2          Q.    Oh, a tetanus shot.  Okay.
 3                So when you were taken -- prior to
 4    being sent to the outside hospital, while you were
 5    in the healthcare unit, did they take any tests,
 6    did they --
 7          A.    They took pictures.  They asked me
 8    questions.  I told them the same thing with you.  I
 9    don't know what happened.  I really don't know why
10    the dude did it,
11                I ended up -- he was a King.  So
12    obviously, it had to do something with that.
13    Because me and him weren't even in the cell
14    together that long.  I had just gotten out of seg
15    again and they put me in the cell with him, so...
16          Q.    When you said you had got -- you had
17    just gotten out of seg?
18          A.    Yes.
19          Q.    Were you in seg in relation to this
20    case or why were you in seg?
21          A.    Making -- making wine.
22          Q.    I'm sorry, what did you say?
23          A.    Making -- making homemade wine,
24    making hooch.
25          Q.    Oh, okay.  So you -- you were -- the
```

DAVID GHARRETT  1/13/2020

Page 44

```
 1    reason you were in seg that third time had nothing
 2    to do with this case?
 3         A.    No, ma'am.
 4         Q.    Okay.  So you were taken out of seg
 5    that third time and then you were put in a cell
 6    with him?
 7         A.    Yes, ma'am.
 8         Q.    The inmate who attacked you?
 9         A.    Yes, ma'am.  I wasn't even in his
10    cell that long either.
11         Q.    Do you know approximately how long
12    you guys were in the cell together?
13         A.    Not even a month.
14         Q.    Okay.  So then you were sent to the
15    outside hospital in Menard, Illinois.  And what
16    happened when you made it to that hospital?
17         A.    They looked me over.  And at that
18    point, the Menard hospital told me I would need
19    surgery on my eye.  So then they sent me to
20    St. Louis hospital, which I believe is St. --
21    St. Barnes-Jewish Hospital or something like that.
22         Q.    And did you ever receive the surgery
23    on your eye?
24         A.    I didn't.  They said they didn't want
25    to do it at that point because of how serious an
```

DAVID GHARRETT  1/13/2020

1  eye surgery was, that they were just going to let

2  it take its natural course and I didn't need eye

3  surgery.  At that time, I didn't need it.  So they

4  just didn't do nothing else about it.

5      **Q.    So before being transferred to the**

6  **Barnes-Jewish Hos- -- Barnes-Jewish Hospital, how**

7  **long were you at the outside hospital in Menard,**

8  **Illinois?**

9      A.    I don't know.  They did some tests.

10  Put me in a machine, did some -- it was a machine

11  to do x-rays on my head, a CAT scan or something.

12  I don't know, probably a hour and a half, two

13  hours.

14      **Q.    Oh, okay.  So you didn't stay**

15  **overnight or anything?**

16      A.    No.

17      **Q.    Okay.**

18      A.    I -- I ended up -- I ended up back in

19  Menard that night, but it was late that night

20  because they had to take me to Springfield -- to

21  St. Louis.  And I was there for a little while.

22      **Q.    Okay.  So you went to the Menard --**

23  **you went to the hospital in Menard, then you went**

24  **to the Barnes-Jewish Hospital, and then you were**

25  **taken back to Menard Correctional Center?**

 1          A.     Yes, ma'am, placed in healthcare.

 2          **Q.     You were placed in healthcare.  Okay.**

 3    **And then how long were you in healthcare once taken**

 4    **back to Menard?**

 5          A.     I think a little over two weeks.

 6          **Q.     And during that two weeks, what kind**

 7    **of treatment were you receiving?**

 8          A.     They would -- they would have me --

 9    they would come in and put, like, eye ointment on

10    my eye, like, every day.  And they would just check

11    it every day, just to see the progress.  And then

12    -- at some point in between the two and a half

13    weeks or so, they did another eye exam whenever my

14    eye swelled down a little bit.  And I don't know

15    the result it came out of because Menard never told

16    me.  So I was assuming that it was -- that I didn't

17    need surgery.

18                 They never said -- I went back one

19    time to an eye clinic, but I never got the results

20    out of that either, so...

21          **Q.     So at that -- from -- so as of today,**

22    **you haven't received any eye surgery?**

23          A.     No surgery on my eye.

24          **Q.     Does your eye still bother you to**

25    **this day?**

```
 1         A.    I've got a permanent scratch on it.
 2    And I used to have perfect vision.  But this one
 3    dropped, this side where it happened, it dropped
 4    down like 10.  I don't know.  I used to have like
 5    20/20 vision and now it's 20/10.
 6         Q.    Okay.  And it happened on your left
 7    side, correct, your left eye?
 8         A.    My left side.
 9         Q.    Okay.  Does it cause you any pain as
10    of today?
11         A.    Sometimes, when it's cold.  But I put
12    in to try to get Ibuprofen and stuff like that, but
13    they don't ever give me nothing for it, so...
14         Q.    Besides your eye injury, did you have
15    any other injuries as a result of this altercation
16    that occurred on November 21st, 2016?
17         A.    Not physically, like mental, because
18    every time they put me in another cell, I'd always
19    worry about if that cellmate's going to do
20    something to me.
21         Q.    Okay.  And after -- I know you said
22    that you were in the healthcare unit, you said, for
23    about two and a half weeks approximately?
24         A.    Yes, ma'am.
25         Q.    After you were taken out of
```

DAVID GHARRETT  1/13/2020

1    **healthcare, what happened next?**

2          A.    I got placed on the opposite side of

3    the house again, in the same cell house that

4    everything's going on.  And a few days later, a

5    kite -- a letter from an inmate came to me stating

6    that I needed to move around because he was

7    supposed to stand on business, talking about he was

8    supposed to do something to me.

9          **Q.    Okay.  And what did you do after**

10   **that, once he told you that?**

11         A.    I went into PC.  That's that same

12   inmate that gave me that -- that -- that letter, he

13   also went into PC that same day.

14         **Q.    The inmate also went into protective**

15   **custody with you?**

16         A.    Yes, ma'am.

17         **Q.    So after -- well, just to be clear.**

18   **So after -- do you know that inmate's name, first?**

19         A.    I don't.  I just know his nickname is

20   Picasso.

21         **Q.    Castle?**

22         A.    Picasso, like the painter, Picasso.

23         **Q.    And then once he told you that he was**

24   **supposed to, I guess, harm you, that's when you**

25   **requested protective custody?**

```
 1        A.    Yes, ma'am.
 2        Q.    And your protective custody was
 3  approved?
 4        A.    Yeah, very -- well, not like quickly,
 5  quickly.  But I talked to Cowan, I believe I talked
 6  to Cowan.  And then some Gardner came in, I don't
 7  know, Officer Gardner, he's internal affairs, or he
 8  was whenever I was still down there, he came and
 9  talked to me.  And he wanted some more information.
10  And basically he told me I was going to be
11  approved.
12        Q.    Okay.
13        A.    And then a few days later, I was
14  approved.
15        Q.    Okay.  So just so I can get the
16  timeline right, so you got out of health- -- you
17  got out of the healthcare unit, you were taken back
18  to the same cell that you were previously in where
19  the altercation occurred?
20        A.    Not the same cell, the same cell
21  house.
22        Q.    Oh, the same cell house.  Okay.  And
23  then you were placed -- were you placed in a cell
24  with another inmate or were you in a cell alone at
25  that time?
```

DAVID GHARRETT  1/13/2020

Page 50

```
 1          A.    It was another inmate.
 2          Q.    And that wasn't the person who gave
 3    you the letter from the gang, correct?
 4          A.    No.  Not that was in my cell, no.
 5          Q.    Okay.  Was the person -- was the
 6    individual in your cell in a gang?
 7          A.    Not that I know of.  He was an older
 8    white guy.
 9          Q.    Okay.  So then when Picasso came and
10    gave you the letter, was that the same day that you
11    had just got out of the healthcare unit, or had
12    some days passed?
13          A.    No, ma'am, a few days had passed.  I
14    don't know how -- approximately how many, but a few
15    days had passed.
16          Q.    Okay.  And that was -- that was the
17    first time a inmate came to you regarding where you
18    had an issue with your safety between -- sorry.
19    Let me make that question clearer.
20                The first -- when Picasso came and
21    gave you the letter regarding the gangs wanted to
22    harm you, was that the first time, since being out
23    of healthcare, that an inmate had said something to
24    you?
25          A.    Since being out of healthcare, yes.
```

DAVID GHARRETT  1/13/2020

```
 1          Q.    Okay.  So then as soon as Picasso
 2    gave you that letter, that's when you requested
 3    protective custody.  And who did you request
 4    protective custody from?
 5          A.    I gave it to the officer.  I wrote
 6    him, the lieutenant, the sergeant.  I told them
 7    all, "I'm requesting PC."  They brought me the PC
 8    form.  I filled that out.  And they told me to pack
 9    my stuff.  I packed my stuff and they took me to
10    PC.
11          Q.    Okay.  So you were immediately tooken
12    (sic) into PC once you requested it?
13          A.    Yes, ma'am.
14          Q.    And then you had a interview with --
15    did you have a interview with Cowan again?
16          A.    Yes.
17          Q.    Okay.  And did you have a interview
18    that same day that you requested protective
19    custody, or did some days pass?
20          A.    It was some days passed.
21          Q.    Okay.  So then after some days passed
22    and you had the interview, were you immediately --
23    were you approved during the interview for the
24    protective custody?
25          A.    No, she didn't -- I don't know if I
```

1    was approved or not.  She didn't say.

2         **Q.    Okay.  So you just had the interview**

3    **with Cowan, you explained what happened, what**

4    **Picasso said?**

5         A.    Yep.  And I told her everything.  I

6    told her everything.  I even gave her the -- the

7    letter that he wrote me.  And that's when she said

8    she was going to have to talk to him, see what he

9    says.  And then later on, it would be determined if

10   I was approved or denied.

11        **Q.    Okay.  And then a few days later, you**

12   **were approved?**

13        A.    After I had to go talk to Gardner

14   about some -- some other incident that he wanted

15   more information on.

16        **Q.    Who was Gardner?**

17        A.    He was IA, one of the IA officers.  I

18   don't remember his first name.

19        **Q.    And you said you had to talk to him**

20   **about exactly what?**

21        A.    Some Odinist gang-related stuff.  He

22   wanted some information on that.

23        **Q.    But it had nothing to do with --**

24        A.    Nothing to do with that, but he said

25   that if I talked to him about this information,

DAVID GHARRETT  1/13/2020

Page 53

1    that he would most definitely get me approved.

2         Q.    **But it had nothing to do with this**

3    **case or your concerns with this case?**

4         A.    Nothing to do with this case.

5         Q.    **Okay.**

6         A.    He just wanted that information.  And

7    he said he would definitely make sure I was

8    approved after that.

9         Q.    **Okay.  So after you had that**

10   **conversation with him, that's when you were**

11   **approved for protective custody?**

12        A.    That is when he told me that I was

13   approved.  And then the next day, they came and

14   told me to pack my stuff and I was approved.  And I

15   got moved down to the approval area.

16        Q.    **Okay.  And I know earlier you**

17   **mentioned that Picasso was also in protective**

18   **custody.**

19        A.    Yes, ma'am.

20        Q.    **Was he in -- was he in protective**

21   **custody in the approval area or in the area when**

22   **you was waiting to see if you were approved?**

23        A.    He was still in the unapproved area.

24   Because when he talked to Cowan, Cowan basically

25   said she don't even know why he's there because he

DAVID GHARRETT  1/13/2020

1   doesn't have enough time.  That instead of

2   approving him into PC, she would just have him

3   shipped out to some -- some other facility.  I

4   don't know which facility.

5         Q.    So --

6         A.    At least that's what he told me.

7         Q.    Who is "he"?

8         A.    Picasso.

9         Q.    So how long were you and Picasso in

10   protective custody together?

11        A.    Not long.  Because it didn't take

12   long.  Once I got approved, I got moved all the way

13   on the other end of the gallery.  Because they got

14   like three separate areas.  They got approved,

15   kicked out, and then they got unapproved.

16        Q.    Okay.

17        A.    So once I got approved, I went to the

18   approved.  And he was still on the unapproved.

19        Q.    Okay.  So any time, at any point

20   while you and Picasso were in protective custody

21   together did you guys have any issues with each

22   other?

23        A.    No.  He's the one who -- he said he

24   didn't even want to do it.  That's why he gave me

25   the letter.

DAVID GHARRETT  1/13/2020

Page 55

```
 1          Q.    Okay.  At any point, were you afraid
 2     for your safety while you were in protective
 3     custody?
 4          A.    No, because you don't go nowhere.
 5     You're in your cell alone for -- under protective
 6     custody, you're in your cell alone.  Until you get
 7     denied or approved, then you're put in with another
 8     inmate.  But unapproved, you're in your cell alone,
 9     so -- and you don't go nowhere.  So I wasn't
10     scared.
11          Q.    Okay.  After the November 21st, 2016
12     incident, did you file any grievances regarding
13     your safety concerns?
14          A.    Not that I believe because I was --
15     she came and talked to -- Cowan came and talked to
16     me.  And -- and then Gardner came and talked to me
17     like a day or two after and told me I was going to
18     be approved.  So I didn't -- I didn't need to do
19     nothing else.  Once I got here, I did.
20          Q.    Okay.  Once you got to Pontiac, you
21     filed some grievances regarding your concerns?
22          A.    Once I got here -- I was going to
23     there, but once I got here, I had to send it
24     straight to Springfield.  Because once you leave a
25     facility, it's -- you have to send it to
```

DAVID GHARRETT  1/13/2020

 1    Springfield.

 2         Q.     So you sent grievances straight to

 3    Springfield once you got to Pontiac regarding your

 4    concerns while you were at Menard?

 5         A.     Over everything that happened.

 6         Q.     Over everything.  Okay.

 7                So to go back, I know you said that

 8    you filed some grievances while you were -- when

 9    you were in -- while -- when you got out of

10    segregation, I believe the second time, or while

11    you were in segregation the second time, sorry, or

12    I think --

13         A.     While I was in segregation?

14         Q.     Sorry.  You filed grievances while

15    you were in protective custody the second time?

16         A.     Yes, ma'am.

17         Q.     Did you ever receive any responses

18    back regarding --

19         A.     No.

20         Q.     -- those grievances?

21         A.     No, ma'am.  I sent like two or three

22    and I never got a response.

23         Q.     Who did you send the grievances to?

24         A.     At that time, you're sending them in

25    the bars.  And then the COs would come and pick

1    them up.

2         Q.    Okay.  And who did you address it to?

3    Did you address it to -- was it sent to the

4    counselor, did you --

5         A.    Counselor.

6         Q.    And you never received any responses

7    back?

8         A.    No, ma'am.

9         Q.    Did you ever receive the grievances

10   itself back?

11        A.    No, ma'am.

12        Q.    Did you ever look into why you didn't

13   receive those grievances back?  Did you ever know

14   why you didn't receive those grievances back?

15        A.    No.  I mean, they -- I just kept

16   sending them in and nothing was happening.

17        Q.    Did you ask anyone why you weren't

18   getting any responses from your grievances?

19        A.    I mean, you -- the only ones you

20   really talk to is the COs.  And they're just going

21   to tell you they turned them in.  They have no

22   control over it.

23        Q.    So you -- you did --

24        A.    I --

25        Q.    I'm sorry, go ahead,

DAVID GHARRETT  1/13/2020

Page 58

```
 1        A.    I said I hardly ever seen Kimberly
 2   Butler to say anything to her.
 3        Q.    So the grievances that you sent while
 4   you were at Pontiac, did you receive responses to
 5   those grievances?
 6        A.    After I sent them from Pontiac?
 7        Q.    Yeah, the ones that you sent once you
 8   were transferred to Pontiac.  You said you sent --
 9   you said you filed grievances once you got to
10   Pontiac, but you sent it straight to the ARB,
11   correct?
12        A.    Yeah.  And they said that I was out
13   of timeframe or something like that.  But I was --
14   I had no other option.
15        Q.    What do you mean you had no other
16   option?
17        A.    Once you get here, you have to send
18   it.  They told me I had to go through other process
19   and that the incident in 2015 had already been
20   dealt with.  And I don't know, they just gave me a
21   line of some bullcrap.  It's -- I put it as one of
22   the exhibits where -- where -- their response.
23        Q.    Yes.
24        A.    It should have been dealt with in
25   2015.  That's not the issue.  I mean, it was the
```

DAVID GHARRETT  1/13/2020

Page 59

```
 1   issue.  But that's not the issue that I was

 2   actually trying to address to them.

 3        Q.    Okay.

 4        A.    I was addressing the 2017 -- or I was

 5   addressing the November 2016, I think.  I was

 6   addressing that to them.  And they referred back to

 7   2015 and said that I was out of timeframe and it --

 8   it -- that's after -- after I got a response from

 9   them, that's when I put in the complaint.

10        Q.    Okay.  So what were your -- the

11   grievances that you sent straight to the ARB while

12   at Pontiac, what were your concerns in those

13   grievances?  What were you exactly grieving?

14        A.    That I had put in three -- two

15   grievances.  I put in one at Menard -- one or two

16   at Menard.  And then whenever I got here, I had no

17   other remedies except to send it to Springfield.  I

18   couldn't send it to the counselor here.  Because

19   once you leave that institution, you have to deal

20   with Springfield.  That's what it says on the

21   grievances.

22        Q.    So what were you complaining about in

23   those grievances that you sent to the ARB?

24        A.    That my rights were -- basically,

25   they were -- denied my -- they didn't do nothing.
```

DAVID GHARRETT  1/13/2020

1    My civil rights were -- were basically denied.

2         **Q.    And when you say your civil rights**

3    **were denied, how were they denied?**

4         A.    Because I asked for protection

5    because of a threat and they denied me.

6         **Q.    Sorry, sorry.  It went out.  Can you**

7    **repeat that?**

8         A.    I told them that there was a threat

9    and they denied me.  And then an incident actually

10   happened from the threat that I told them.  It

11   might have taken some time, but that threat

12   actually happened.

13        **Q.    And what relief are you seeking?**

14        A.    It's in the complaint.  There's a lot

15   -- it's -- it's all in that complaint.

16        **Q.    Okay.  As of today, do you still have**

17   **concerns for your safety?**

18        A.    Not here.  Not so much.  If -- if

19   they put me in a cell with somebody that just come

20   from Menard or something, then I might have a

21   concern.  But as of right now, no.

22        **Q.    When were you transferred to Pontiac?**

23        A.    When?

24        **Q.    Yes.**

25        A.    February 1st, 2nd, somewhere around

DAVID GHARRETT  1/13/2020

```
 1    there.
 2           Q.     Of this -- of 2019?
 3           A.      '17.
 4           Q.      '17.  Right after, okay.
 5           A.     Yeah, right after all that happened.
 6           Q.     Why were -- why were you transferred
 7    to Pontiac?
 8           A.    I don't know.  I don't know.  That's
 9    -- this is the main PC joint, as far as I can tell
10    you.  I don't know.
11           Q.    Oh, okay.  Are you currently still in
12    protective custody now?
13           A.    Yes, ma'am.
14           Q.    Okay.  So when you were -- so when
15    you were initially placed into protective custody
16    around December 12th, you were first in protective
17    custody at Menard, and then you were transferred to
18    protective custody at Pontiac?
19           A.    After the incident happened?
20           Q.    Yes.
21           A.    Yes.
22           Q.    Okay.  So initially, right after the
23    incident happened with Picasso -- well, yeah, with
24    Picasso, you were -- and you were approved for
25    protective custody, you were at first at Menard in
```

DAVID GHARRETT  1/13/2020

Page 62

1    protective custody?

2         A.    Yes.

3         Q.    And then in February of 2017, that's

4    when you were transferred to protective custody at

5    Pontiac?

6         A.    Yes, ma'am.

7         Q.    Okay.  So I'm just going to -- what

8    do you believe -- what do you believe Kimberly

9    Butler did wrong?

10        A.    I mean, she's the one that overrides

11   everything.

12        Q.    You said she's the one who what?

13        A.    Overrides everything.

14        Q.    And by "overrides everything," what

15   do you mean?

16        A.    She has to sign off on all the

17   denials, on all the PC stuff.  She has to sign off

18   on all that.  She -- she could have said, "No, this

19   guy has checked in multiple times, accept him."  I

20   mean, she had -- she has the rights over every

21   inmate in here.

22        Q.    At any time when you had your

23   multiple interviews for protective custody, was

24   Kimberly Butler there?

25        A.    No.

DAVID GHARRETT  1/13/2020

Page 63

1      Q.    At any time that you had your
2  interviews for protective custody, did Kimberly
3  Butler -- was Kimberly Butler the one who initially
4  approved or denied it?
5      A.    She writes off on the denial.
6      Q.    She writes off on it.  But she wasn't
7  there when you had your interview?
8      A.    No, ma'am.
9      Q.    What do you believe -- what do you
10 believe Jeannette Cowan did wrong in regards to
11 your complaint?
12     A.    She didn't believe me.  She didn't
13 take into consideration of what I was saying.  Not
14 only did I come there once, but I came there twice
15 before the incident happened.
16     Q.    Okay.  But both times you -- both
17 times you had protective custody, you had -- you
18 did have an interview with Jeannette Cowan, right?
19     A.    Yes, all three times.
20     Q.    All three times?
21     A.    Yes, ma'am.
22     Q.    And you -- you were able to give a
23 statement explaining why you wanted protective
24 custody?
25     A.    To her, yes.

DAVID GHARRETT  1/13/2020

1      **Q.     And then what -- Lieutenant Spiller,**
2  **what do you believe he did wrong?**
3      A.    He could have listened the first time
4  that I said that there was a threat and took me
5  seriously instead of just blowing me off.  And then
6  convincing me to sign out, saying that he would
7  make sure that I was all right and I wasn't put in
8  another cell with another known gang member.
9      **Q.     But the --**
10      A.    He -- he could have stepped up and
11  said, "No, I think we need to put him in PC."
12      **Q.     But when you signed out of protective**
13  **custody the first time, you did that voluntarily;**
14  **is that correct?**
15      A.    Voluntarily, yes, but to the
16  consumption (sic) that I wouldn't be put in with
17  known gang members.
18      **Q.     And William Spiller was present the**
19  **first time you requested protective custody,**
20  **correct?**
21      A.    Spiller?
22      **Q.     Yes.**
23      A.    Yes, ma'am.
24      **Q.     Andrew Dillingham, what do you**
25  **believe he did wrong?**

DAVID GHARRETT  1/13/2020

```
 1         A.    The second time I went in, they were
 2    just rude, didn't even really listen.  Like as soon
 3    as I came in and I -- I told them it was the same
 4    issue, but that as soon as I got on the gallery,
 5    that there was -- I couldn't go in the cell because
 6    there was known gang members, they just -- they
 7    straight up told me I was denied, and they were
 8    rude that day.  They didn't even -- they didn't
 9    even listen to me on that day.
10         Q.    And this was the second time that you
11    requested protective custody?
12         A.    Yes, ma'am.
13         Q.    But you were -- were you able to give
14    a statement and explain your concerns?
15         A.    I was able to give a statement.  But
16    like I said, they weren't even -- they weren't even
17    -- they were rude.  They weren't even listening
18    that day.  It was like every word I said was a lie
19    to them or something.  I don't -- I don't -- I
20    don't know.
21         Q.    And when you say "they," you mean
22    Dillingham and Cowan?
23         A.    Yes, ma'am.
24         Q.    And then lastly, Sherry -- what do
25    you believe Sherry Benton did wrong?
```

DAVID GHARRETT  1/13/2020

```
 1        A.     She also denied me protective custody
 2   after I stated that there was a threat.
 3        Q.     Okay.
 4        A.     She denied me.
 5        Q.     The only time Sherry Benton was
 6   involved, is that when you had the ARB hearing?
 7        A.     Yes.  She could have overrode
 8   everybody else and approved me, but she didn't.
 9        Q.     Was she in any -- prior to the actual
10   ARB hearing, was Sherry Benton involved in anything
11   else concerning your request, your initial request
12   for protective custody, or while you were in
13   segregation, or the incidents with the inmate?
14        A.     I think she just deals with
15   Springfield.
16        Q.     Okay.  So that was your first time
17   ever having communication with Sherry Benton was
18   when you had your ARB hearing?
19        A.     I believe so.
20        Q.     Other than writing the letters to
21   Kimberly Butler, was she involved in anything else
22   concerning your complaints or your incident?
23        A.     She could -- just like Springfield,
24   she could have overrode.
25        Q.     Right.
```

DAVID GHARRETT  1/13/2020

```
 1          A.     Say, "He needs PC."  But she didn't.
 2          Q.     But so besides writing the letters,
 3    was -- besides writing the letters to her
 4    explaining your concerns for your safety, was she
 5    involved in any other way?
 6          A.     Signing -- signing the -- every
 7    paper.
 8          Q.     But she wasn't ever physically
 9    present when these altercations occurred or when
10    you had your interviews for protective custody or
11    when you were in segregation?
12          A.     Not physically present, because
13    that's why she has all these other people.
14          Q.     Just a second.  I'm just making sure
15    I don't have any other questions.
16                 MS. WHITE:  Okay.  I believe that's
17    all the questions I have for you.
18                 THE WITNESS:  All right.
19                 MS. WHITE:  Oh, sorry.  So I have a
20    question.  So we could -- what we can do is we
21    could send you the transcript for the deposition.
22    You can review it, you can see if there's anything
23    that you want to change.  You can't change any
24    substance -- substantive testimony.  Like, if
25    something was misspelled or something, you could
```

**DAVID GHARRETT  1/13/2020**

Page 68

```
 1  change things like that.  But you won't be able to
 2  change your actual testimony.
 3              Or you could waive your signature and
 4  then that way, you're just saying that you believe
 5  the court reporter took down everything accurately
 6  and you're okay with not having to review the
 7  transcript.
 8              What would you like to do?
 9              THE WITNESS:  I -- I believe she took
10  it down, but I would -- I would still like a copy
11  of the transcript.
12              MS. WHITE:  Okay.  So you would like
13  to get a copy so you can review, like I said?
14              THE WITNESS:  Just to go over it,
15  yes, ma'am.
16              MS. WHITE:  Okay.  We'll send you a
17  copy.
18              (Whereupon, the deposition concluded
19  at 11:22 a.m.)
20
21
22
23
24
25
```

DAVID GHARRETT  1/13/2020

1                    NOTARIAL CERTIFICATE

2

3          I, Tammie A. Heet, Registered Professional

4     Reporter, certified Shorthand Reporter for the

5     State of Illinois, and Certified Court Reporter for

6     the state of Missouri and a duly commissioned

7     Notary Public within and for the States of Missouri

8     and Illinois, do hereby certify that the witness

9     whose testimony appears in the foregoing deposition

10    was duly sworn by me; that the testimony of said

11    witness was taken by me to the best of my ability

12    and thereafter reduced to typewriting under my

13    direction; that I am neither counsel for, related

14    to, nor employed by any of the parties to the

15    action in which this deposition was taken, and

16    further that I am not a relative or employee of any

17    attorney or counsel employed by the parties

18    thereto, nor financially or otherwise interested in

19    the outcome of the action.

20

21

22    _____
      Tammie A. Heet, RPR, CSR, CCR

23

24

25

DAVID GHARRETT  1/13/2020

```
 1                   ALARIS LITIGATION SERVICES

 2

 3   January 21, 2020

 4

     Ms. Ashley White, Esq.
 5   OFFICE OF THE ATTORNEY GENERAL
     STATE OF ILLINOIS
 6   201 West Pointe Drive, Suite 7
     Swansea, Illinois  62226
 7

     IN RE: DAVID H. GHARRETT, #M-38621 v. KIMBERLY
 8        BUTLER, et al.

 9   Dear Ms. White:

10   Please find enclosed your copies of the deposition of
     DAVID GHARRETT taken on January 13, 2020 in the
11   above-referenced case. Also enclosed is the original
     signature page and errata sheets.
12
     Please have the witness read your copy of the
13   transcript, indicate any changes and/or corrections
     desired on the errata sheets, and sign the signature
14   page before a notary public.

15

16   Please return the errata sheets and notarized

17   signature page within 30 days to our office at 711 N

18   11th Street, St. Louis, MO 63101 for filing.

19

20   Sincerely,

21

22

23   Tammie A. Heet

24

25   Enclosures
```

```
 1                     ERRATA SHEET
    Witness Name: DAVID GHARRETT
 2  Case Name: DAVID H. GHARRETT, #M-38621 v. KIMBERLY
            BUTLER, et al.
 3  Date Taken: JANUARY 13, 2020

 4

 5  Page #_____   Line #_____

 6  Should read: _____

 7  Reason for change: _____

 8

 9  Page #_____   Line #_____

10  Should read: _____

11  Reason for change: _____

12

13  Page #_____   Line #_____

14  Should read: _____

15  Reason for change: _____

16

17  Page #_____   Line #_____

18  Should read: _____

19  Reason for change: _____

20

21  Page #_____   Line #_____

22  Should read: _____

23  Reason for change: _____

24

25  Witness Signature: _____
```

```
 1    STATE OF _____)

 2

 3    COUNTY OF _____)

 4

 5    I, DAVID GHARRETT, do hereby certify:

 6          That I have read the foregoing deposition;

 7          That I have made such changes in form

 8    and/or substance to the within deposition as might

 9    be necessary to render the same true and correct;

10          That having made such changes thereon, I

11    hereby subscribe my name to the deposition.

12          I declare under penalty of perjury that the

13    foregoing is true and correct.

14          Executed this _____ day of _____,

15    20___, at _____.

16

17

18

19                              _____

20                              DAVID GHARRETT

21

22                              _____

23                              NOTARY PUBLIC

24    My Commission Expires:

25
```

**DAVID GHARRETT  1/13/2020**

## A

a.m 5:9 68:19
ability 6:25
  69:11
able 7:10 10:21
  12:5,6 14:8
  18:8 19:8
  24:17,22,23
  25:24 31:9
  33:22 63:22
  65:13,15 68:1
above-refere...
  70:11
accept 62:19
accurately 68:5
action 69:15,19
actual 31:20,22
  66:9 68:2
address 57:2,3
  59:2
addressed
  21:21,24
addressing
  59:4,5,6
administrative
  32:23
affairs 20:7
  49:7
affiliated 24:7
  38:19
afraid 55:1
afternoon 3:13
age 5:15
agree 20:9
agreed 5:1 22:11
ahead 19:22
  57:25
al 1:6 3:6,22
  70:8 71:2
ALARIS 4:14
  70:1
altercation
  31:24 32:2,3
  32:12,19
  35:22 36:14
  37:22,23

47:15 49:19
altercations
  67:9
and/or 70:13
  72:8
Andrew 5:25
  64:24
answer 7:8,11
answered 6:22
answering 6:24
  7:17,20
anybody 21:24
anyways 42:13
APPEARANC...
  4:1
appears 69:9
appointment
  13:10 14:9,25
  16:4,8,17
approval 34:16
  53:15,21
approved 22:6
  49:3,11,14
  51:23 52:1,10
  52:12 53:1,8,11
  53:13,14,22
  54:12,14,17,18
  55:7,18 61:24
  63:4 66:8
approving 54:2
approximately
  10:16 21:20
  22:4,14,19
  28:16,21 34:6
  39:22,23
  44:11 47:23
  50:14
ARB 35:7 58:10
  59:11,23 66:6
  66:10,18
area 20:24,25
  29:5 53:15,21
  53:21,23
areas 54:14
arms 39:14
Ashley 4:7 5:23
  70:4

asked 14:12
  15:17 17:22
  36:9 37:18
  43:7 60:4
asking 29:23
  29:25 34:3
  35:3
Assand 13:3
assume 6:23
assuming 23:4
  39:3,17 46:16
ASwhite@atg....
  4:10
attack 38:23
attacked 38:15
  44:8
attorney 3:14
  4:8 5:24 69:17
  70:5
August 28:3,13
  28:22 31:24
  32:2,5 33:4,7
  35:21 37:7
automatically
  19:4
aware 40:10

## B

back 11:4 12:19
  13:7,17 14:18
  16:20 17:1,25
  19:16 26:22
  26:23 27:6,6
  35:8 36:19,23
  39:3,18,19
  41:14,22,25
  45:18,25 46:4
  46:18 49:17
  56:7,18 57:7
  57:10,13,14
  59:6
bad 16:15 42:14
banger 19:21
  22:12
bar 39:10
Barnes-Jewish
  44:21 45:6,6

45:24
bars 10:6,8
  29:13 38:5
  39:12,14
  56:25
basically 11:4
  14:16 16:20
  18:1 19:14 20:6
  26:10 29:23
  38:8 40:6
  49:10 53:24
  59:24 60:1
began 5:8
begged 30:2
begging 17:11,11
behalf 3:23 5:16
believe 28:19
  28:21 33:16
  34:16 38:1
  44:20 49:5
  55:14 56:10
  62:8,8 63:9
  63:10,12 64:2
  64:25 65:25
  66:19 67:16
  68:4,9
Belleville 3:15
Benton 5:25
  33:19,20,22
  65:25 66:5,10
  66:17
best 6:24 21:2
  69:11
better 9:19
bit 46:14
black 36:8
  37:17
blacked 40:13
  40:15
Bloods 24:7
blowing 64:5
board 32:24
bother 46:24
break 7:3,4,5
  42:4
breaking 38:8
broke 38:9

42:2
brother 24:11
  27:24
brought 51:7
bullcrap 58:21
business 48:7
Butler 1:6 3:6
  3:22 5:12,25
  6:11 20:22
  21:4,7,19,22
  21:25 22:1
  28:24,25
  29:10 33:17
  58:2 62:9,24
  63:3,3 66:21
  70:8 71:2

## C

call 17:25 25:15
  26:8,10 37:14
  42:11
called 12:8
  18:20,21
  24:25 25:17
  38:10
case 1:5 3:5 5:11
  19:9 34:4
  43:20 44:2
  53:3,3,4 70:11
  71:2
Castle 48:21
CAT 45:11
cause 3:19 47:9
CCR 69:22
CCR(MO) 4:13
cell 11:5 13:16
  14:18 15:6,21
  16:19,22 17:1,4
  17:8 18:5 19:16
  19:20,23
  22:12 23:5,22
  24:1,5,8,10
  25:1,6,14 26:11
  27:6,23 35:8
  35:18 37:19
  38:13,13 40:8
  40:8 41:1,2

DAVID GHARRETT  1/13/2020

43:13,15 44:5
44:10,12 47:18
48:3 49:18,20
49:20,22,23
49:24 50:4,6
55:5,6,8
60:19 64:8
65:5
cellmate 10:25
12:19,21 13:11
14:17 16:9
20:17,20
23:13 25:5,20
27:21 35:13
cellmate's
12:25 24:14
47:19
cells 23:5
Center 7:25
45:25
certain 3:19
10:14
CERTIFICATE
69:1
certified 3:17
69:4,5
certify 69:8
72:5
chance 13:15
change 67:23
67:23 68:1,2
71:7,11,15,19
71:23
changes 70:13
72:7,10
check 10:8
46:10
checked 62:19
choices 17:7
chokehold 38:8
41:24,25
choose 17:9
civil 60:1,2
claim 6:10
clear 48:17
clearer 50:19
clinic 46:19

close 23:7
clue 39:25
40:16
cold 47:11
collect 10:21
11:19
come 10:8,9
11:19 13:6 42:4
46:9 56:25
60:19 63:14
coming 38:8
39:8
commissary
13:14
Commission
72:24
commissioned
69:6
communication
66:17
complaining
59:22
complaint 10:23
18:15 32:4
37:24 59:9
60:14,15 63:11
complaints
66:22
concern 8:20
9:9 60:21
concerned
36:17
concerning
20:19 37:13,14
66:11,22
concerns 23:11
27:19 33:23
37:10,18 53:3
55:13,21 56:4
59:12 60:17
65:14 67:4
concluded
68:18
consideration
63:13
consumption
64:16

control 57:22
conversation
7:16 17:20
22:16,24 23:9
32:22 53:10
convincing
64:6
copies 70:10
copy 68:10,13,17
70:12
correct 8:1
10:25 20:14
23:23 25:25
27:11 30:25
31:25 37:25
40:2 47:7
50:3 58:11
64:14,20 72:9
72:13
correctional
7:25,25 9:24
10:2 11:9 18:6
25:24 40:18
41:6 45:25
corrections
70:13
COs 31:6 38:8
38:24 40:22
42:2 56:25
57:20
counsel 5:2,2
69:13,17
counselor 9:3,6
34:17 57:4,5
59:18
COUNTY 72:3
couple 31:12
34:9 41:11
course 45:2
court 1:1 3:1,20
6:15,18 7:7
68:5 69:5
courtesy 7:18
Cowan 5:25
19:10,11 20:1
21:17 22:24
23:9,20 25:12

27:12 33:18
49:5,6 51:15
52:3 53:24,24
55:15 63:10,18
65:22
crumpled 35:5
CSR 5:4 69:22
CSR(IL) 4:13
cuff 42:4
cuffed 40:6,7,7
41:10,13 42:5
cuffing 38:12
currently 7:24
61:11
custody 14:6
15:16,19,22
20:2,19 21:11
22:3,7,15,21
23:10,18,21
24:1 27:9
28:15 29:19
29:20 30:7,8
31:8,15,16
32:21 48:15
48:25 49:2
51:3,4,19,24
53:11,18,21
54:10,20 55:3
55:6 56:15
61:12,15,17,18
61:25 62:1,4
62:23 63:2,17
63:24 64:13
64:19 65:11
66:1,12 67:10

—————
D
—————

D 2:1
D-A-V-I-D 5:21
danger 9:20
date 33:5 71:3
dates 29:16
David 1:3,12 2:4
3:3,10,21 4:4
5:11,14,21 70:7
70:10 71:1,2
72:5,20

day 3:14 10:10
10:15 11:13,22
13:14,22 46:10
46:11,25 48:13
50:10 51:18
53:13 55:17
65:8,9,18
72:14
days 9:22 22:17
22:20 48:4
49:13 50:12,13
50:15 51:19,20
51:21 52:11
70:17
deal 22:13
59:19
deals 66:14
dealt 58:20,24
Dear 70:9
December
61:16
decided 17:10
decision 18:19
27:10 29:20
34:11
declare 72:12
defendants 1:7
3:7,23 4:6 5:3
5:16,24
definitely 53:1,7
denial 34:16,23
35:4 63:5
denials 62:17
denied 19:15
20:2,5,8 21:11
22:6 27:2,5
27:16,25 28:1
29:18,23,24
29:25 30:6,8
32:20 34:25
35:6 52:10
55:7 59:25
60:1,3,3,5,9
63:4 65:7 66:1
66:4
deny 27:16
denying 28:5

36:23
deposes 5:16
deposition 1:12
3:10 5:3,8,11
6:3,6,9 67:21
68:18 69:9,15
70:10 72:6,8
72:11
describe 12:5
12:12 14:8 18:8
24:17,20,23
desired 70:13
desk 39:11,11
details 31:25
determined
52:9
difference
35:10
different 9:15
35:14
Dillingham 6:1
27:13,14 64:24
65:22
direction 69:13
directly 10:1
disagree 33:8
discussing 32:11
District 1:1,1 3:1,1
3:20,21
doctor 13:9,11
document 33:7
door 23:7
Dr 11:12 13:8
Drive 3:15 4:9
70:6
dropped 47:3,3
dude 43:10
duly 69:6,10

E
E 2:1
earlier 20:11
53:16
effect 6:17
effects 16:16
eight 3:12
either 13:15 15:11

16:20,25 17:7
18:2 20:13
26:11 34:15
38:1 44:10
46:20
Elliott 13:1,2,3,4
25:20
emergency
8:15,17,20,23
employed
69:14,17
employee
69:16
enclosed 70:10
70:11
Enclosures
70:25
ended 14:2 18:1
18:15 19:19
26:13 38:12
43:11 45:18,18
environment
23:15
errata 70:11,13
70:16 71:1
escort 14:14
escorted 14:23
16:3
Esq 4:7 70:4
et 1:6 3:6,22
70:8 71:2
eventually 7:15
everybody 66:8
everything's
35:9 48:4
exact 26:5 33:5
exactly 10:3 11:2
14:11,13,15
28:16 38:16
52:20 59:13
exam 46:13
Examination
2:4 5:17
examined 3:11
5:15
Executed 72:14
exhibits 2:6,7

58:22
Expires 72:24
explain 6:6,22
8:14 11:2,16
32:4 34:25
38:3 65:14
explained 52:3
explaining
63:23 67:4
expressly 5:6
eye 42:14 44:19
44:23 45:1,2
46:9,10,13,14
46:19,22,23
46:24 47:7,14

F
faces 24:16
facility 54:3,4
55:25
far 26:7 36:10
61:9
February 10:24
11:3 20:17
21:10 60:25
62:3
fell 39:20
fight 13:14 16:21
41:25
figure 36:6
file 9:18 20:13
20:19 21:5
28:23 30:12
37:9,12 55:12
filed 6:11 29:15
30:5,7,25 31:2
31:11,17,18 32:1
32:11,12 55:21
56:8,14 58:9
filing 8:15,25
9:2 70:18
fill 8:19
filled 51:8
final 18:19
financially 69:18
find 70:10
finish 7:16

first 6:4 7:23
8:18 16:23
17:12 21:11
22:8,9 27:20
30:11,15,18,21
30:25 31:15,18
34:2 48:18
50:17,20,22
52:18 61:16,25
64:3,13,19
66:16
foregoing 69:9
72:6,13
forenoon 3:13
forget 12:8 14:15
19:6 33:17
42:12
forgot 42:10,24
form 8:19 51:8
72:7
found 18:17
freely 26:25
front 39:12
fully 8:8,10
30:19
further 69:16

G
G-H-A-R-R-E-...
5:22
gallery 12:10
25:10,14,18,19
25:19,21,22
27:22 29:3
40:21 54:13
65:4
gang 16:1 19:21
22:12 23:23
24:4 25:5
36:20 50:3,6
64:8,17 65:6
gang-related
52:21
gangs 19:17
50:21
Gardner 49:6,7
52:13,16 55:16

general 4:8
7:24 70:5
General's 3:14
getting 16:3
19:2 29:25
57:18
Gharrett 1:3,12
2:4 3:3,11,22
4:4 5:11,12,14
5:21 6:11 70:7
70:10 71:1,2
72:5,20
give 6:5 7:18
10:6 15:8,10
20:14 21:1,1
28:6 29:3
30:13 31:6
33:22 47:13
63:22 65:13
65:15
given 34:11
42:22
giving 10:1
glasses 24:20
24:24
go 7:3,18,23
8:16,21 9:3,7
14:2 15:23
16:20,21 17:1,1
17:3,4,6,7,8,10
18:19 19:16,21
24:5,7,11 25:6
26:4,8,11,11,12
27:16,17,23
32:15 38:6
39:13 41:9,13
52:13 55:4,9
56:7 57:25
58:18 65:5
68:14
goes 9:5
going 6:23 9:21
11:5 13:7,10,16
14:1,18 15:8,10
15:17,18 17:5
17:13,22,24
19:14 20:7

23:15,17 25:1
25:13 26:24
27:4,7,15 30:11
30:16 34:2,14
35:9 36:11
40:2,10 41:19
45:1 47:19
48:4 49:10
52:8 55:17,22
57:20 62:7
gotten 36:22
43:14,17
grievance 8:7
8:12,15,19 9:1
9:2,7,18,21
20:21,23 30:5
30:7,25 31:4
grievances
20:13,19 21:2
21:6 28:23
29:1,2,3,9,10
29:15 30:13
31:5,6,9,17,18
31:20,22 32:1
32:10,12 37:9
55:12,21 56:2
56:8,14,20,23
57:9,13,14,18
58:3,5,9 59:11
59:13,15,21,23
grieving 59:13
ground 6:6
guess 48:24
guy 11:12 24:6
36:8,8 37:17
50:8 62:19
guys 14:24
37:15 44:12
54:21

**H**

H 1:3 3:3,21 4:4
70:7 71:2
H-A-R-L-E-Y
5:22
half 45:12 46:12
47:23

hand 14:25
hands 13:19
happen 15:6
17:5
happened 8:24
9:4 11:3 16:18
19:3 24:2
26:20 30:4
35:7 38:4
40:16 42:6,9
43:9 44:16
47:3,6 48:1
52:3 56:5
60:10,12 61:5
61:19,23 63:15
happening 36:2
57:16
Harley 5:21
harm 13:11,21
48:24 50:22
harmed 37:4
head 19:7,7
20:5,6 23:17
39:3,18,20
45:11
headlock 40:4
40:18,24 41:8
41:15
heads 7:9
health 11:11 13:8
health- 49:16
healthcare
38:14 42:8,9
43:5 46:1,2,3
47:22 48:1
49:17 50:11,23
50:25
hearing 32:23
33:3,15,21
34:7,12 35:22
37:8 66:6,10
66:18
Heet 3:16 4:13
5:4 69:3,22
70:23
help 29:25
30:2 35:4

hit 32:6 39:1,2
39:19 40:11,12
41:14
holding 16:19
16:22 18:5
25:16 38:7
homemade
43:23
Honestly 24:21
hooch 43:24
Hos- 45:6
hospital 42:15
42:16,19 43:4
44:15,16,18,20
44:21 45:6,7
45:23,24
hour 34:9,10
45:12
hours 3:12 34:9
45:13
house 19:23
26:9 27:6
35:9,11,15
36:12 48:3,3
49:21,22
huh-uhs 7:9

**I**

IA 19:13 26:9
36:8 37:15
52:17,17
Ibuprofen 47:12
identify 25:24
Illinois 1:1 3:1,14
3:16,19,21 4:8
4:9 42:17
44:15 45:8
69:5,8 70:5,6
immediately
51:11,22
incarcerated
7:24
incident 10:25
20:17,20 34:2
34:3 37:1,5,9
52:14 55:12
58:19 60:9

61:19,23 63:15
66:22
incidents 31:19
66:13
indicate 70:13
individual 12:2
16:5 50:6
individuals 18:9
33:14
information
28:7 49:9
52:15,22,25
53:6
informed 8:7
initial 66:11
initially 61:15,22
63:3
injuries 47:15
injury 47:14
inmate 29:9
32:5,6 35:15
35:19 38:7,15
38:16 41:7
44:8 48:5,12
48:14 49:24
50:1,17,23
55:8 62:21
66:13
inmate's 48:18
inmates 35:24
36:15,18 37:2
37:5,10 40:23
institution 59:19
intake 20:25
23:3 29:7
intake's 23:1
interested
69:18
internal 20:6
49:7
interview 20:18
27:11 51:14,15
51:17,22,23
52:2 63:7,18
interviews
62:23 63:2
67:10

involved 66:6
66:10,21 67:5
irritated 35:3
issue 20:13
50:18 58:25
59:1,1 65:4
issues 22:13
54:21

**J**

January 1:12 3:11
70:3,10 71:3
Jeannette 5:25
19:11 22:16
63:10,18
joint 61:9
July 28:17,17,18
28:21

**K**

kept 17:11 21:16
35:3 36:23
57:15
kick 39:4
kicked 27:5
39:17 54:15
Kimberly 1:6 3:6
3:22 5:24
20:22 21:4,6
21:19,22,25
22:1 28:24,25
29:10 33:17
58:1 62:8,24
63:2,3 66:21
70:7 71:2
kind 35:3 46:6
King 19:23 24:6
24:10 43:11
Kings 27:22
38:19
kite 11:10,15,15
11:16 12:3
20:14 48:5
kites 21:18
28:25 30:13
knife 11:6
knocked 39:6

DAVID GHARRETT  1/13/2020

know 5:23 6:8
7:3,14 9:19,25
11:7 12:4 14:3
14:17 15:5
16:14 17:5,17
18:12 20:11,22
21:15,20 22:3
23:1,13,17,19
24:6,11,14,16
24:23 25:10,11
25:16 26:4
27:9 28:11,12
28:13,15 30:1
30:2,3 35:24
36:5,7,20,20
36:21 37:16,16
38:6,16,17,17
39:4,4,22,24
40:2 42:21,22
42:23,23 43:9
43:9 44:11
45:9,12 46:14
47:4,21 48:18
48:19 49:7
50:7,14 51:25
53:16,25 54:4
56:7 57:13
58:20 61:8,8
61:10 65:20
known 24:4
64:8,17 65:6
knows 36:10

**L**

lady 19:7 20:6
33:17
lady's 19:6
Lasand 13:1,1,4
25:20
lastly 65:24
late 45:19
law 6:18
lawful 5:15
leave 13:15
55:24 59:19
left 47:6,7,8
let's 37:22

letter 9:14,24
10:1,1,4,19,21
11:17,18 14:15
14:22 15:1,3,11
21:3,6 34:24
48:5,12 50:3
50:10,21 51:2
52:7 54:25
letters 10:9
20:22 21:12,18
21:21 31:5
37:12 66:20
67:2,3
letting 9:24
14:16
lie 65:18
lieutenant 9:14
11:11 15:4,12
16:14 17:12,16
17:17,20 18:1,5
18:18 19:12,13
51:6 64:1
line 58:21 71:5,9
71:13,17,21
listen 65:2,9
listened 64:3
listening 65:17
LITIGATION
4:14 70:1
little 39:11 45:21
46:5,14
long 9:3 10:18
17:21 18:23
22:2,5,14
26:16 28:11
34:6 39:23
41:5,9 43:14
44:10,11 45:7
46:3 54:9,11
54:12
look 16:12 17:13
33:5 34:14
57:12
looked 44:17
lot 24:16 34:4
60:14
Louis 4:15

44:20 45:21
70:18

**M**

M-38621 1:3 3:3
3:22 70:7 71:2
ma'am 6:4,13,19
7:1,13,22 8:2,5
10:22 11:1
14:10 16:7,10
16:24 20:15
23:24 30:9
31:13 32:9,18
32:25 33:24
36:16 39:21
42:20 44:3,7
44:9 46:1
47:24 48:16
49:1 50:13
51:13 53:19
56:16,21 57:8
57:11 61:13
62:6 63:8,21
64:23 65:12
65:23 68:15
machine 45:10
45:10
main 61:9
making 43:21,21
43:23,23,24
67:14
manual 8:4,6
mark 8:16,17,20
marked 2:7
mean 8:9 31:15
36:1,19 57:15
57:19 58:15
58:25 62:10
62:15,20
65:21
medication
16:15
member 24:4
64:8
members 23:23
36:21 64:17
65:6

Menard 28:1
30:1 34:17
37:14 39:11
42:15,17 44:15
44:18 45:7,19
45:22,23,25
46:4,15 56:4
59:15,16
60:20 61:17
61:25
mental 11:11 13:8
47:17
mention 37:23
mentioned
53:17
minute 36:5
41:12,19
minutes 41:11,12
Missouri 3:19
4:15 69:6,7
misspelled
67:25
MO 70:18
mom 37:14
moment 26:5
32:1
month 19:1
26:18 28:9,16
44:13
months 19:1,1
move 48:6
moved 53:15
54:12
movement
38:11
multiple 9:12,13
9:15,22 16:1
23:16 29:21
31:2 62:19,23

**N**

N 2:1 70:17
name 5:19,23
12:4,25 19:6,7
19:8 24:15
25:11 33:17
37:16 38:17

48:18 52:18
71:1,2 72:11
names 18:10,13
18:17
natural 45:2
necessary 72:9
need 7:2,4
44:18 45:2,3
46:17 55:18
64:11
needed 48:6
needs 67:1
neither 69:13
never 18:17
21:15 22:10
25:2,3 30:3
46:15,18,19
56:22 57:6
new 24:14 25:5
nickname 38:18
48:19
night 10:11,12,14
10:20 11:10,20
12:7,9 18:3
45:19,19
nonemergency
9:1
North 4:14
NOTARIAL 69:1
notarized 70:16
notary 3:18 5:5
69:7 70:14
72:23
November 32:7
32:8,13,17
35:23 36:13
37:1,5,8,24
47:16 55:11
59:5

**O**

o'clock 3:12,13
oath 6:16
obviously 43:12
occurred 31:24
35:23 37:24
47:16 49:19

DAVID GHARRETT  1/13/2020

67:9
Odinist 52:21
office 3:14,15
    4:8 23:7 70:5
    70:17
officer 9:8,13
    9:25 11:9 14:7
    14:13,24 15:15
    16:5 18:6
    25:24 49:7
    51:5
officers 10:2
    20:14,25
    40:19 41:6
    52:17
Oh 11:18 32:8
    34:10 43:2,25
    45:14 49:22
    61:11 67:19
ointment 46:9
okay 5:23 6:5
    8:11,18,25 9:5
    9:17,23 10:7
    10:23 11:8
    12:12,18,24
    13:23 14:4,22
    15:7,14,24
    16:2,17 18:4,12
    18:16,21 19:2
    19:18,24 20:10
    20:11 21:5,24
    22:2,19 23:3
    23:8,8,19
    25:4 26:15,20
    27:25 28:8,14
    28:20 29:6,11
    29:14 30:5,10
    30:20 31:3,7
    31:14,23 32:16
    32:19 33:2,12
    33:19,21 34:11
    35:17 37:4,21
    38:3 39:16,19
    40:17 41:2,5
    42:16,25 43:2
    43:25 44:4,14
    45:14,17,22

46:2 47:6,9,21
48:9 49:12,15
49:22 50:5,9
50:16 51:1,11,17
51:21 52:2,11
53:5,9,16
54:16,19 55:1
55:11,20 56:6
57:2 59:3,10
60:16 61:4,11
61:14,22 62:7
63:16 66:3,16
67:16 68:6,12
68:16
older 50:7
once 10:11,12
    18:23 24:12
    25:4,13 30:15
    46:3 48:10,23
    51:12 54:12,17
    55:19,20,22
    55:23,24
    56:3 58:7,9,17
    59:19 63:14
ones 57:19 58:7
open 23:6
opportunity 6:9
opposite 35:11
    37:20 48:2
option 58:14,16
orientation 8:4
    8:6
original 70:11
outcome 69:19
outside 42:19
    43:4 44:15
    45:7
overnight 45:15
overrides 62:10
    62:13,14
overrode 66:7
    66:24

_____
P
pack 51:8 53:14
packed 51:9
page 2:3 70:11

70:14,17 71:5,9
71:13,17,21
pain 47:9
painter 48:22
paper 21:3 67:7
paperwork 33:6
parties 69:14,17
pass 51:19
passed 50:12,13
    50:15 51:20,21
PC 17:6,11,14
    19:4,7 20:24
    26:12,12,13,22
    26:22,23
    29:5,8,8,24
    30:17,23,24
    31:1 32:15
    34:2 48:11,13
    51:7,7,10,12
    54:2 61:9
    62:17 64:11
    67:1
penalty 72:12
pending 3:20
people 16:1
    67:13
perfect 47:2
perjury 72:12
permanent 47:1
person 14:8
    50:2,5
phonetic 13:1
physically 12:13
    47:17 67:8,12
Picasso 48:20
    48:22,22
    50:9,20 51:1
    52:4 53:17
    54:8,9,20
    61:23,24
pick 56:25
pictures 43:7
place 8:24 9:4
    22:24 23:22
    33:3
placed 24:1
    26:15 29:12

35:12 46:1,2
48:2 49:23,23
61:15
places 8:9
plain 21:3
Plaintiff 1:4 3:4
    4:3 5:2
please 5:19,20
    70:10,12,16
point 20:16
    41:14 44:18,25
    46:12 54:19
    55:1
Pointe 3:15 4:9
    70:6
Pontiac 7:25
    8:3 55:20
    56:3 58:4,6,8
    58:10 59:12
    60:22 61:7,18
    62:5
possible 9:21
powerful 39:5
present 33:14
    38:22 40:19
    64:18 67:9,12
pretty 10:9 30:1
    35:4
previously
    49:18
printing 5:6
prior 13:10
    20:18 21:10
    27:10 30:5,6
    30:10,16 31:23
    32:2,12,16
    36:13 37:1,5
    40:9 43:3
    66:9
prison 23:14,14
Pro 4:4
probably 19:1
    28:12 39:5
    41:11,12 45:12
problem 20:12
problems 36:14
proceeded

25:3
process 8:7,12
    8:14,15 9:2
    58:18
produced 3:11
    5:15
Professional
    3:17 69:3
progress 46:11
promise 14:2
protection 60:4
protective 14:5
    15:16,19,22
    20:2,18 21:11
    22:3,7,15,20
    23:10,18,21
    24:1 27:9
    28:15 29:19
    29:20 30:6,8
    31:8,14,16
    32:20 48:14
    48:25 49:2
    51:3,4,18,24
    53:11,17,20
    54:10,20 55:2
    55:5 56:15
    61:12,15,16,18
    61:25 62:1,4
    62:23 63:2,17
    63:23 64:12
    64:19 65:11
    66:1,12 67:10
psychiatric 14:9
psychiatrist 16:4
    16:9,11,18
public 3:18 5:5
    69:7 70:14
    72:23
pulled 37:16,17
put 11:19 13:19
    14:5 16:14,19
    16:22 17:15
    18:14,24 19:16
    19:20 21:18
    22:11 25:16,21
    27:8 29:4
    30:24 35:10

DAVID GHARRETT  1/13/2020

43:15 44:5
45:10 46:9
47:11,18 55:7
58:21 59:9,14
59:15 60:19
64:7,11,16
putting 17:13
21:16,18

_____
**Q**
question 6:20
6:22,23,24
7:8,11,17,19,20
14:12 30:19
50:19 67:20
questions 5:18
6:7,10 7:24
34:4 43:8
67:15,17
quickly 10:10
49:4,5

_____
**R**
race 12:16
radio 38:10
read 8:8,10 15:3
35:1,2 70:12
71:6,10,14,18
71:22 72:6
real 16:15 38:17
realize 41:19
realized 41:23
really 13:25,25
33:10 43:9
57:20 65:2
reason 33:8
34:25 44:1
71:7,11,15,19
71:23
reasoning 28:4
receive 8:4
34:18,19
36:25 37:2
44:22 56:17
57:9,13,14
58:4
received 34:24

46:22 57:6
receiving 46:7
record 5:10,20
7:3
reduced 69:12
referred 59:6
referring 32:22
regarding 6:10
22:6 31:18
33:23 37:9
50:17,21 55:12
55:21 56:3,18
regards 63:10
Registered 3:16
69:3
regular 9:1,2
23:6
related 69:13
relation 43:19
relationship
35:24
relative 69:16
release 42:1
released 23:25
26:21
relief 60:13
remedies 59:17
remember 12:10
12:13 17:19
21:13,14 39:15
52:18
render 72:9
repeat 60:7
rephrase 6:21
Reported 4:12
reporter 3:17,17
6:15 7:7 68:5
69:4,4,5
request 15:15
28:15 51:3
66:11,11
requested 19:4
22:3,15 26:11
26:22 48:25
51:2,12,18
64:19 65:11
requesting

23:18 51:7
reserved 5:7
respond 13:24
13:25
response 15:7
21:15 22:5,10
34:13,18
56:22 58:22
59:8
responses
56:17 57:6,18
58:4
result 34:22
46:15 47:15
results 46:19
return 70:16
review 32:23
67:22 68:6,13
right 27:8 29:17
29:22,22
35:16,25 36:1
36:9,10 37:19
37:20 39:12
40:14,22 41:18
42:15 49:16
60:21 61:4,5
61:22 63:18
64:7 66:25
67:18
rights 59:24
60:1,2 62:20
room 17:14 23:2
23:6
rooms 23:1,3
roster 12:8
24:25
RPR 4:13 5:4
69:22
rude 65:2,8,17
rules 6:6
running 40:20
rust 42:11

_____
**S**
safe 23:14
safety 9:10
36:18 37:10,15

50:18 55:2,13
60:17 67:4
saying 8:22
11:19 23:15
63:13 64:6
68:4
says 5:16 33:7
52:9 59:20
scan 45:11
scared 55:10
scratch 47:1
screaming 40:5
Se 4:4
second 27:9
28:14,15
29:24 30:12
30:16 31:7,16
32:15,21 34:3
56:10,11,15
65:1,10 67:14
see 13:8 39:8
46:11 52:8
53:22 67:22
seeking 60:13
seen 24:21 25:4
35:4 40:3 58:1
seg 14:3 16:21
17:1,7,8,10,15
18:1,2,19 26:11
26:14,16 30:14
30:15,16,20,21
43:14,17,19,20
44:1,4
segregation
18:23,24 19:3
22:4 26:16,21
28:21 30:11,12
56:10,11,13
66:13 67:11
send 8:17 9:14
10:5 21:4
29:10 34:15
55:23,25
56:23 58:17
59:17,18 67:21
68:16
sending 56:24

57:16
sent 20:22
28:24,25
35:8 42:14
43:4 44:14,19
56:2,21 57:3
58:3,6,7,8,10
59:11,23
separate 54:14
separated 40:6
42:3
sergeant 9:15
9:19 11:11 15:4
15:11 17:22,23
18:2,6 51:6
series 6:10
serious 44:25
seriously 64:5
SERVICES 4:14
70:1
shaking 7:9
sheet 12:8 21:3
24:25 71:1
sheets 70:11,13
70:16
Sherry 5:25
33:19,20
65:24,25
66:5,10,17
shipped 54:3
shorthand 3:17
5:4 69:4
shot 42:10,12,13
42:22,22 43:1
43:2
shut 42:14
sic 6:2 51:12
64:16
side 16:15 35:11
35:14 36:3,4,4
36:12 37:20
47:3,7,8 48:2
sign 19:22 20:9
26:25 27:10
62:16,17 64:6
70:13
signature 5:6

DAVID GHARRETT  1/13/2020

68:3 70:11,13
70:17 71:25
signed 22:11
64:12
signing 19:19
67:6,6
similar 14:21
Sincerely 70:20
sitting 38:5
39:9,9,10,10
39:12
six 3:13
somebody
19:21 24:3
60:19
Someplace
22:15
something's
36:11
soon 9:20
19:22 22:4
51:1 65:2,4
sorry 14:12 31:15
32:8,10 34:20
43:22 50:18
56:11,14 57:25
60:6,6 67:19
Southern 1:1 3:1
3:21
speaking 20:1
specifically 11:21
12:21,21,23
spell 5:20
Spiller 6:1 19:13
19:13 20:2
21:17 22:24
23:9,20 25:11
25:15 26:2,5
26:8 64:1,18
64:21
Spiller's 26:9
spoke 28:22
Springfield 27:3
27:5,17 28:2,9
28:23 32:22
45:20 55:24
56:1,3 59:17

59:20 66:15
66:23
St 4:15 44:20
44:20,21
45:21 70:18
stages 9:12
stairs 25:9
stand 48:7
started 34:3
state 4:8 5:19
10:24 69:5,6
70:5 72:1
stated 23:19
31:12 35:25
66:2
statement 13:18
13:24 33:22
63:23 65:14
65:15
states 1:1 3:1,18
3:20 69:7
stating 48:5
stay 45:14
step 9:19
stepped 64:10
STIPULATED
5:1
stop 38:10
stopped 21:18
straight 8:21
55:24 56:2
58:10 59:11
65:7
Street 4:14
70:18
stuff 47:12 51:9
51:9 52:21
53:14 62:17
submit 10:2
subscribe 72:11
substance
67:24 72:8
substantive
67:24
Suite 3:15 4:9
70:6
Suneja 11:12

13:8
supervisor 19:9
supposed 9:10
9:11,12 13:13
48:7,8,24
sure 7:17,19
10:19 12:1,2
18:21,25 19:16
20:9 26:19
29:16 33:4
34:8,21 35:1
53:7 64:7
67:14
surgery 44:19
44:22 45:1,3
46:17,22,23
Swansea 4:9
70:6
swelled 46:14
swollen 42:14
sworn 3:11 5:15
69:10
_____
T
take 7:2,4,5,10
9:21 15:4
17:25 22:2,5
22:24 27:17
33:3 41:5 43:5
45:2,20 54:11
63:13
taken 5:4 6:2,14
8:3 30:20,21
43:3 44:4
45:25 46:3
47:25 49:17
60:11 69:11,15
70:10 71:3
talk 25:15 26:2
26:5 28:9
37:23 52:8,13
52:19 57:20
talked 11:11,12
15:2 19:6,12
21:16 25:9
27:3 28:2
34:5 36:7

37:17 49:5,5,9
52:25 53:24
55:15,15,16
talking 17:23
48:7
tall 12:13
Tammie 3:16
4:13 5:4 69:3
69:22 70:23
tank 25:16
tattoos 24:19,21
24:23
tell 9:13 12:6,9
14:13 16:8 18:11
19:8 23:10
24:22 25:1
27:19 29:14
33:25 57:21
61:9
telling 27:23
Terrorizer 38:18
38:20
testified 20:12
testimony 6:16
67:24 68:2
69:9,10
tests 43:5 45:9
tet- 43:1
tetanus 43:1,2
thereon 72:10
thereto 69:18
thing 21:2 35:10
38:6 43:8
things 9:14,16
23:17 68:1
think 20:21
46:5 56:12
59:5 64:11
66:14
third 44:1,5
threat 23:13
25:22 27:1
60:5,8,10,11
64:4 66:2
threatened
14:17 23:12
24:12

threatening
27:21,22
threats 17:4
37:2
three 21:14,21
54:14 56:21
59:14 63:19
63:20
threw 35:5
throwing 18:15
thrown 25:2
time 7:2,4 8:13
10:14 12:25
13:7,19 14:24
15:14,16 16:2,3
17:24 21:10,11
22:8,9,15
23:8 26:17,23
26:24,25
27:9,15 28:20
28:22 29:2,4
29:7,8,12,24
30:11,12,13,16
30:16,18,21
31:7,15,16,18
32:15,21 33:11
35:9,16,18,20
36:8,17,25
37:1 40:1,19,21
44:1,5 45:3
46:19 47:18
49:25 50:17
50:22 54:1,19
56:10,11,15,24
60:11 62:22
63:1 64:3,13
64:19 65:1,10
66:5,16
timeframe
58:13 59:7
timeline 49:16
times 62:19
63:16,17,19,20
today 6:16
46:21 47:10
60:16
told 11:4,9 12:18

DAVID GHARRETT  1/13/2020

13:13 14:1 15:2
15:12,18,20,21
16:20,25 17:3
17:6 19:13,20
19:21 20:7
24:5,10 25:11
25:12,12,14
26:24 27:4,15
27:18,20,24
36:10 39:23
42:3 43:8
44:18 46:15
48:10,23
49:10 51:6,8
52:5,6 53:12
53:14 54:6
55:17 58:18
60:8,10 65:3
65:7
tooken 51:11
totally 35:14
40:15 41:20
transcribed 5:5
transcript 67:21
68:7,11 70:13
transferred
45:5 58:8
60:22 61:6,17
62:4
treatment 46:7
tried 18:14 32:15
true 72:9,13
try 14:1 41:14,24
41:25,25
47:12
trying 40:5
59:2
turned 57:21
twice 63:14
two 17:7 19:1,1
21:14,20 22:17
22:20 26:18
27:14 28:12
41:12 45:12
46:5,6,12
47:23 55:17
56:21 59:14,15

type 16:15 42:12
typewriting
69:12

**U**

uh-huhs 7:9
unapproved
53:23 54:15
54:18 55:8
unconscious
39:20,23 40:1
40:10 41:21,23
understand
6:12,18,20,25
7:12,20 8:12
understanding
30:18
understood
6:23
unit 43:5 47:22
49:17 50:11
United 1:1 3:1,20

**V**

v 70:7 71:2
verbally 7:8,11
versus 5:12 6:11
video 34:20
videoconfere...
4:3 32:25
VIDEOCONF...
1:12 3:10
vision 47:2,5
voluntarily
64:13,15
vs 1:5 3:5,22

**W**

wait 34:12
waiting 11:6
12:20,22 13:6
13:16 14:19
23:16 29:19
38:5 39:13,14
53:22
waive 68:3
waking 38:7

39:15 40:9,13
walk 26:5
walked 18:2
26:7
walking 14:25
27:21
want 7:23 17:3,4
17:6 44:24
54:24 67:23
wanted 15:3,3
15:18,21 17:6
49:9 50:21
52:14,22 53:6
63:23
warden 8:16,16
8:17,21
wasn't 15:25
17:21 20:5,22
20:23 22:12
26:24,24
29:8 31:4 44:9
50:2 55:9
63:6 64:7
67:8
watching 36:19
36:22
way 9:20 13:12
13:21 15:5,6
27:1 54:12
67:5 68:4
we'll 7:14 20:9
31:25 68:16
we're 7:15
wear 24:20
week 19:5
22:19
weeks 28:12
46:5,6,13
47:23
went 24:5,5,9
25:9 26:10,22
27:1 30:17,22
34:20 45:22
45:23,23
46:18 48:11,13
48:14 54:17
60:6 65:1

weren't 43:13
57:17 65:16,16
65:17
west 3:15 4:9
26:9 70:6
white 2:4 4:7
5:10,18,24
12:17 18:10
24:18 25:11
50:8 67:16,19
68:12,16 70:4
70:9
William 6:1
64:18
Willingham
27:12
wine 43:21,23
witness 5:6
67:18 68:9,14
69:8,11 70:12
71:1,25
Witnesses 2:2
2:3
woke 38:24
40:3,17 41:22
word 14:20,20
36:21 65:18
word's 36:11
words 40:14
work 6:7 10:3,10
worked 12:7,9
worker 29:4,9
worry 47:19
wouldn't 14:5
20:23 21:1,1
22:13 23:22
24:22,22
29:3 31:6
64:16
write 9:24,25
10:4 21:3,9,12
writes 63:5,6
writing 14:22
66:20 67:2,3
wrong 62:9
63:10 64:2,25
65:25

wrote 21:6 51:5
52:7

**X**

X 2:1
x-rays 45:11

**Y**

yard 38:6 39:13
40:20
yeah 10:13 11:21
19:12 22:22
27:12 28:11
31:2 33:20
35:19 38:21
41:4,4 42:18
49:4 58:7,12
61:5,23
Yep 52:5

**Z**

**0**

**1**

10 47:4
10:00 10:16,20
10:03 5:9
11:22 68:19
11th 4:14 33:7
35:21 37:7
70:18
12th 61:16
13 1:12 3:12
70:10 71:3
17 61:3,4
18-958 5:12 6:11
18-958-MAB 1:5
3:5
19th 10:24 11:3
20:17 21:10
1st 36:13 60:25

**2**

20 72:15
20/10 47:5
20/20 47:5
201 3:15 4:9

DAVID GHARRETT  1/13/2020

| | | | | |
|---|---|---|---|---|
| 70:6<br>**2015** 10:24 11:3<br>20:17 21:10<br>28:18,22,22<br>31:25 33:8<br>35:21 37:7<br>58:19,25 59:7<br>**2016** 32:2,5,8<br>32:13 35:23<br>36:13 37:1,8<br>37:25 47:16<br>55:11 59:5<br>**2017** 59:4 62:3<br>**2019** 61:2<br>**2020** 1:12 3:12<br>70:3,10 71:3<br>**21** 70:3<br>**21st** 31:24 32:2<br>32:5,8,13,17<br>35:23 37:1,5,8<br>37:25 38:1<br>47:16 55:11<br>**26th** 38:2<br>**2nd** 60:25<br><br>————— **3** —————<br>**30** 70:17<br>**314/644-2191**<br>4:15<br><br>————— **4** —————<br><br>————— **5** —————<br>**5** 2:4<br><br>————— **6** —————<br>**618/236-8616**<br>4:10<br>**62226** 4:9 70:6<br>**63101** 4:15 70:18<br><br>————— **7** —————<br>**7** 3:15 4:9 70:6<br>**711** 4:14 70:17<br><br>————— **8** —————<br>**8** 25:19 27:21 | | | | |