# STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

| | | |
|---|---|---|
| Name: GHARRETT, DAVID H | IDOC Number: M38621 | Race: WHI |
| Hearing Date/Time: 5/6/2015 08:16 AM | Living Unit: MEN-N2-08-45 | Orientation Status: N/A |
| Incident Number: 201500653/1 - MEN | Status: Final | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 4/30/2015 | 201500653/1-MEN | VASQUEZ, JASON P | MENARD CORRECTIONAL CENTER | 10:15 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 403 | Disobeying A Direct Order | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

**No Witness Requested**

## RECORD OF PROCEEDINGS
Inmate pled guilty

## BASIS FOR DECISION
Based on report R/O was escorting inmate Gharrett to west house after being discharged from PC. Inmate stated "I'm refusing housing and I'm not going in there" Inmate ID by OTS sheet and state ID card.
Mental health reviewed and discussed this inmates case (0443 completed and made part of the record) with the adjustment committee and recommended 2 months of seg. The adjustment committee concurred with the MHP recommendation.

## DISCIPLINARY ACTION *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| 2 Months C Grade | 2 Months C Grade |
| 2 Months Segregation | 2 Months Segregation |
| 2 Months Commissary Restriction | 2 Months Commissary Restriction |

**Basis for Discipline:** nature of offense

### Signatures
**Hearing Committee**

| | Signature | Date | Race |
|---|---|---|---|
| BROOKMAN, KENT E - Chair Person | | 05/06/15 | WHI |
| JONES, ANTHONY B | | 05/06/15 | BLK |

Recommended Action Approved

**Final Comments:** N/A

KIMBERLY S BUTLER / JL 5/8/2015
Chief Administrative Officer — Signature: K Butler — Date: 05/08/15

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

Employee Serving Copy to Committed Person — When/Served - Date and Time: 5/20/15

Run Date: 5/13/2015 13:56:35      Page 1 of 1

Hampton v. Baldwin, et al., (18-550) IDOC No.: 000234

N-4-12
413

**State of Illinois -- Department of Corrections**
**DISCIPLINARY REPORT**

Page 1 of 1

☑ Disciplinary Report: 4/30/15  ☐ Investigative Report: _____

Committed Person: Gharrett, D    No. M 38621    Facility: Menard CC

Observation Date: 4/30/15   Time: 10:15   Location: WCH 8 Gallery

PRINT Employee's Name: J. Vasquez
Employee's Signature/Date/Time: [signature] 4/30/15 apx 10:30 am

Offense: 504 B (403) Disobeying a Direct Order

Observation: On the above date + apx time this R/E was escorting I/m Gharrett (M 38621) to Cell W8-05 after being discharged from PC. When arriving at cell W8-05 I/m Gharrett observed the I/m already residing in the cell and stated "I'm refusing housing, I'm not going in there." I/m Gharrett was escorted back to the WCH holding area and Lt. Carter was called. I/m IDd by ID Card and O+S. I/m escorted to NII

Witnesses, if any: _____

NOTE: Use continuation page if necessary to describe observation and/or list witnesses.

☑ Temporary Confinement   ☐ Investigative Status   Reasons: Nature of Offense

PRINT Name: MAJ LOGE
Shift Supervisor's Signature and Date: [signature] 4-30-15

☑ Confinement Reviewed by Reviewing Officer   Comment: Concur
PRINT Name: MAJ MONJE
Signature/Date: [signature] 4/30/15

☑ MAJOR, submitted to Adjustment Committee   ☐ MINOR, submitted to Program Unit
PRINT Name: MAJ MONJE
Reviewing Officer's Signature and Date: [signature] 4/30/15

☐ Reviewed by Hearing Investigator:
(Adult Division Major Reports Only)   PRINT Name: _____    Signature and Date: [signature] 5/1/15

SMITH (415)

PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

Committed Person's Signature and Number: _____
Committed Person Refused to Sign ☑

PRINT Serving Employee's Name: C. Williams
Serving Employee's Signature: C. Williams #9386
Date and Time Served: 5/01/15  7:33 pm

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____    Committed Person's Signature and Number: _____

--- (DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING) ---

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of _____ Date _____

NAME OF WITNESS: _____    Number/Cell/Title: _____
Witness can testify to: _____
NAME OF WITNESS: _____    Number/Cell/Title: _____
Witness can testify to: _____

DC 7208 (Rev. 4/96)   Distribution: 1) Master File; 2) Committed Person;
IL 426-0361            3) Facility; 4) Facility

Committed Person's Name and Number

ILLINOIS DEPARTMENT OF CORRECTIONS
MENTAL HEALTH DISCIPLINARY REVIEW

Based on offender's mental health status and mental illness it is the reviewing MHP's **OPINION** that:

|  | No | Yes |
|---|---|---|
| • The offenders mental illness contributed to the behavior at issue and as reported on the DOC 0317 | ☐ | ☒ |
| • Confinement in segregation is likely to significantly impact the offender's mental health | ☒ | ☐ |
| • The offenders mental illness should be considered when imposing discipline (up to and including segregation) | ☐ | ☒ |

**Recommendations:**

Proposed Segregation term: <u>per the Adjustment Committee's recommendation</u>

- ☐ Consider reduced segregation time
- ☐ C-grade only recommended
- ☐ Recreation restriction recommended
- ☐ B-grade only recommended
- ☐ Good time revocation recommended
- ☐ Loss of privileges (identify): _____

☐ Other (identify): _____

Mental Health Review completed by:

<u>Rebecca Creason, MA, LPC</u>      [signature]
Name (Print)                          Signature

<u>Psychologist II</u>                  <u>5/1/2015</u>
Title                                  Date

Distribution: Master File            Page 2 of 2                    DOC 0443 (Eff. 09/2014)
                                    Printed on Recycled Paper

Hampton v. Baldwin, et al., (18-550) IDOC No.:     000236

ILLINOIS DEPARTMENT OF CORRECTIONS
MENTAL HEALTH DISCIPLINARY REVIEW

| | |
|---|---|
| Disciplinary Report received from Shift Commander: 4/30/15 Date<br>Action: ☐ Stay of continuance until further notice<br>☒ Resume proceedings | Facility: Menard<br>☐ Sp/RTU  ☐ SEG  ☒ GP<br>☐ R&C   ☐ HCU  ☐ PC |

**Offender Name: Gharrett, David**   ID#: **M38621**

| List Offense(s): | 403 - Disobeying a Direct Order | |
|---|---|---|

Level of Care: ☐ Acute Inpatient  ☐ Sub-acute Inpatient  ☐ Sp/RTU  ☒ Outpatient  ☐ Crisis

Was the offender on crisis watch at the time of offense? ..... ☒ No  ☐ Yes

Is the offender currently on crisis watch? ..... ☒ No  ☐ Yes

Current mental status: ..... ☒ Stable  ☐ Not Stable

Mental Health Summary: Offender Gharrett has been seen on a routine basis by his assigned MHP and psychiatrist. According to the Medication Administration Record (MAR) offender Gharrett has refused three of his medications 2 days in April. He has refused his antipsychotic medication 24 days in April. He presents as paranoid and suspicious.

Hampton v. Baldwin, et al., (18-550) IDOC No.: 000237

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS
ADJUSTMENT COMMITTEE
FINAL SUMMARY REPORT

| | | |
|---|---|---|
| Name: GHARRETT, DAVID H | IDOC Number: M38621 | Race: WHI |
| Hearing Date/Time: 2/25/2015 08:00 AM | Living Unit: MEN-N2-08-18 | Orientation Status: N/A |
| Incident Number: 201500299/1 - MEN | Status: Final | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 2/19/2015 | 201500299/1-MEN | SMITH, MICHAEL S | MENARD CORRECTIONAL CENTER | 05:30 PM |

| Offense | Violation | Final Result |
|---|---|---|
| 304 | Insolence | Guilty |
| 403 | Disobeying A Direct Order | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

**No Witness Requested**

### RECORD OF PROCEEDINGS
INMATE PLED GUILTY STATED HE DIDNT WANT TO GO BACK IN HIS CELL

### BASIS FOR DECISION
BASED ON REPORT INMATE GHARRET WAS OUT OF HIS CELL ON A MENTAL HEALTH PASS, WHEN HE WAS FINISHED WITH HIS PASS HE REFUSED TO GO BACK TO HIS CELL. INMATE STATE WE CAN GO FUCK OURSELVES IM NOT GOING BACK TO THAT FUCKING CELL. IINMATE ID BY OTS SHEET AND STATE ID CARD MENTAL HEALTH REVIEWED AND DISCUSSED THIS INMATES CASE (0443 COMPLETED AND MADE PART OF THE RECORD) WITH THE ADJUSTMENT COMMITTEE AND RECOMMEDED 2 MONTHS OF SEGREGATION. THE ADJUSTMENT COMMITTTEE CONCURRED WITH THE MHP RECOMMENDATION

### DISCIPLINARY ACTION (Consecutive to any priors)

| RECOMMENDED | FINAL |
|---|---|
| 2 Months C Grade | 2 Months C Grade |
| 2 Months Segregation | 1 Months Segregation |
| 2 Months Commissary Restriction | 2 Months Commissary Restriction |

**Basis for Discipline:** NATURE OF OFFENSE

### Signatures
**Hearing Committee**

| | | | |
|---|---|---|---|
| SCOTT, MINH T - Chair Person | Signature | 02/25/15 Date | ASN Race |
| BAKER, YVETTE | Signature | 02/25/15 Date | WHI Race |

Recommended Action Reduced

**Final Comments:** N/A

Run Date: 3/4/2015 10:26:47       Page 1 of 2

# STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** GHARRETT, DAVID H  
**Hearing Date/Time:** 2/25/2015 08:00 AM  
**Incident Number:** 201500299/1 - MEN  

**IDOC Number:** M38621  
**Living Unit:** MEN-N2-08-18  
**Status:** Final  

**Race:** WHI  
**Orientation Status:** N/A  

KIMBERLY S BUTLER / KSB 2/27/2015  
Chief Administrative Officer  

Signature: K. Butler  
Date: 02/27/15  

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

Employee Serving Copy to Committed Person  

When Served - Date and Time: 3/13/15

Run Date: 3/4/2015 10:26:47   Page 2 of 2

Hampton v. Baldwin, et al., (18-550) IDOC No.: 000239

☒ Disciplinary Report ☐ Investigative Report

Date _____ Date _____

Committed Person: **GHarrett** No. **M38621-SA** Facility: **Menard C.C.**

Observation Date: **2-19-15** Time: **Approx. 5:30** ☐am ☒pm Location: **West House**

**S. Smith**
PRINT Employee's Name

_[signature]_ / **2-19-15** / **6:45 p.m.**
Employee's Signature/Date/Time

Offense: 504 A ☐ B ☒ C ☐ **403 - Disobeying a direct Order  304 INSOLENCE**

Observation: On the above date and approx. time this R/O took I/M Gharrett (M38621-SA) out of his cell 8-15 in West house to see the mental health doctor on the main floor. When I/M Gharrett was finished with his appointme. he refused to go back to his cell. This R/O then notified Sgt. Holland and he told I/M Gharrett to return to his cell. I/M Gharrett then told this R/O (S. Smith) and Sgt. Holland (3790) that he is not going back to his cell and that we can go Fuck ourselves, Im not going Back to that fucking Cell. I/M was identified by I.d. and O.T.S. E

Witnesses, if any: **Sgt. Holland 3790**

NOTE: Use continuation page if necessary to describe observation and/or list witnesses.

☒ Temporary Confinement ☐ Investigative Status Reasons: **NATURE of OFFENCE**

**LT Ratzke**
PRINT Name

_[signature]_ **2/19/15**
Shift Supervisor's Signature and Date
(For Community Correctional Centers, Chief Adm. Off.)

☒ Confinement Reviewed by Reviewing Officer Comment: **Concur**

**Mjr. Monje**
PRINT Name

_[signature]_ **2/19/15**
Signature/Date

☒ MAJOR, submitted to Adjustment Committee ☐ MINOR, submitted to Program Unit

**Major Monje**
PRINT Name

_[signature]_ **2/19/15**
Reviewing Officer's Signature and Date

☒ Reviewed by Hearing Investigator: **J.W.**
(Adult Division Major Reports Only) PRINT Name

_[signature]_ **2/19/15**
Signature and Date

PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

_David Gharrett_ **M-3862[1]**
Committed Person's Signature and Number

☐ Committed Person Refused to Sign

**S Howell**
PRINT Serving Employee's Name

_[signature]_
Serving Employee's Signature

**2-20-15** **Approx 6:25** ☒am ☐pm
Date and Time Served

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____ _____
Committed Person's Signature and Number

------ (DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING) ------

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of _____ Date _____.

NAME OF WITNESS: _____ Number/Cell/Title: _____
Witness can testify to: _____
NAME OF WITNESS: _____ Number/Cell/Title: _____
Witness can testify to: _____

Committed Person's Name and Number

DC 720s (Rev. 4/96)  Distribution: 1) Master File; 2) Committed Person;
IL 426-0361  3) Facility; 4) Facility