**State of Illinois -- Department of Corrections Disciplinary Tracking Inmate Disciplinary Card**

Exhibit E

**Name: GHARRETT, DAVID**

**IDOC # : M38621**

**Transferred In: 2017-02-01**

Disciplinary History from 1/1/1998 through 8/7/2018

**Living Unit: PON/EP/06/05**

| Incident Date<br>Incident/Summ#/Inst.<br>Ticket Type | Offense Codes, Descriptions | | Disciplinary Action |
|---|---|---|---|
| 2/7/2014<br>201400169/1-MEN<br>Major | 601.Attempt/102 Assaulting Any Person - Staff<br>Comments: spit at him | Guilty | 6 Months C Grade/Level<br>6 Months Segregation |
| | 304 Insolence | Guilty | 6 Months Commissary Restriction<br>6 Months Contact Visits Restriction |
| | 403 Disobeying A Direct Order | Guilty | |
| 2/19/2015<br>201500299/1-MEN<br>Major | 304 Insolence | Guilty | 2 Months C Grade/Level |
| | 403 Disobeying A Direct Order | Guilty | 1 Months Segregation |
| | | | 2 Months Commissary Restriction |
| 4/30/2015<br>201500653/1-MEN<br>Major | 403 Disobeying A Direct Order | Guilty | 2 Months C Grade/Level<br>2 Months Segregation<br>2 Months Commissary Restriction |
| 1/18/2016<br>201600126/1-MEN<br>Major | 202 Damage Or Misuse of Property | Guilty | 1 Months C Grade/Level |
| | 210 Impairment Of Surveillance | Guilty | 1 Months Segregation |
| | 308 Contraband/Unauthorized Property | Guilty | 1 Months Commissary Restriction |
| | 402 Health,Smoking Or Safety Violations | Guilty | |
| 4/28/2016<br>201600753/1-MEN<br>Major | 100 Violent Assault Of Any Person - Inmate<br>Reduced to : 102<br>Comments: inmate assault | Guilty | 6 Months C Grade/Level<br>6 Months Segregation<br>6 Months Commissary Restriction |
| 6/14/2017<br>201702374/1-PON<br>Major | 110 Impeding or Interfering with an Investigation<br>Reduced to : 303<br>Comments: providing false information | Guilty | 3 Months C Grade/Level<br>3 Months Audio/Visual Restriction |
| | 202 Damage Or Misuse of Property | Not Guilty | |
| | 402 Health,Smoking Or Safety Violations | Guilty | |

Run Date: 8/7/2018 10:01:20

Page 1 of 1

Gharrett v. Butler, et al. (18-958) IDOC No.: 000040