## ILLINOIS DEPARTMENT OF CORRECTIONS
## HEARING OF ADMINISTRATIVE REVIEW BOARD
## VIDEO CONFERENCE

**RECEIVED**

AUG 2 0 2015

Warden's Office, Menard CC

*DATE OF HEARING*: August 11, 2015

*INSTITUTION*: Menard Correctional Center, Chester, Illinois

*GRIEVANT NAME*: David Gharrett, Register No. M38621

*BOARD MEMBERS PRESENT*: Sherry Benton, Administrative Review Board Chairperson, Office of Inmate Issues, Department of Corrections.

Grievant was personally interviewed by the Administrative Review Board. All information submitted to the Board by the Grievant, and the institution related to the issue being grieved, was reviewed. Issues warranting further action / consideration were discussed with the Menard Correctional Center administration.

Nature of Grievance: Offender Gharrett is grieving denial of protective custody.

Findings: The Board notes the offender is currently serving a 76-year sentence (Direct From Court 7/29/13) for: Murder/Strong Probability to Kill/Injure (76-years concurrent); with a custody date of July 29, 2013. The Grievant has been housed at Menard Correctional Center since August 16, 2013.

Grievant was transferred to the current facility from Stateville Correctional Center (NRC) due to the reasoning: administrative. An affiliation with an STG is not noted. The Board notes Grievant has declared the following enemies within IDOC: none. The Grievant has been declared as an enemy by: none.

The Board reviewed the Protective Custody vote sheet. Grievant requested Protective Custody placement, stating the following: *"I checked into pc 2 month's ago and then checked out thinking I wouldn't be put with gang bangers and there own little rules. After I went to west house it was a gang banger in the cell. I talked to one of the other guys about this and asked if it would be a problem and he stated you already know gator jo. I am now checking in again for my safety and also my charge is a murder charge but IDOC has me as a sex offender"*. The no-vote rationale indicates no sufficient verifiable information to warrant Protective Custody placement. The CAO concurred on June 4, 2015.

Offender's statement to ARB: I was under the radar for awhile and my former cellie in west house found out about my crime. He was supposed to fight me at commissary. His guys wanted him to smash me. I was leaving commissary as he came in and so nothing happened. I had a HCU pass later that day and he told me that if I came back from it we would fight. He was a higher rank for the Bloods. I told staff and they told me either to go back and fight or get a staff assault, which would put me in seg. I didn't want either, so I went to seg for refusing housing. I didn't receive any threats while in seg. I check in because I knew I would be going back to west house. It's a whole group of gangs that are after me. The guy who was my cellie was I/M Lason Elliott (B87963). *It is noted that Elliott is affiliated with the Bloods.*

Recommendations: Based on a total review of all available information, it is the opinion of the Board that the Grievant ***has not*** provided sufficient verifiable information to warrant the offender's retention in Protective Custody, and therefore, should be placed back into general population. However, a recommendation for Intel to review a possible KSF listing between Gharrett and Elliot is advised.

**FOR THE BOARD:** *Sherry Benton*
Sherry Benton
Administrative Review Board Chairperson
Office of Inmate Issues

**CONCURRED:** *Gladyse Taylor* August 12, 2015
Gladyse C. Taylor
Acting Director

cc: Warden, Menard Correctional Center
Intel, Menard Correctional Center
David Gharrett, Register No. M38621

Gharrett v. Butler, et al. (18-958) IDOC No.: 000041

Gharrett v. Butler, et al. (18-958) IDOC No.: 000042

Illinois Department of Corrections MEN Correctional Center
Protective Custody Review – D.R. 501.330

# REVIEW FOR PLACEMENT ☒ RETENTION ☐

| Gharrett, David | M38621 | NI-2-18 | 7-29-13 | 8-16-13 | 6-30-15 | 5-2-87 |
|---|---|---|---|---|---|---|
| Name | Number | Cell | Admit Date | Date to Menard | Date to PC | Release Date |

Race whi  Age 27  Height 6'1  Weight 210  Build ___  Off/Sent.: murder – 76yrs

Mental Health Hist. Yes ☒ No ☐   Sex Offender ☐   Named KSF's: none at MEN

Predator ☐   Vulnerable ☐   Admitted Homosexual ☐   Disc.-107 History   Yes ☐   No ☒

**Protective Custody History**: 4/2015 @ MEN signed into pc with the rational dealing with his case however when interviewed for pc signed out.

ARB K.O.   Yes ☐  No ☐   Date: ___  Inst.: ___   Date: ___  Inst.: ___
                                Date: ___  Inst.: ___   Date: ___  Inst.: ___

**Offender's Rationale for PC**: on sign in sheet states " I checked into pc 2 months ago and then checked out thinking I wouldn't be put with gang bangers and their own little rules. When I went to west house it was a gang banger in the cell. I talked to one of the other guys about this and asked if it would be a problem and he stated you already know "gator joe" I am now checking in again for my safety and also my charge is a murder charge but IDOC has me on as a sex offender"

**Counselor**: J. Cowan, CWS **Interview date**: 7-1-15 **Findings**: during interview states that he is just trying to avoid fighting. States that he doesn't want to be around gang members and all their rules, inmate states that he is not in a gang. He also stated that IDOC has him listed as a murder and sex assault. CWS corrected him. IDOC has him in for murder and ISP has him as a sex offender register due to the age of his victim and that is state law. Upon signing out of pc 4-15 he went back to West house (offender is a black striper) so he knew where he was going refused housing, went to seg and now signed back in. inmate was vague in his reasoning "they" the gangs specifically the Fin Balls no names, no kites. Also during interview when asked about his tattoos mentioned he had swastika tattoos because he doesn't like blacks. No information to verify a need for pc.   **Recommendation**: deny

**Intel/IA-Officer**: DILLINGHAM **Interview date**: 7/1/15 **Findings**: The Intelligence Unit was unable to substantiate GHARRETT'S protective custody placement. **Recommendation**: Refer to CWS recommendation; deny.

CWS/C.S.S. _[signature]_ Date 7-6-15   Approve ☐   Deny ☒
Comments: ___

A/W Programs _[signature]_ Date 7-6-15   Approve ☐   Deny ☒
Comments: ___

Warden/CAO _K Butler_ Date 07-06-15   APPROVE ☐   DENY ☒
Comments ___

If denied, offender notified: ___/___/___   Did not grieve. ___

Gharrett v. Butler, et al. (18-958) IDOC No.: 000044

ILLINOIS DEPARTMENT OF CORRECTIONS
Protective Custody Status
<u>Menard</u> Correctional Center

NL-2-24

**Committed Person's Request for Protective Custody** (check one):  ☐ Placement  or  ☐ Release

I, <u>David Gharrett</u>, <u>M-38621</u> _____ hereby request to be
Print Committed Person's Name / ID# / Cell/Unit

placed in or released from protective custody status for the following reasons (provide specific reason, including names, nicknames, and cell numbers of enemies, etc.). I understand I will remain in protective custody status until voluntarily released or until all administrative remedies sought have been exhausted.

I checked into PC 2 months ago and then checked out thinking I wouldn't be put with gang bangers and there own little rules. after I went to west house it was a gang banger in the cell. I talked to one of the other guys about this and asked if it would be a problem and he stated you already know gator so I am now checking in again for my safety and also my charge is a murder charge but IDOC has me on as a sex offender

<u>David Gharrett</u>                                       6 / 30 / 15
Committed Person's Signature                              Date

**Complete for Initial Placement:**

The committed person was initially placed in protective custody status on ___ / ___ / ___ at ___ a.m./p.m.

☐ Shift Commander or Duty Administrative Officer notified:

_____ Name of Person Notified        ___ / ___ / ___   ___ a.m./p.m.

_____ Print Name of Staff            _____ Signature of Staff

**Facility Decision:**

Your request for ☐ release from / ☒ placement in or protective custody was reviewed by the facility on  <u>7 / 6 / 15</u>  and it:

☐ Approved.

☒ Denied. You may immediately grieve this decision to the Administrative Review Board in accordance with DR 504, by so indicating below. If grieved, you will remain in protective custody status until a final decision is made by the Director.

<u>K. Butler</u>                                          7 / 6 / 15
Chief Administrative Officer's Signature                  Date

**Offender's Acknowledgement:**

Please acknowledge receipt of this decision by signing below and indicating whether or not you wish to grieve this decision.

☒ I hereby grieve this decision to the Administrative Review Board. I understand the administration will forward this grievance to the Administrative Review Board; no other grievance form need be filed by me.

☐ I am not grieving release from protective custody status.

<u>David Gharrett</u>                                    7 / 7 / 15
Committed Person's Signature                              Date

This decision was served to committed person by:

<u>R. Niepert  CCII</u>         <u>X. [signature]</u>              7 / 7 / 15
Print Name of Staff            Signature of Staff           Date

☐ Committed person refused to sign. (Forward to the Administrative Review Board for final review and the Director's determination.)

NOTE: If grieved, the administration shall forward a copy of this form to the Administrative Review Board for direct review, attaching a copy of Protective Custody Status Review.

Distribution: Master File; Administrative Review Board, if applicable; Committed Person

Printed on Recycled Paper

DOC 0054 (Eff. 10/2001)

Gharrett v. Butler, et al. (18-958) IDOC No.: 000045

Gharrett v. Butler, et al. (18-958) IDOC No.: 000046

ILLINOIS DEPARTMENT OF CORRECTIONS
**Protective Custody Status**

_Men_ Correctional Center

### Committed Person's Request for Protective Custody (check one): ☒ Placement or ☐ Release

I, _Gharrett David_, _M38621_ _____ hereby request to be
Print Committed Person's Name / IDOC / Cell/Unit

placed in or released from protective custody status for the following reasons (provide specific reason, including names, nicknames, and cell numbers of enemies, etc.). I understand I will remain in protective custody status until voluntarily released or until all administrative remedies sought have been exhausted.

_I no longer want PC_

_David Gharrett_ _____ _4/24/15_
Committed Person's Signature / Date

### Complete for Initial Placement:

The committed person was initially placed in protective custody status on ___/___/___ at _____ a.m./p.m.
☐ Shift Commander or Duty Administrative Officer notified:

_____ ___/___/___ _____ a.m./p.m.
Name of Person Notified / Date / Time

_____ _____
Print Name of Staff / Signature of Staff

### Facility Decision:

Your request for ☒ release from / ☐ placement in or protective custody was reviewed by the facility on _4/24/15_ and it was:

☒ Approved.

☐ Denied. You may immediately grieve this decision to the Administrative Review Board in accordance with DR 504, by so indicating below. If grieved, you will remain in protective custody status until a final decision is made by the Director.

_[signature] Butler TB_ _04/24/15_
Chief Administrative Officer's Signature / Date

### Offender's Acknowledgement:

Please acknowledge receipt of this decision by signing below and indicating whether or not you wish to grieve this decision.

☐ I hereby grieve this decision to the Administrative Review Board. I understand the administration will forward this grievance to the Administrative Review Board; no other grievance form need be filed by me.

☐ I am not grieving release from protective custody status.

_____ ___/___/___
Committed Person's Signature / Date

This decision was served to committed person by:

_____ _____ ___/___/___
Print Name of Staff / Signature of Staff / Date
☐ Committed person refused to sign. (Forward to the Administrative Review Board for final review and the Director's determination.)

NOTE: If grieved, the administration shall forward a copy of this form to the Administrative Review Board for direct review, attaching a copy of Protective Custody Status Review.

Distribution: Master File; Administrative Review Board, if applicable; Committed Person

Printed on Recycled Paper

DOC 0054 (Eff. 10/2001)

Gharrett v. Butler, et al. (18-958) IDOC No.: 000047

Gharrett v. Butler, et al. (18-958) IDOC No.: 000048

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Protective Custody Status**

Menard Correctional Center

**Committed Person's Request for Protective Custody** (check one): ☒ Placement or ☐ Release

I, David Gharrett, M-38621, _____ hereby request to be
Print Committed Person's Name / ID# / Cell/Unit

placed in or released from protective custody status for the following reasons (provide specific reason, including names, nicknames, and cell numbers of enemies, etc.). I understand I will remain in protective custody status until voluntarily released or until all administrative remedies sought have been exhausted.

I request Protective Custody do to one of my Cellys informed me that his guys and every body else has been informed about my murder case let me know that East and west would fight me every time I get out of seg

David Gharrett  M-38621   4/20/15
Committed Person's Signature / Date

**Complete for Initial Placement:**

The committed person was initially placed in protective custody status on __/__/__ at ____ a.m./p.m.

☐ Shift Commander or Duty Administrative Officer notified:

_____ __/__/__ ____ a.m./p.m.
Name of Person Notified / Date / Time

_____ _____
Print Name of Staff / Signature of Staff

**Facility Decision:**

Your request for ☐ release from ☐ placement in or protective custody was reviewed by the facility on __/__/__ (Date) and it was:

☐ Approved.

☐ Denied. You may immediately grieve this decision to the Administrative Review Board in accordance with DR 504, by so indicating below. If grieved, you will remain in protective custody status until a final decision is made by the Director.

_____ __/__/__
Chief Administrative Officer's Signature / Date

**Offender's Acknowledgement:**

Please acknowledge receipt of this decision by signing below and indicating whether or not you wish to grieve this decision.

☐ I hereby grieve this decision to the Administrative Review Board. I understand the administration will forward this grievance to the Administrative Review Board; no other grievance form need be filed by me.

☐ I am not grieving release from protective custody status.

_____ __/__/__
Committed Person's Signature / Date

This decision was served to committed person by:

_____ _____ __/__/__
Print Name of Staff / Signature of Staff / Date

☐ Committed person refused to sign. (Forward to the Administrative Review Board for final review and the Director's determination.)

NOTE: If grieved, the administration shall forward a copy of this form to the Administrative Review Board for direct review, attaching a copy of Protective Custody Status Review.

Distribution: Master File; Administrative Review Board, if applicable; Committed Person

Printed on Recycled Paper

DOC 0054 (Eff. 10/2001)

Gharrett v. Butler, et al. (18-958) IDOC No.: 000049

Gharrett v. Butler, et al. (18-958) IDOC No.: 000050