ILLINOIS DEPARTMENT OF CORRECTIONS
Incident Report

Incident Number: _____
Type of Incident: _____

If the answer is yes to any of the following questions, explain in narrative below:

Facility/Program: Menard CC        Date of Incident: 11/21/16        Time of Incident: 1005  ☒am ☐pm

| | | | | | |
|---|---|---|---|---|---|
| Was a Weapon Involved: | ☐ YES | ☒ NO | Were Restraints / Force Used: | ☐ YES | ☒ NO |
| Was Property Damaged: | ☐ YES | ☒ NO | Were Chemical Agents or OC Used: | ☐ YES | ☒ NO |
| Were Arrests Made: | ☐ YES | ☒ NO | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES | ☒ NO |
| Were there Media Inquiries: | ☐ YES | ☒ NO | Any Injuries / Hospitalizations: | ☒ YES | ☐ NO |

**Offenders / Staff Involved:**

Name: Gharrett        I.D. #: M38621

**Witnesses to Incident:**

Name: A Walter CNII
Name: L. Tindall, NP

**Statement of Facts: (NARRATIVE)**

On the above date and approximate time, Inmate Gharrett M38621 as identified by state issued ID, was evaluated by medical personnel and determined that he needed further testing at Chester Memorial Hospital. I/m Gharrett transferred via state car. EOR

Reporting Employee (Print): Angela Walter
Reporting Employee Signature: A Walter CN/NII
Date / Time: 11/21/16 1110a
Person Accepting Report: [signature]
Date / Time: 11/21/16 1115

Administrative Assessment: C.C. I.A.

Chief Administrative Officer: Jeffrey Hutchinson
Date / Time: 11/22/16

Distribution: Director, Deputy Director, File
Legal Services (only if restraints/force used)

Printed on Recycled Paper

DOC 0434 (Eff. 1/2014)
[Replaces DC 434]

Gharrett v. Butler, et al. (18-957) IDOC No.: 000230

STATE OF ILLINOIS DEPARTMENT OF CORRECTIONS
ADULT AND JUVENILE DIVISIONS
INCIDENT REPORT

Institution/Program: Menard C.C.  Date and Time of Incident: 11-21-16 Approx 10:30

If the answer is yes to any of the following questions, explain in narrative below:
A. Was a Weapon Involved: YES ☐ NO ☑  B. Were Restraints/Force Used: YES ☐ NO ☑  C. Was Property Damaged: YES ☐ NO ☑
D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐ NO ☑  E. Were Arrests Made: YES ☐ NO ☑
F. Any Injuries/Hospitalizations: YES ☑ NO ☐  G. Were there Media Inquiries: YES ☐ NO ☑

Inmates/Staff Involved:
| Name | I.D.# | Offense | Commitment Date |
|---|---|---|---|
| Gharrett, David | M38621 | | |
| Mejia, Aaron | Y13071 | | |

Witnesses to Incident:
| Name | I.D.# |
|---|---|
| Sgt. Smith | 5058 |

Statement of Facts: (NARRATIVE)

On the above date and approx time while this C/O was running 10 gallery yard in the WCH, Inmate Mejia (Y13071) stopped this C/O and stated that him and his cellmate had been in an altercation. Inmate Gharrett (M38621) who also resides in cell 10-22 had a lot off swelling to the left side of his face. Both inmates were were cuffed and escorted to the HCU and Seg. Proper Chain of Command was notified. Both Inmates ID by ID Cards.

I/m GHARRETT SENT TO CHESTER HOSP. BY STATE CAR.

Reporting Employee: Stinson / Stinson   Date/Time: 11/21/16 10:30 AM
Person Accepting Report: B. Westfall   Date/Time: 11/21/16 11:15

Administrative Assessment: C.C. I.A.

Chief Administrative Officer: Jeffrey Hutchinson (WB)   Date/Time: 11/22/16

Distribution: Director
Deputy Director of Appropriate Division
Deputy Director of Bureau of Inspections and Audits
Legal Services (only if restraints/force used)
File

DC 434 (4/83)
IL 426-0410

Gharrett v. Butler, et al. (18-957) IDOC No.: 000231