IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID H. GHARRETT, #M-38621, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No.: 18-958-NJR-MAB |
| ) | |
| KIMBERLY BUTLER, et al., ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF JULIE EGGEMEYER

I, Julie Eggemeyer, declare under penalty of perjury that I have personal knowledge of the facts set forth herein that I am competent to testify, and that if called to testify in this matter I would state as follows:

1. I am currently employed by the Illinois Department of Corrections as an Executive Secretary III at Menard Correctional Center. I have been employed in such capacity since 2002.

2. In my capacity as Executive Secretary III I logged inmate correspondence and kites directed to Warden Kimberly Butler during her tenure as Warden in 2014 – 2016.

3. I was able to review the logs of the correspondence and kites directed to Warden Butler during 2014 – 2016.

4. No correspondence and kites were received from Plaintiff, David Gharrett #M38621 directed to Warden Kimberly Butler from 2014 – 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __10__ day of __March__, 2020.

_____
Julie Eggemeyer
Executive Secretary III