IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID H. GHARRETT, #M-38621, )<br>)<br>    Plaintiff, )<br>)<br>-vs- )<br>)<br>KIMBERLY BUTLER, et al., )<br>)<br>    Defendants. ) | Case No.: 18-958- MAB |

### DECLARATION OF KIMBERLY BUTLER

I, Kimberly Butler, declare under penalty of perjury that I have personal knowledge of the facts set forth herein that I am competent to testify, and that if called to testify in this matter I would state as follows:

1. I was employed by the Illinois Department of Corrections at Menard Correctional Center as the Warden from April 16, 2014 to September 30, 2016.

2. According to the records, Plaintiff was moved into cell w-10-22 just a few weeks before the incident with his cellmate that occurred on November 21, 2016.

3. I have no records of any communication written or otherwise received from Offender Gharrett prior to my retirement on September 30, 2016.

4. As warden, I oversaw the entire prison however, was not directly involved in cell assignments of inmates unless I was addressing a specific issue.

5. On July 1, 2015, Mr. Gharrett' protective custody request was denied. On July 6, 2015, my signatory approved the denial. I did not personally agree with the denial or sign off on the denial.

6. I have no recollection of Mr. Gharrett requesting protective custody at any time.

7. I have no recollection of any involvement in the placement of Offender Gharrett at any time prior to the incident of November 21, 2016.

8. I had no knowledge of issues between Offender Gharrett and his cellmate at any time prior to the incident of November 21, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _____ day of _____, 2020.

_____
Kimberly Butler
Retired Warden