UNITED STATES DISTRICT COURT
For The
SOUTHERN DISTRICT OF Illinois

| | |
|---|---|
| David H. Gharrett<br>Plaintiff<br>V.<br>Kimberly Butler et. al.<br>Defendants | Case Number: 3:18-CV-00958 NJR. MAB. |

SCANNED at PCC and E-Mailed
7/7/20 (date) by HZ (initials)
   1    (# of pages)

Requesting status on case Gharrett v. Butler # 3:18-CV-00958

(1) Plaintiff respectfuly submitted a motion for his appointment of counsel and also submitted his answer to the defendants on 4/7/2020. Even after the defendants were late with the summary judgement and with that being said Plaintiff filed a motion for Entry of Default and was granted. 3-30-2020. Plaintiff Request Status.

David H. Gharrett                           Date 7-2-2020

                                    Respectfuly Submmited
                                    David H. Gharrett
                                    David H. Gharrett
                                    Pontiac Correctional Center
                                    PO Box 99
                                    Pontiac, IL. 61764



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

David H. Garrett          M-38621
Name                       ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?    Yes or (No)

   If this is a habeas case, please circle the related statute: 28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?    Yes or (No)

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

3. Should this document be filed in a pending case?    (Yes) or No

   If yes, please list case number: 3:18-CV-00958 AJB MAB

   If yes, but you do not know the case number mark here: _____

4. Please list the total number of pages being transmitted: 1

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

   Name of Document                              Number of Pages
   Request Status on Case                        1
   _____               _____
   _____               _____
   _____               _____

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.