UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF ILLINOIS

David H. Gharrett
Plaintiff

v.

Kimberly Butler et.al.
Defendant

case #: 3:18-CV-00958 N.J.R., M.a.B.

SCANNED at PCC and E-Mailed
11/24/20 (date) by HZ (initials)
2 (# of pages)

## Motion For Default Judgment

Plaintiff ask this court for a judgment by default in this action, and shows Entry of Default was entered on 3-27-2020

1.) on 3-27-2020 Motion for Entry of Default by David H. Gharrett (Document number 69)

2.) on 3-30-2020 Plaintiff got a notice of Electronic Filing (Document number 70), Denial of Entry of Default as to all Defendants, Granting [69] Motion for Entry of Default filed by David H. Gharrett.. Signed by Unassigned on 3-30-2020 (Kdw)

3.) No proceedings have been taken by the defendants since the default was entered.

Wherefore, Plaintiff moves that this court make and enter a judgment granting plaintiff

Page 1 of 2

1. a declarations that the acts and omissions described in Plaintiffs claim violated plaintiffs rights under the constitution and laws of the united states.
2. a permanent injunction ordering defendants to permanently house plaintiff in protective custody.
3. compensatory damages in the amount of $50,000 against each defendant jointly and severally.
4. Punitive damages in the amount of $75,000 against each defendant jointly and severally.
5. Damages for physical and mental anguish in the amount of $75,000
6. Plaintiff cost and fees in prosecuting this action.
7. any additional relief this Honorable court deems just, proper, and equitable.

Respectfully submitted  11-23-20
David H. Gharrett #M-38621
*David H. Gharrett*
Pontiac Correctional Center
700 W. Lincoln St. P.O. Box 99
Pontiac, IL. 61764

page 2 of 2



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Name: David H. Gharrett

ID Number: M-38621

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?   Yes or **No**

   If this is a habeas case, please circle the related statute: 28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?   Yes or **No**

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

3. Should this document be filed in a pending case?   **Yes** or No

   If yes, please list case number: 3:18-CV-00958 NJR M.a.B.

   If yes, but you do not know the case number mark here: _____

4. Please list the total number of pages being transmitted: 2

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| Motion for Default Judgment | 2 |
| | |
| | |
| | |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.

File In Southern District...