UNITED STATES DISTRICT COURT
For The
Southern District of Illinois

SCANNED AT PON CC
EMAILED 4/15/21 (date)
BY _____ (intials)
2 (# of pages)

David H. Gharrett
Plaintiff

V.

Kimberly Butler et. al.
Defendants

Case #: 18-CV-958- N.J.R.- M.A.B

## Motion Requesting Status Update.

1. Plaintiff ask this honorable court for an update on case Gharrett v. Butler, case number 18-CV-958.

2. Plaintiff timely filed answer to defendants Summary judgement.

3. It "Response to summary judgement was filed around the same time all the covid-19 started to take place.

4. Now that the vaccine has been given out, Plaintiff is asking for a update. Was summary judgement granted?, Not granted,

or granted in part?

5. Plaintiff only seeks to resolve this ongoing issue of 3 years now. Complaint started 4-16-18

Respectfuly Submitted 4-13-21
David H. Gharrett #M-38621
*David H. Gharrett*
Pontiac Correctional Center
P.O. Box 99
Pontiac, IL. 61764



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Name: David H. Gharrett
ID Number: M-38621

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?   Yes or (No)

   If this is a habeas case, please circle the related statute: 28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?   Yes or (No)

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

3. Should this document be filed in a pending case?   (Yes) or No

   If yes, please list case number: 18-CV-958 NJR-MAB

   If yes, but you do not know the case number mark here: _____

4. Please list the total number of pages being transmitted: 2

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

   Name of Document: Motion Requesting Status Update   Number of Pages: 2

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.