IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID H. GHARRETT, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 18-CV-958-SMY ) |
| KIMBERLY BUTLER, JOHN/JANE DOES, JEANNETTE COWAN, JOHN DOES #1-7, WILLIAM SPILLER, ANDREW DILLINGHAM, and SHERRY BENTON, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED** that pursuant to the threshold review Order dated April 27, 2018 (Doc. 6), Defendants John/Jane Does are **DISMISSED without prejudice**; by Order dated August 3, 2018, Defendants John Does 3-6 are **DISMISSED without prejudice**; and, by Order Dated January 28, 2019 (Doc. 37), Defendants John Doe 1, 2, and 7 were substituted by named Defendants.

**IT IS FURTHER ORDERED** that by Order dated September 9, 2021 (Doc. 81), Summary Judgment is **GRANTED** in favor of Defendants Kimberly Butler, Jeannette Cowan, William Spiller, Andrew Dillingham, and Sherry Benton. Plaintiff shall recover nothing, and this action is **DISMISSED in its entirety.**

DATED: September 9, 2021

MARGARET M. ROBERTIE,
Clerk of Court
By: s/Stacie Hurst
Deputy Clerk

APPROVED: s/ Staci M. Yandle
STACI M. YANDLE
United States District Judge