AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

DAVID GHARRETT #M38621
v.
KIMBERLY BUTLER, ET AL.

Case No.: 18-958-MAB

## BILL OF COSTS

Judgment having been entered in the above entitled action on 09/09/2021 (Date) against David Gharrett,

the Clerk is requested to tax the following as costs:

| Item | Amount |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | 456.85 |
| Fees and disbursements for printing | |
| Fees for witnesses *(itemize on page two)* | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs *(please itemize)* | |
| TOTAL | $ 456.85 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

- [x] Electronic service
- [ ] First class mail, postage prepaid
- [ ] Other: ____

s/ Attorney: Ashley White

Name of Attorney: Ashley White

For: Kimberly Butler, Jeannette Cowan, William Spiller, Andrew Dillingham, and Sherry (Name of Claiming Party) Date: 09/24/2021

### Taxation of Costs

Costs are taxed in the amount of ____ and included in the judgment.

____ (Clerk of Court) By: ____ (Deputy Clerk) ____ (Date)

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DAVID H. GHARRETT, #M-38621, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No.: 18-958-NJR-MAB |
| | ) | |
| KIMBERLY BUTLER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION**

I, Ashley White, state that I have personal knowledge of the facts set forth herein, that I am competent to testify, and pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am of legal age and would be competent to testify in the matters and things set forth herein if called as a witness in this cause.
2. I am the Assistant Attorney General assigned to represent Defendants, Kimberly Butler, Jeannette Cowan, William Spiller, Andrew Dillingham, and Sherry Benton in *Gharrett v. Butler*, *et al.*, 18-958-MAB in the Southern District of Illinois.
3. The deposition of the Plaintiff was taken in this matter on January 13, 2020.
4. The costs for the deposition transcript of Plaintiff, as well as the court reporter's appearance fee, which Defendants paid, was $456.85.
5. A copy of the invoice is attached as Exhibit B. Defendant incurred $456.85 in costs for Plaintiff's deposition transcript.
6. The costs for the above-described services were necessarily incurred in this case and the services for which said fees have been charged were actually and necessarily performed.

7. Appended to this declaration are true and accurate copies of the respective court reporters' billing statements. Amounts charged for the shipping and archive have been excluded from the bills of costs.

/s Ashley White
Ashley White
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DAVID H. GHARRETT, #M-38621, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No.: 18-958-NJR-MAB |
| | ) | |
| KIMBERLY BUTLER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2021, the foregoing document, Defendant's Bill of Cost, was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

NONE

and I hereby certify that on the same date, I caused a copy of the document to be mailed by United States Postal Service to the following non-registered participant:

David H. Gharrett, M-38621
Pontiac Correctional Center
700 W. Lincoln Street
P.O. Box 99
Pontiac, IL 61764

Respectfully submitted,

By: s/ Ashley White

Ashley White, #6327771
Assistant Attorney General
201 West Pointe Dr., Suite 7
Belleville, IL 62226
Telephone: (618) 236-8788
Facsimile: (618) 236-8620
E-Mail: ashley.white@ilag.gov

`

# INVOICE



ALARIS Litigation Services
800-280-3376

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 117900 | 1/22/2020 | 84552 |
| **Job Date** | **Case No.** | |
| 1/13/2020 | 18958NJRMAB | |
| **Case Name** | | |
| David H Gharrett M38621 v Kimberly Butler et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ashley White
Illinois Attorney General
500 South Second St
Springfield, IL 62701

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| David Gharrett | 83.00 | Page | @ | 4.450 | 369.35 |
| Attendance - Two Hour Minimum - Transcribed | 1.00 | | @ | 80.000 | 80.00 |
| Archive | 1.00 | Flat | @ | 7.500 | 7.50 |
| **TOTAL DUE >>>** | | | | | **$456.85** |

Location of Job : Illinois Attorney General
Suite 7
201 West Pointe Drive
Swansea, IL 62226

dab

| | |
|---|---|
| **(-) Payments/Credits:** | 456.85 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Ashley White
Illinois Attorney General
500 South Second St
Springfield, IL 62701

Invoice No. : 117900
Invoice Date : 1/22/2020
**Total Due : $0.00**

Job No. : 84552
BU ID : STL
Case No. : 18958NJRMAB
Case Name : David H Gharrett M38621 v Kimberly Butler et al

Remit To: **Alaris Litigation Services**
**PO Box 734298**
**Dept. 2023**
**Dallas , TX 75373-4298**