# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| David H. Gharrett<br>*Plaintiff(s)*<br><br>v.<br><br>Butler et al<br>*Defendant(s)* | Case Number:  18-cv-958-SMY |

## NOTICE

**TO**: Counsel of Record,

You are notified that a Bill of Costs has been filed in this action. These costs will be adjusted and taxed by this office pursuant to Federal Rule of Civil Procedure 54(d) on October 19, 2021. Objections to these costs, if any, shall be filed on or before this date pursuant to SDIL-LR 54.2.

Dated: October 5, 2021

MARGARET M. ROBERTIE, Clerk of Court

By:    *s/K. Williams*
        Deputy Clerk